UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, <br><br> Plaintiff, <br> v. <br><br> JOHN CHAMBERS, et al., <br><br> Defendants. | Civil Action No. 04-10468-GAO |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Thomas E. Shirley and Lisa M. Gaulin on behalf of Defendant Patricia Russo.

                          PATRICIA RUSSO

                          By her attorneys,

                        */s/ Lisa Gaulin*
                        Thomas E. Shirley, Esq. (BBO# 542777)
                        Lisa M. Gaulin, Esq. (BBO# 654655)
                        CHOATE, HALL & STEWART
                        Exchange Place
                        53 State Street
                        Boston, MA 02109-2891
                        617-248-5000

Dated April 27, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 4-27-04  SIGNATURE /s/ Gaulin

3692151v1