IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *ANTHONY BAYAD*, ) <br> ) <br> ) <br> *Plaintiff*, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> *JOHN CHAMBERS, PATRICIA* ) <br> *RUSSO, ANTHONY* ) <br> *SAVASTANO and CARL* ) <br> *WIESE*, ) <br> *Defendants*, ) <br> ) | CIVIL ACTION <br><br><br> CASE NO. 04-cv-10468-GAO |

## EX PARTE MOTION FOR DEFAULT JUDGMENT

Plaintiff moves for an Order Granting Default Judgment against Defendant **Patricia Russo** has <u>**failed to answer**</u>, appear or otherwise defend, and the time to otherwise move or plead has **expired** and has **not** been **extended** in this action. This motion is made pursuant to District Court of Civil Procedure, Rule **55(b) (2)**, and is based upon the accompanying Plaintiff '**affidavit of support** with attached Exhibits.

---

Defendant Patricia Russo has only filed a notice of appearance on **March 27, 2004**, that does not refer to the merits of the claim does demonstrate a termination to defend against the claim and will not "**preclude**" the entry of default; *See 10 Moore' Federal Practice, §  55.10[2][c](Matthew bender, 3d ed.).* Additionally Entry of Default severely limits Party as defendant Patricia Russo ' s subsequent participation in action. The most important consequence of the fact that a default is entered (**Rule 55(a)**)is that the defaulting party is no longer entitled in the determination of its Liability in the action; *See Dow Chem. Pac. Ltd. V. Rascator Maritime S. A., 782 F.2d 329, 336 ( 2d Cir. 1986).*

## CERTIFICATE OF SERVICE

DATE: MAY 12, 2004

I Hereby certify that a true copy of the foregoing document was served on May 12, 2004, a copy of this document was

SERVED BY HAND ON ;


AVAYA Inc.,
LUCENT TECHNOLOGIES Inc.,
DEFENDANT PATRICIA RUSSO
Lisa Gaulin Esq.
Tom Shirley Esq.
Exchange place
53 State Street
Boston, MA 02109-2804
(617) 2480-5000


&

CISCO SYSTEMS Inc.,
DEFENDANTS
JOHN CHAMBERS,
ANTHONY SAVASTANO
CARL WIESE
Mark Batten Esq.
150 Federal Street
Boston, MA 02148

ANTHON BAYAD
PLAINTIFF PRO SE
2 MAGOUN AVENUE
MEDFORD, MA 02155
(781) 704-8982

ANTHONY BAYAD

2