IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *ANTHONY BAYAD*, ) | |
| ) | |
| ) | |
| *Plaintiff*, ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | |
| ) | CASE NO. 04-cv-10468-GAO |
| ) | |
| *JOHN CHAMBERS, PATRICIA* ) | |
| *RUSSO, ANTHONY* ) | |
| *SAVASTANO and CARL* ) | |
| *WIESE*, ) | |
| *Defendants*, ) | |
| ) | |

## ORDER GRANTING EX PARTE
## MOTION FOR DEFAULT JUDGMENT

The Court having reviewed and considered the Ex Parte Motion for default Judgment, the pleading filed and the evidence presented, and being satisfied that the material allegations of the complaint, together with damages, have been proven, now therefore,

**IT IS ORDERED, ADJUSTED AND DECREED**, that the Ex Parte Motion for Default Judgment be and the same is granted. Default Judgment in favor of Plaintiff (s) and against Defendant(s) shall enter as follows:

Principal Amount . . . . . . . . . . . . . . . . . .$ 11,000,000.00

Interest . . . . . . . . . . . . . . . . . . . . . . . .$_____ .

Legal Fees . . . . . . . . . . . . . . . . . . . . . . $_____ .

1

Costs of Court . . . . . . . . . . . . . . . . . . $._____.

U.S. Marshall' Fees . . . . . . . . . . . . . . $._____.

Other Costs . . . . . . . . . . . . . . . . . . . $._____.

Total Default Judgment Amount . . . . . . . $. **11,000,000,000**

**Court total Default Judgment** Amount. . . . $._____.

DONE and ORDER in Boston, Massachusetts this_____.day of _____,
2004.

_____
JUDGE

Cc: **Patricia Russo, Tom Shirley & Lisa Gaulin** 53 State Street, Boston, MA 02109

   **Mark Batten For John Chambers, Anthony Savastano & Carl Wiese**, 150 Federal Street, Boston, MA 02148

   **Anthony Bayad Pro Se,** 2 Magoun Avenue, Medford, MA 02155.