## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *ANTHONY BAYAD* , | ) | |
| | ) | |
| | ) | |
| *Plaintiff* , | ) | **CIVIL ACTION** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **CASE NO. 04-cv-10468-GAO** |
| | ) | |
| *JOHN CHAMBERS, PATRICIA* | ) | |
| *RUSSO, ANTHONY* | ) | |
| *SAVASTANO and CARL* | ) | |
| *WIESE,* | ) | |
| *Defendants* , | ) | |
| | ) | |

## TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF MASSACHUSETTS

1.      Plaintiff Anthony Bayad requests that the clerk of this court enter the default against Defendants Chambers et, al. for obstructing a civil, legal proceeding, alter evidence, evade legal process, and obstructing evidence in this Federal proceeding case; and  have ***failed to answer***, appear or otherwise defend, and the time to otherwise move or plead has **expired** and has **not** been **extended** in this action.

        This motion is made pursuant to District Court of Civil Procedure, Rule ***55(b) (2)***, and is based upon the accompanying Plaintiff '***affidavit of support*** default, as provided by ***rule 55(a) of Federal Rules of Civil Procedure***.

7.      Defendants  are not  an nor an ***incompetent persons*** nor a ***military personnels*** within the Meaning of ***Rule 55*** and ***Sailor' Civil Act of 1940***.

1

## CERTIFICATE OF SERVICE

I certify that on May 17 2004, a copy of this document was

May 17, 2004

SERVED BY HAND ON ;

**AVAYA Inc.,**
**LUCENT TECHNOLOGIES Inc.,**
**Lisa Gaulin Esq.**
**Tom Shirley Esq.**
**Exchange place**
**53 State Street**
**Boston, MA 02109-2804**
**(617) 2480-5000**
**&**
**CISCO SYSTEMS Inc.,**
**Mark Batten Esq.**
**150 Federal Street**
**Boston, MA 02148**

**ANTHON BAYAD**
**PLAINTFF PRO SE**
**2 MAGOUN AVENUE**
**MEDFORD, MA 02155**
**(781) 704-8982**

*Anthony Bayad*

2