IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| | ) CASE NO. 04-cv-10468-GAO |
| JOHN CHAMBERS, PATRICIA RUSSO, ANTHONY SAVASTANO and CARL WIESE, | ) |
| Defendants, | ) |

## MOTION FOR DEFAULT JUDGMENT FORFEITURE BY WRONG DOING AGAINST CHAMBERS et, al.

Plaintiff moves for an Order Granting Default Judgment against Defendants Chambers et, al. for obstructing a civil, legal proceeding, alter evidence, evade legal process, and obstructing evidence in this Federal proceeding case; and have **failed to answer**, appear or otherwise defend, and the time to otherwise move or plead has **expired** and has **not** been **extended** in this action.

This motion is made pursuant to District Court of Civil Procedure, Rule **55(b)(2)**, and is based upon the accompanying Plaintiff '**affidavit of support** default forfeiture by wrong doing against Chambers et, al. Attached Exhibits 1, 2, and A.

1

## CERTIFICATE OF SERVICE

DATE: MAY 17, 2004

I Hereby certify that a true copy of the foregoing document was served on May 17, 2004, a copy of this document was

SERVED BY HAND ON ;

AVAYA Inc.,
LUCENT TECHNOLOGIES Inc.,
DEFENDANT PATRICIA RUSSO
Lisa Gaulin Esq.
Tom Shirley Esq.
Exchange place
53 State Street
Boston, MA 02109-2804
(617) 2480-5000

&

CISCO SYSTEMS Inc.,
DEFENDANTS
JOHN CHAMBERS,
ANTHONY SAVASTANO
CARL WIESE
Mark Batten Esq.
150 Federal Street
Boston, MA 02148

ANTHON BAYAD
PLAINTIFF PRO SE
2 MAGOUN AVENUE
MEDFORD, MA 02155
(781) 704-8982

ANTHONY BAYAD

2