IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, <br><br> Plaintiff, <br><br><br><br> JOHN CHAMBERS, PATRICIA RUSSO, ANTHONY SAVASTANO and CARL WIESE, <br> Defendants, | CIVIL ACTION <br><br> CASE NO. 04-cv-10468-GAO |

## MOTION OF RELIEF OF DAMAGES SOUGHT AGAINST CHAMBERS et, al.

Plaintiff respectfully request this Court to grant him relief for inherently indefinable losses as " **pain and suffering**" must be set by **trier of fact** as deemed appropriate by this court in its own decision or with a decision of a Jury as justice required.

Plaintiff also request the relief of damages sought in his complaint to be granted or as deemed and appropriate by this Court as prescribed of Justice and the law;And declare defendants in violation of his rights.

1

## CERTIFICATE OF SERVICE

I certify that on May 17, 2004, a copy of this document was

SERVED BY HAND ON ;

AVAYA Inc.,
LUCENT TECHNOLOGIES Inc.,
Lisa Gaulin Esq.
Tom Shirley Esq.
Exchange place
53 State Street
Boston, MA 02109-2804
(617) 2480-5000
&
CISCO SYSTEMS Inc.,
Mark Batten Esq.
150 Federal Street
Boston, MA 02148

ANTHON BAYAD
PLAINTFF PRO SE
2 MAGOUN AVENUE
MEDFORD, MA 02155
(781) 704-8982

_____
Anthony Bayad

2