UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

   Plaintiff,

v.

JOHN CHAMBERS, et al.,

   Defendants.

Civil Action No. 04-10468-MASS.

FILED IN CLERKS OFFICE
2004 JUN -2  P 3:54
US DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT PATRICIA RUSSO'S MOTION TO DISMISS

Defendant Patricia Russo hereby moves that the Court dismiss with prejudice the Complaint against her. In support of her Motion, Ms. Russo submits a Memorandum of Law, filed herewith.

### REQUEST FOR AN ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Ms. Russo respectfully requests oral argument on this Motion.

Respectfully submitted,

PATRICIA RUSSO

By her attorneys,

*Lisa Gaulin*

Thomas E. Shirley, Esq. (BBO# 542777)
Lisa M. Gaulin, Esq. (BBO# 654655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109-2891
617-248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 6-2-04  SIGNATURE *L. Gaulin*

Dated: June 2, 2004

3696867v1