UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10468-GAO

FILED
CLERKS OFFICE

2004 JUN -8 P 1: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY BAYAD,

*Plaintiff,*

v.

JOHN CHAMBERS, *et al.*,

*Defendants.*

## NOTICE OF APPEARANCE
## OF LISA C. GOODHEART

Please enter the appearance of the undersigned attorney on behalf of defendants John Chambers, Carl Wiese, and Anthony Savastano.

Respectfully submitted,

_____
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED on plaintiff
and UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL
BY HAND ON June 8, 2004

_____
Lisa C. Goodheart

~BOST1:302326.v1
26573-15