IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 P 1: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ANTHONY BAYAD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-10468-GAO |
| JOHN CHAMBERS, et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel respectfully requests leave of Court to withdraw as counsel of record for defendants John Chambers, Carl Wiese, and Anthony Savastano (the "Cisco defendants"). Local Rule 83.5.2 requires a motion, rather than a notice of withdrawal, because there are motions currently pending in this matter.

Undersigned counsel requests permission to withdraw because he has recently moved from Bingham McCutchen LLP to Proskauer Rose LLP; Proskauer represents one or more parties in litigation in circumstances that give rise to a potential conflict of interest or appearance thereof. These defendants will now be represented by Lisa C. Goodheart, Esq., of Piper Rudnick LLP, whose appearance is submitted separately. Ms. Goodheart has discussed the status of the case with the undersigned, is familiar with the pending motions in this matter, and is prepared to assume the defense of the action on behalf of the Cisco defendants.

WHEREFORE, undersigned counsel respectfully requests that this motion be granted, and that the Court grant leave to withdraw as counsel for the Cisco defendants.

Respectfully submitted,

*[signature]*

Mark W. Batten, BBO #566211
Proskauer Rose LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all plaintiff and counsel of record by first class mail, postage prepaid, this 8th day of June, 2004.

*[signature]*
Lisa C. Goodheart

2