## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETTS

*ANTHONY BAYAD*,                    )
                                    )
                                    )
    *Plaintiff*  ,                 )          **CIVIL ACTION**
                                    )
                                    )
                                    )
**JOHN CHAMBERS, PATRICIA** )          **CASE NO. 04-CV-10468-GAO**
**RUSSO,ANTHONY SAVASTANO)**
 **AND CARL WIESE**               )
                                    )
   *Defendants*,                  )
                                    )

### TO THE HONORABLE COURT

    Plaintiff respectfully would like to inform this honorable court that Defendants and especially **Chairman Patricia Russo of Lucent Technologies** is running an organize crime company and she believes that she is "above" the **LAW**. **Chairman Patricia Russo** believes that because of her connection with the BUSH Family that she is protected, immune from any indictment or any violation of law ( as with Lucent Chinese Executives found taking Lucent Share holders ' money) and this include her default in this litigation. Plaintiff is very much aware that she was once before in Florida connected with the Governor Bush with some other high level officials in the sun shine state called Florida and Atlanta Georgia.

    Therefore plaintiff is introducing Exhibits **attached** that back up his claim and show Defendant Patricia Russo is connected with the President of The United States George W. Bush, this include his brother the governor of Florida. Additionally there is a law suit in the United State District of New York **( Manhattan ) case No. 03-CV-6001**, where Lucent Technologies executives including Defendant Patrica Russo **violated** the **Foreign Corrupt Act**, and was filed on

1

**August 8, 2003**, the law suit alleges that **Lucent Technologies and Swiss firm** ACEC disbursed over $15 million in **bribes** between **1995** and **2003** to the former **Saudi Minister** of Post Telephone and Telegraph, the payments supposedly paid for medical expenses, private jet trips and luxury hotel stays in the United States. It is obvious and without a doubt that Patricia Russo has paid official in Florida to win her case against Plaintiff Anthony Bayad. Moreover she did not stop here, and she believed that in Massachusetts and at Cisco Systems with help of her friends (Anthony Savastano, Carl Wiese, and John Chambers) has abused Mr. Bayad once before at Lucent technologies, second time at International Network, and now and present time at Cisco Systems in Lexington Massachusetts, her criminal act to conspire, to torture, to violate and to interfere with Mr. Bayad 's civil act and his right to exist, will not go unnoticed, and Justice must and will prevail, and this horrible chapter of his life must come to an end for Plaintiff can find a peace and live as a **human** and **American citizen** and the state law and right of due process.

### *PLEASE SEE EXHIBIT ATTACHED.*

### *CONCLUSION*

**We pray to this Court** that Plaintiff ' relief of damages sought in his complaint should be granted or as deemed and appropriate by this Court as prescribed of Justice and the law; And ***declare defendants in violation of his rights***.

2

## CERTIFICATE OF SERVICE

*DATE:Agust_* **6** *_.2004*

    *I Hereby certify that a true copy of the foregoing document was served on*

<u>*August*</u> **6** *_., 2004, a copy of this document was*

*SERVED BY hand ;*

**CISCO SYSTEMS Inc.,**
**DEFENDANTS**
**JOHN CHAMBERS,**
**ANTHONY SAVASTANO**
**CARL WIESE**
**(Lisa Goodherart)**
**One international Place**
**Rudnick, LLP**
**Boston, MA 02148**
**&**
**Lucent Technologies**
**Defendant Patricia Russo**
**Lisa Gaulin Esq,**
**Tom ShirleyEsq,**
**53 State Street**
**Boston, MA 02109**
**Tel: 617-248-500**

        **ANTHON BAYAD**
        **PLAINTIFF PRO SE**
        **2 MAGOUN AVENUE**
        **MEDFORD, MA 02155**
        **(781) 704-898**

ANTHONY BAYAD