## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| *ANTHONY BAYAD* ,            ) | |
|                  ) | |
|                  ) | |
|      *Plaintiff* ,     ) | **CIVIL ACTION** |
|                  ) | |
|                  ) | |
|                  ) | |
| **JOHN CHAMBERS, PATRICIA** ) | **CASE NO. 04-CV-10468-GAO** |
| **RUSSO,ANTHONY SAVASTANO**) | |
| **AND CARL WIESE**       ) | |
|                  ) | |
|      *Defendants* ,    ) | |
|                  ) | |

## SWORN TESTIMONIES OF THE CRIMINAL ACT CONDUCTED & EXECUTED BY DEFENDANTS CHAMBERS ET, AL. AGAINST PLAINTIFF ANTHONY BAYAD

### Default pending

An order granting Default Judgment is pending before this honorable Court against Defendants Chambers et, al. for obstructing this civil, legal proceeding case; And have failed to answer, appear or otherwise defend, and the time to otherwise move or plead has expired and has not been extended in this action. Pursuant to district Court of Civil Procedure, Rule 55 (b) (2), and is based upon the accompanying Plaintiff 'affidavit of support and Exhibits.

### Exhibits 1 of Support

Sworn testimony of Lucent Technologies Corporate Police Ronald Laurino acting as German Gestapo . This individual was dispatch personally By Patricia Russo and Carl Wiese, was being aided by Savastano , to criminally mentally and physically torture Plaintiff Bayad  at Lucent Technologies. This individual called Renold Laurino

1

has also testified ( Bribe ring the Police) offering  a job opportunities  to the police at the scene to work at Lucent Technologies in exchange of favors to  swear a Trespassing against Plaintiff Bayad even though Plaintiff was asked to show up at Lucent under the defendants demand, and he ( Plaintiff ) was still an active employee. Ronald Laurino and Defendants ordered the Police to Backer Act Plaintiff (a law in Florida that give authority to the Police or any one to lock any innocent person in a Jail as a mental retarded even without prior mental illness.)

### Exhibits 2 of Support

Sworn testimony of police officer Stephanie Pagels stating under oath that plaintiff was begging of his life at the hand of Defendants at Lucent Technologies and they have changed the story that Plaintiff was begging for his job. (Record shows after this criminal and barbarous act conducted by Defendants, plaintiff was offered many opportunities with many high tech companies)

### Exhibits 3 of Support

Sworn testimony of the security officer Robert Justice at Lucent Technologies Building describing the execution of the criminal and barbarous act done to Plaintiff Anthony Bayad by Defendants While working at  Lucent Technologies.

### Exhibits 4 of Support

Sworn testimony of Lucent employee named Brian Reed during who witnessed the execution of Plaintiff by Defendants at Lucent Technologies.

### Exhibits 5 of Support

Sworn testimony of Mike Reed a white Lucent Employee and a very good friend of Defendants,  also coworker of Plaintiff  has used his company credit card to buy expensive Golf Clubs,  Cloths and Hotels/Airline tickets to fly his parent and his girl friend and was

2

not tortured nor backer act, simply because he is a White person and the torture and special treatment are only reserved to minorities and especially for Anthony Bayad and American/Moroccan.

## CONCLUSION

The Court having reviewed and considered the pleading filed and the Evidence provided by Mr. Bayad presented, and being satisfied that the material allegations of the complaint, together with damages, are proven, now therefore, Plaintiff' relief of damages sought in his complaint should be granted or as deemed and appropriate by this Court as prescribed of Justice and the law; And ***declare defendants in violation of his rights***.

## CERTIFICATE OF SERVICE

3

DATE:Agust.____6__.2004

 *I Hereby certify that a true copy of the foregoing document was served on*

*August* ____6__.. *2004, a copy of this document was*

*SERVED BY hand ;*

**CISCO SYSTEMS Inc.,**
**DEFENDANTS**
**JOHN CHAMBERS,**
**ANTHONY SAVASTANO**
**CARL WIESE**
**(Lisa Goodherart)**
**One international Place**
**Rudnick, LLP**
**Boston, MA 02148**
**&**
**Lucent Technologies**
**Defendant Patricia Russo**
**Lisa Gaulin Esq,**
**Tom ShirleyEsq,**
**53 State Street**
**Boston, MA 02109**
**Tel: 617-248-500**

      **ANTHON BAYAD**
      **PLAINTIFF PRO SE**
      **2 MAGOUN AVENUE**
      **MEDFORD, MA 02155**
      **(781) 704-8982**

      ANTHONY BAYAD