UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10468-GAO

ANTHONY BAYAD,

    *Plaintiff,*

v.

JOHN CHAMBERS, *et al.*,

    *Defendants.*

## **MOTION FOR LEAVE TO WITHDRAW**

The undersigned counsel respectfully requests leave of Court to withdraw as counsel of record for defendants John Chambers, Carl Wiese, and Anthony Savastano (the "Cisco defendants"). Local Rule 83.5.2 requires a motion, rather than a notice of withdrawal, because there are motions currently pending in this matter. The undersigned counsel notes that such motions were on file prior to her appearance in the case and have not yet been scheduled for hearing. The undersigned counsel has personally filed no motions or any other substantive documents in this case.

The undersigned counsel requests permission to withdraw for personal reasons. The Cisco defendants will now be represented by Bruce E. Falby, Esq. of Piper Rudnick LLP, One International Place, 21st Floor, 100 Oliver Street, Boston, Massachusetts, 02110-2613, whose appearance is submitted separately. Mr. Falby has discussed the status of the case with the undersigned, is familiar with the pending motions in this

matter, and is prepared to assume the defense of the action on behalf of the Cisco defendants.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted, and that the Court grant leave to withdraw as counsel for the Cisco defendants.

Respectfully submitted,

*Lisa C. Goodheart*
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6023 (*telephone*)
(617) 406-6123 (*fax*)

Dated: August 23, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on plaintiff and counsel of record by first class mail, postage prepaid, this 23th day of August 2004.

*Bruce E. Falby*
Bruce E. Falby

~BOST1:307078.v1
26573-15