UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10468-GAO

ANTHONY BAYAD,

    *Plaintiff*,

v.

JOHN CHAMBERS, *et al.*,

    *Defendants*.

## NOTICE OF APPEARANCE
## OF BRUCE E. FALBY

Please enter the appearance of the undersigned attorney on behalf of defendants John Chambers, Carl Wiese, and Anthony Savastano.

Respectfully submitted,

/s/ Bruce E. Falby

Bruce E. Falby (BBO #544143)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6020 (*telephone*)
(617) 406-6120 (*fax*)

Dated: August 23, 2004

~BOST1:307074.v1
26573-15