ANTHONY BAYAD
2 MAGOUN AVENUE
MEDFORD, MA 02155
TEL:781-704-8982

Date : August 13, 2004

Senator Edward M. Kennedy
2400 JFK Building
Boston, MA 02203
Tel: 617-565-3170

Ref: Corruption and abuse of Power
    By CEO & Chairman Patricia Russo
        Corporate Headquarters:
        Lucent Technologies
        600 Mountain Ave.
        Murray Hill, NJ 07974-0636
        908 582-8500

Dear Senator:

    I write respectfully to inform you that Executives of Lucent Technologies and in particular Chairman Patricia Russo of Lucent Technologies is running an organize crime company and she believes that she is above the law, because of her connection with the Bush and the republicans that she is protected, immune from any indictment or violation of law, and this include her violation of my Civil rights and her criminal act conducted against me in Florida and the law was not serve simply because she was assisted with some high republican Officials. **PLEASE SEE EXHIBITS HERETO attached with this LETTER**

    I also write respectfully to inform you on behalf of the American People that strongly the intervention of Attorney General and the United States Court is of public importance and will material further the vindication of rights, privileges, secured or protected by the constitution or the laws of our State and our Country the United States of America.

    I am confidence that your intervention will strongly open the door of justice, duty to assist and to protect the public interest enforce the law from this depraved individual, CEO Patricia Russo of Lucent Technologies.

Truly yours
Anthony Bayad

Cc: United State Court district of Massachusetts
    Defendant Patricia Russo

# The White House
PRESIDENT GEORGE W. BUSH

**In Focus**
- Medicare
- Iraq
- National Security
- Economic Security
- Homeland Security
- More Issues
- En Español

**News**
- Current News
- Press Briefings
- Proclamations
- Executive Orders
- Radio Addresses

**News by Date**
- February 2004
- January 2004
- December 2003
- November 2003
- October 2003
- September 2003
- August 2003
- July 2003
- June 2003
- May 2003
- April 2003
- March 2003
- February 2003
- January 2003
- December 2002
- November 2002
- October 2002
- September 2002
- August 2002
- July 2002
- June 2002
- May 2002
- April 2002
- March 2002
- February 2002
- January 2002
- December 2001
- November 2001
- October 2001
- September 2001
- August 2001
- July 2001
- June 2001
- May 2001
- April 2001
- March 2001
- February 2001
- January 2001

**Appointments**
- Nominations
- Application

**Photos**



- Photo Essays

Home > News & Policies > Nominations by Name

Printer-Frie

For In
Office of th

## Personnel Annoucement

President George W. Bush today announced his intention to nominate two individuals, appoi individuals and designate three individuals to serve in his administration:

The President intends to nominate Harvey S. Rosen of New Jersey to be a Member of the C Economic Advisers. Mr. Rosen is currently a Professor of Economics at Princeton University he served as Deputy Assistant Secretary of Tax Analysis for the Department of Treasury. Mr earned his bachelor's degree from the University of Michigan. He went on to earn his master and his Ph. D. from Harvard University.

The President intends to nominate Rick A. Dearborn of Oklahoma to be Assistant Secretary Congressional and Intergovernmental Affairs. Currently, Mr. Dearborn serves as Legislative I Senator Jeff Sessions. He has previously served on the Senate Steering Committee as Chai Senator Kay Bailey Hutchison's Director of Strategy and Floor Operations. Mr. Dearborn ear bachelor's degree from the University of Oklahoma.

The President intends to appoint Glenn Dale Steil of Michigan to be a Member of the Nationa Service Appeal Board.

The President intends to appoint the following individuals to be Members of the President's N Security Telecommunications Advisory Committee:

The President intends to appoint James F. Albaugh of Missouri to represent The Boeing Cor

The President intends to appoint Frank Ianna of New Jersey to represent AT&T.

The President intends to appoint Richard C. Notebaert of Colorado to represent Qwest Com International Inc.

The President intends to appoint Hector de Jesus Ruiz of Texas to represent Advanced Micr Inc.

The President intends to appoint Patricia F. Russo of New Jersey to represent Lucent Techn

The President intends to appoint Stratton D. Sclavos of California to represent VeriSign, Inc.

The President intends to appoint Susan Spradley of Texas to represent Nortel Networks.

The President intends to appoint John W. Stanton of Washington to represent Western Wirel Mobile USA.

The President intends to designate the following individuals to be Members of the Board of C the National Capital Revitalization Corporation.



(Photo by Donna Burton, Defense Informat Agency.)

Click to view a full size image



Click to view a full size image

As Rockwell Collins President and Chief Ex Clayton Jones (right) listens, Craig Mundie President and Chief Technical Officer for A Strategies and Policies with Microsoft Corp to a discussion point during the 26th meetir President's National Security Telecommuni Committee, held April 30 in Washington. (F Burton, Defense Information Systems Ager



Click to view a full size image

Air Force Lieutenant General Harry D. Rad Director of the Defense Information System former Manager of the National Communic addresses members of the President's Nat Telecommunications Advisory Committee ( their April 30 Executive Session. While Mai Raduege served as the Designated Federa NSTAC, a 30-member committee that advi: on national security and emergency prepar communications. (Photo by Donna Burton, Information Systems Agency.)



Patricia Russo, Chair and Chief Executive  Lucent Technologies, and Edward Whitacr of SBC Communications listen to discussio security and emergency preparedness tele issues during the 26th meeting of the Presi Security Telecommunications Advisory Cor April 30 in Washington. (Photo by Donna B Information Systems Agency.)



Click to view a full size image



As VeriSign Director of Public Policy Micha (center) listens, VeriSign Chairman and Ch Officer Stratton Sclavos (left) casually disci issues with James F.X. Payne, Senior Vice General Manager for Qwest Communicatio Services Division, during the 26th meeting National Security Telecommunications Adv (Photo by Donna Burton, Defense Informat

NCS | National Communications System | President's NSTAC | April 2003    Case 1:04-cv-10468-PBS    Document 42    Filed 08/20/2004    Page 4 of 4

Page 3 of 9



President George W. Bush greets Air Force General Harry D. Raduege, Jr., Director of Information Systems Agency and former M National Communications System, during a meeting of the President's National Securit Telecommunications Advisory Committee ( 30. (White House photo)



Motorola Chairman and Chief Executive Of Galvin is greeted by President George W. I 30 White House meeting of the President's Telecommunications Advisory Committee ( House photo)



President George W. Bush greets National System Deputy Manager Brenton C. Greer House meeting of the President's National Telecommunications Advisory Committee ( (White House photo).

### Images from the Executive Session- April 2003



Retired Admiral Steve Abbot (center), Actir Security Advisor, addresses briefs member President's National Security Telecommuni Committee (NSTAC) during their Executive April 30 in Washington. Alongside Abbot ar Schmidt (left), formerly the President's Cyb Advisor, and NSTAC Chair, Dr. Vance D. C Chairman and Chief Executive Officer of L( Corporation. (Photo by Donna Burton, Defe Systems Agency.)