# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD,

    Plaintiff,

v.

JOHN CHAMBERS, ET AL,

    Defendants.

CA. NO. 04-10468-GAO

## *NOTICE*

November 4, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **scheduling conference** at **10:15 a.m.,Friday, November 12, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**