UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-10468-GAO |
| JOHN CHAMBERS, PATRICIA RUSSO, ) | |
| ANTHONY SAVASTANO, and ) | |
| CARL WIESE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

This will certify that, pursuant to Local Rule 16.1(D)(3), defendants John Chambers, Anthony Savastano, and Carl Wiese, and their counsel have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - for the litigation and that they have considered the resolution of the litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

DEFENDANTS JOHN CHAMBERS,
ANTHONY SAVASTANO and
CARL WIESE
By their attorneys,

_____
Bruce E. Falby, BBO #544143
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
Phone: (617) 406-6000
Fax:   (617) 406-6100

_____
John Chambers, III

_____
Anthony Savastano

_____
Carl Wiese


Dated: November 9, 2004

_____
John Chambers


_____
Anthony Savastano

*Carl Wiese* 11-11-04
_____
Carl Wiese


Dated: November 9, 2004

- 2 -