# Piper Rudnick

One International Place, 21st Floor
Boston, Massachusetts 02110-2613
*main* 617.406.6000 *fax* 617.406.6100

BRUCE E. FALBY
bruce.falby@piperrudnick.com
*direct* 617.406.6020

December 23, 2004

Mr. Anthony Bayad
2 Magoun Avenue
Medford, MA 02155

Re:   Anthony Bayad v. John Chambers, Anthony Savastano and Carl Wiese
      C.A. No. 04--10468-GAO

Dear Mr. Bayad:

This is to confirm our telephone conversation today in which you agreed to extend the time for my clients, John Chambers, Anthony Savastano and Carl Wiese, to respond to your requests for admissions and documents and to answer your interrogatories until January 21, 2005.

Thank you for your courtesy.

Sincerely,

Bruce E. Falby

BEF/jb

~BOST1:315456.v1
*Piper Rudnick LLP*