

**DLA Piper Rudnick Gray Cary US LLP**
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

BRUCE E. FALBY
bruce.falby@dlapiper.com
T 617.406.6020  F 617.406.6120

January 21, 2005

Anthony Bayad, Jr.
2 Magoun Avenue
Medford, MA  02155

Re: *Anthony Bayad v. John Chambers, et al.*
    United States District Court for the District of Massachusetts
    Civil Action No.:  04-10468-GAO

Dear Mr. Bayad:

Enclosed in the above-entitled action please find the following:

1.    Defendant Wiese's Responses to Plaintiff's First Set of Interrogatories;

2.    Defendant Carl Wiese's Responses to Plaintiff's Request for Admissions;

3.    Defendant Savastano's Responses to Plaintiff's First Set of Interrogatories;

4.    Defendant Anthony Savastano's Responses to Plaintiff's Request for Admissions; and

5.    Defendants John Chambers, Anthony Savastano and Carl Wiese's Responses to Plaintiff's First Request for Production of Documents.

The responsive documents are being mailed to you separately by Robin Tarr.



Clerk of Court -- Civil
United States District Court
for the District of Massachusetts
August 20, 2004
Page 2

Please note that I have been delayed in obtaining the interrogatory answers and responses to request for admissions of John Chambers, which I will produce to you next week. I appreciate your patience.

Sincerely,

Bruce E. Falby

BEF/lnf
Enclosures

cc:     Robert J. Mathias, Esq.
        Robin Tarr, Esq.