

**PIPER RUDNICK
GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

BRUCE E. FALBY
bruce.falby@dlapiper.com
T 617.406.6020  F 617.406.6120

January 28, 2005

Anthony Bayad, Jr.
2 Magoun Avenue
Medford, MA 02155

Re:  *Anthony Bayad v. John Chambers, et al.*
     United States District Court for the District of Massachusetts
     Civil Action No.: 04-10468-GAO

Dear Mr. Bayad:

Enclosed in the above-entitled action please find Defendant John Chambers' Responses to Plaintiff's Request for Admissions.

Sincerely,

Bruce E. Falby

BEF/lnf
Enclosure

cc:  Robert J. Mathias, Esq.
     Robin Tarr, Esq.

~BOST1:317508.v1
*Piper Rudnick LLP*