UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -4 P 4: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY BAYAD, )
)
Plaintiff, )
) CIVIL ACTION NO. 04-10468-GAO
v. )
)
JOHN CHAMBERS, PATRICIA RUSSO, )
ANTHONY SAVASTANO, and )
CARL WIESE, )
)
Defendants. )

### DECLARATION OF ROBIN C. TARR

I, Robin C. Tarr, delcare as follows:

1. My name is Robin C. Tarr. I am an associate at the firm DLA Piper Rudnick Gray Cary US LLP. I represent the Defendants in the above-captioned matter.

2. Attached hereto as Exhibit A is a Certificate of Service certifying that on January 21, 2005, I served by United States mail on Plaintiff the following discovery: Defendant John Chambers, Anthony Savastano and Carl Wiese's Responses to Plaintiff's First Request for Production of Documents

3. Attached hereto as Exhibit B is a Certificate of Service certifying that on January 28, 2005, I served by United States mail on Plaintiff the following discovery: Defendant John Chambers' Responses to Plaintiff's First Set of Interrogatories.

Signed under the pains and penalties of perjury this 3rd day of February, 2005

Robin C. Tarr

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/04/05