## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January 2005 the foregoing **Defendant John Chambers, Anthony Savastano and Carl Wiese's Responses to Plaintiff's First Request for Production of Documents** was deposited in the U.S. Mail, first-class postage-prepaid, addressed to:

>Anthony Bayad Jr.
>2 Magoun Avenue
>Medford, Massachusetts  02155

the address designated by Plaintiff for this purpose.

*/s/ Robin C. Tarr*
Robin C. Tarr