## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 28th day of January 2005 the foregoing **Defendant Chambers' Responses to Plaintiff's First Set of Interrogatories** was deposited in the U.S. Mail, first-class postage-prepaid, addressed to:

>Anthony Bayad Jr.
>2 Magoun Avenue
>Medford, Massachusetts 02155

the address designated by Plaintiff for this purpose.

                                                      */s/ Robin C. Tarr*
                                                         Robin C. Tarr