IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ANTHONY BAYAD, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>JOHN CHAMBERS, PATRICIA )<br>RUSSO, ANTHONY )<br>SAVASTANO and CARL )<br>WIESE, )<br>Defendants, )<br>) | CIVIL ACTION<br><br>CASE NO. 04-cv-10468-GAO |

## EXHIBIT ATTACHED HERETO MARKED NUMBER 8
## IN SUPPORT TO PLAINTIFF ' CLAIMS SET FORTH IN HIS
## COMPLAINT AND HIS MOTION TO GRANT ALL RELIEF OF
## DAMAGES SOUGHT AGAINST CHAMBERS ET,AL.

Plaintiff respectfully introduce Exhibit numbered 8 titled the CISCO SENSITIVE LIST and called the CISCO-NO-HIRE-LIST, WHERE defendant ANTHONY SAVASTANO has Announced, Classified and Broadcast Plaintiff Bayad ' name during his employment with him at Cisco Systems, and state as Follow:

" DO NOT HIRE/PROMOTE/TRANSFER ANTHONY BAYAD EMPLOYEE #73799, SHOULD YOU HAVE QUESTION CONTACT TONY SAVASTANO". Defendant Savastano ' conduct was in violation of BUSINESS CODE AND ETHICS OF CISCO SYSTEMS AND IN VIOLATION OF THE LAW. Additionally the list contains all the names of potential employers ( Cisco Partners/Resellers) that may hire Bayad and contains Cisco Representatives or Agents in direct contact with these Cisco Resellers/Partners and potential Employers, whom may have hired Bayad and who has not been able to find Job and have not worked for about **7 years**.

1

Additionally Defendant Savastano used his authority as Director or Executive outside the scope of his duty and the Rules of the Cisco Business Ethics, to act for personal reason to Announce , Classify, and Broadcast **BAYAD** ' name in **NO-HIRE-LIST**, while Bayad was Employed with Defendant; Bayad was offered a Job as System Engineer for North Africa Region, and Cisco Managers and Executives of Europe invited Bayad for 3 set of Interviews , One was conducted in United Arab Emirate, City Dubai, Second conducted in France city of Paris and Third and last was conducted in England the city of London. Bayad was qualify for the position because he was a native of North Africa and speaks the Dialect and the Language, and was denied that Position because the Decision was standing at Corporate and his Name was in Cisco-No-Hire-List.

Additionally Defendants and their Attorneys have lied in the Request of Interrogatories and admission that was served to them by Plaintiff Bayad , where they were asked and subjected "10 times" to the use and the content of the **EXHIBIT 8** introduced to them the **Cisco Sensitive** called **CISCO-NO-HIRE-LIST**; Both Defendants and their attorneys responded in the answer in the Request of Interrogatories and Admission with denial and lies in refer to the list that was produced to them and docketed before this Court, and then they Produced it ( the List CISCO-NO-HIRE-LIST) now it exist, and it is a shame that the list contains also 100 to 1000 of names of only Minorities announced in it as Bayad not to be Hired.

## STATEMENT OF INTEREST

### Equality, Fairness and Justice

The **Torah** (Old Testament) commands "**justice, justice we shall pursue.**" That means that everybody must be treated equally and fairly. That also means that we cannot sit or stand by silently while there is injustice. We must act. Despite the apparent fact that Muslim Arabs committed the recent horrific acts of terrorism, we must not assault

2

innocent people and buildings just because they look like they might be Arabs or Muslim. After the Japanese attack on Pearl Harbor, many Japanese Americans were assaulted and confined. They were Americans. They were innocent of any wrongdoing. The United States later acknowledged that the way that those Americans were treated was wrong. Hitler and the Nazis assaulted and tried to exterminate the Jewish people because of their Jewish heritage. Other groups targeted by the Nazis include the handicapped, homosexuals, Jehovah's Witnesses, Poles, Sinti and Roma (Gypsies). We must learn from that lesson and stop any generalized assaults on our fellow Americans who are Arabs, Americans who look like Arabs, and PURSUING JUSTICE IN THIS COURT OF LAW, THE United States District of Massachusetts -- Honorable Chief Magistrate Judge Bowler presiding.

**God bless America and all Americans of our diverse backgrounds and heritage**

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that a true and correct copy of Second **MOTION IN SUPPORT GRANTING PLAINTIFF ALL RELIEF OF DAMAGES SOUGHT AGAINSTCHAMBERS ET,AL.** was furnished via U.S. mail to : Bruce E. Falby, BBO #544143, PIPER RUDNICK LLP,One International Place, Boston MA 02110, this ___ day of February 2005 .

                                                ANTHONY BAYAD, PRO SE
                                                2 Magoun Avenue
                                                Medford, MA 02155
                                                Telephone (781) 704-8982

                                                *Anthony Bayad*