FILED

UNITED STATES DISTRICT COURT CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB 16  P 3: 16

CIVIL ACTION NO. 04-10468-GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

ANTHONY BAYAD,

   *Plaintiff,*

v.

JOHN CHAMBERS, *et al.,*

   *Defendants.*

## NOTICE OF FIRM NAME CHANGE

  Pursuant to Local Rule 83.5.2(e), please enter the following change of firm name

on the docket of this action.  Effective January 1, 2005, the firm name of counsel for

defendants John Chambers, Anthony Savastano and Carl Wiese shall be:

Bruce E. Falby, Esq. (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

JOHN CHAMBERS, ANTHONY
SAVASTANO AND CARL WIESE

By their attorney,

Bruce E. Falby, Esq. (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  February 15, 2005

CERTIFICATE OF SERVICE

I, Bruce E. Falby, hereby certify that a copy of the foregoing document was served upon ~~all counsel of record~~ by mail on February 15, 2005.

*Plaintiff*

Bruce E. Falby

~BOST1:317765.v1
26573-15