**DLA Piper Rudnick Gray Cary US LLP**
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

BRUCE E. FALBY
bruce.falby@dlapiper.com
T 617.406.6020  F 617.406.6120

February 17, 2005

Civil Clerk
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

    Re:    Anthony Bayad v. John Chambers, et al.
           United States District Court for the District of Massachusetts
           <u>Civil Action No.:  04-10468-GAO</u>

Dear Sir or Madam:

    Enclosed for filing in the above-captioned matter please find Defendants' Opposition to Plaintiff's Second and Third Motions to Grant Plaintiff All Relief of Damages Sought Against Chambers Et Al.

                                    Sincerely,

                                    /s/ Bruce E. Falby

                                    Bruce E. Falby

BEF/lnf
Enclosure

cc:    Anthony Bayad
        Robert J. Mathias, Esq.
        Robin C. Tarr, Esq.