UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
ANTHONY BAYAD,                      )
                                    )
              Plaintiff,            )
                                    )
       v.                           )     CIVIL ACTION
                                    )     NO. 04-10468-GAO
                                    )
JOHN CHAMBERS, et al.,              )
                                    )
              Defendants.           )
                                    )
                                    )
                                    )
_____)

THE CISCO DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION REQUESTING THE HONORABLE JUDGE O'TOOLE AND HONORABLE
CHIEF MAGISTRATE BOWLER PRESIDING TO INTERVENE AS MATTER OF
RIGHTS AS JUSTICE PRESCRIBED

Defendants John Chambers, Anthony Savastano and Carl Wiese (the "Cisco Defendants") hereby oppose "Plaintiff's Motion Requesting the Honorable Judge O'Toole and Honorable Chief Magistrate Bowler Presiding to Intervene as Matter of Rights as Justice Prescribed" ("Motion for Intervention").

It is difficult to determine the relief requested by Plaintiff in his Motion for Intervention. However, it appears that Mr. Bayad seeks to vary the summary judgment schedule and suspension of discovery ordered by the Court at the February 7, 2005 status conference. The Cisco Defendants oppose the motion because the schedule set and the actions taken by the Court at the conference are an appropriate and efficient method of managing this case under Fed. R. Civ. P. 16 and Local Rules 16.3, 26.1, and 26.2.

2

WHEREFORE, the Cisco Defendants request that Plaintiff's Motion for Intervention be denied and that the case proceed in accordance with the Court's February 7, 2005 schedule and orders.

Respectfully submitted,

/s/ Bruce E. Falby

_____
Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY
CARY US LLP
One International Place
Boston, MA  02110
Phone: (617) 406-6000
Fax:    (617) 406-6100

ATTORNEYS FOR DEFENDANT
JOHN CHAMBERS, ANTHONY
SAVASTANO and CARL WIESE

Dated:  February 24, 2005