Copy of unreadable.tds

CONFIDENTIAL
FOR RECRUITING PURPOSES ONLY

Effective Sept 10 2000

Interviewing may not occur with any company or of the list until the Cisco Manager servicing that Customer/Partner approves. To identify the Cisco Manager, please visit StarViper at:

http://wwwin.cisco.com/Cust-Adv/InfoSys/sales/star/sipr/

After recruiting approval to interview their application, Cisco recruiter must contact the applicant's current manager to confirm

Interviewing should only occur after the responsible Cisco VP approves.

No targeted recruiting efforts within these companies

Should you have questions, contact Collie Harper-Guerra

Targeted recruiting efforts within these companies should occur only with the express agreement of the responsible Cisco VP.

Interviewing may not occur until the Cisco Manager servicing that Customer/Partner approves

| ALL CCIE's employed by AWT Customer/Partners | | Account | Cisco Contact | Comments | PREFERRED RESUMES | | TRAINING PARTNERS | Cisco contact |
|---|---|---|---|---|---|---|---|---|

| Company | Name |
|---|---|
| Genuity (aka GTE) | Todd Hoselock? |
| Gartner... | Bob Bruce |
| Global Data Systems | Dean Trout |
| GM | Bob Bruce |
| GTE | Dean Trout |
| GTE Wireless | Kristin Baumgartner |
| Hewlett Packard | Eric Buckle |
| Hotmail | Bob Viz/Bob Bruce |
| Hot Mail | Vic Nompton |
| IBM | Whitney Tomlin |
| IBM Global Services United States | Skyler Smith |
| ICG Communications | Bob Bruce |
| ICONECTIV | |
| Kush Technology Services | |
| intranet | Bob Bruce |
| i.3 Systems | |
| Javlin | |
| Jones | Whitney Tomlin |
| Jarnison Group | |
| Kerk Corp | |
| Kana Datacomm | |
| Logical Network Services | |
| MCI/Worldcom - BT | |
| MCI/Worldcom | |
| Mobile Systems | |
| Moxriel Lynch | |
| Motorola | |
| N2K Solutions, Inc. | |
| NCR | Karen Kennedy |
| Netopdspark | |
| NEC Business Communications Systems | Nick Adams |
| NEC US and Mid West | |
| NetEffect | |
| Netobile, Inc. | Bob Bruce |
| Nextere Soft | Bob Bruce |
| Pacific Bell | |
| PacketVideo | Whitney Tomlin |
| Parexel Systems Corporation | Bob Bruce |
| Proteo | |
| Provision | |
| Qwest | Whitney Tomlin |
| Feedeic Systems | |
| Rhythms NetConnection | |
| Sabre | Bob Bruce |
| Rockwell Int'l Corp - E-Commerce Div. | Dean Ash |
| SBC (includes Southwestern Bell, Southwest Bell Data Comm.) | Tim Akers |
| SBC Communications | Bob Bruce |
| Sales | Dean Trout |
| Services | Bob Bruce |
| Shared Medical Systems | |
| SmarTalk | Bob Bruce |
| Smartt | Tim Akers |
| Southern New England Telephone | Tim Akers |
| SpectraPoint | |
| Sprint | Nathan Ivanek/Bob Bruce |
| Sprint - Paranet | Nathan Ivanek |
| State Street Bank Boston | Nick Adams |
| State Farm | Dean Trout |
| Sun - Sales, SE, IT | Bob Bruce |
| FacerFocus | |
| Telcordia | Bob Bruce |
| Texas Instruments | |
| The Gap | Glen Lizzetti |
| TimeBridge Technologies | Bob Bruce |
| Time Warner Cable | John Domine/Bill Miles |
| Toyo | |
| U S West Enterprise | Whitney Tomlin |
| UCLA | TBD |
| USAA | Whitney Tomlin |
| Verio | Joe Esposito |
| Verizon (aka Bell Alliance) | Kristin Baumgartner/Bob Bruce |
| Verizon Wireless (aka Bell Atlantic Mobile) | Eric Russo |
| Vitae | |
| Vodafone/Airtouch | Whitney Tomlin |

| Company | Name | |
|---|---|---|
| Nextgy | | |
| Netscout | | |
| Network Engineering Tech | | |
| Nokia | | |
| Novo (reseller) | | |
| Objective Systems | | |
| Olivetti | | |
| Oracle | Whitney Tomlin | |
| P & G | Dean Trout | |
| Predictive | | |
| Pricewaterhouse Cooper (PWC) | | |
| Progressive Insurance | Dean Trout | |
| Prudential | | |
| Raytheon | Nick Adams | |
| Quest Media and Supplies | | |
| RBOC - Baby Bell's | | |
| Retail Solutions | | |
| Rogers-Canada | | |
| Sarcom | | |
| Seagate | | |
| Shaw-Canada | Whitney Tomlin | |
| Siemens | | |
| State Street Bank | Dean Trout | |
| Tech Data | | |
| Teledyne Brown | | |
| Teletech | | |
| Telenor | | |
| Thrupoint | Joe Esposito | |
| The Signature Group (TSG) | Joe Esposito | |
| Tricon Industries | | |
| USBC-UCSF Stanford Healthcare | Joe Esposito | Europe/US |
| UUNET | | |
| VIDIO | | |
| Yahoo | Whitney Tomlin | |

Copy of salesfinal.xls