## CERTIFICATE OF SERVICE

FILED
IN CLERKS OFFICE

I, Bruce E. Falby, hereby certify that on this 28th day of February 2005, true and correct copies of the following documents were served upon Anthony R. Bayad, Jr., 2 Magoun Avenue, Medford, MA 02155, by first class U.S. mail:

U.S. DISTRICT COURT
DISTRICT OF MASS.

Motion for Summary Judgment of Defendants John Chambers, Anthony Savastano, and Carl Wiese

Memorandum of Law in Support of Motion for Summary Judgment of Defendants John Chambers, Anthony Savastano, and Carl Wiese

Statement of Undisputed Facts of Defendants John Chambers, Anthony Savastano, and Carl Wiese

Declaration of John Chambers

Declaration of Anthony Savastano

Declaration of Carl Wiese

Declaration of Lynn Fraser

Declaration of Paula Hughes

Declaration of Bruce E. Falby

_____
Bruce E. Falby

~BOST1:320397.v1