IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 04-cv-10468-GAO |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | |
| WIESE, ) | |
|   Defendants, ) | |
| ) | |

**AFFIDAVIT OF MR. AMADO NAVAS A CO-WORKER AND MANAGER WITH DEFENDANTS AT LUCENT TECHNOLOGIES AND INTERNATIONAL NETWORK SERVICES AND NOW AT CISCO SYSTEMS IN SUPPORT OF PLAINTIFF PRO SE BAYAD 'CROSS- MOTION FOR SUMMARY JUDGEMENT**

Matters to be Considered. In deciding whether an asserted fact is not genuinely in dispute, the court shall consider stipulations, admissions, and, to the extent filed, the following: (1) depositions, interrogatory answers, and affidavits to the extent such evidence would be admissible if the deponent, person answering the interrogatory, or affiant were testifying at trial and, with respect to an affidavit, if it affirmatively shows that the affiant would be competent to testify to the matters stated therein; and (2) documentary evidence to the extent such evidence would, if authenticated and shown to be an accurate copy of original documents, be admissible at trial in the light of other evidence. Therefore Plaintiff Pro Se Bayad introduce the <u>Affidavit of Mr. Amado Navas attached hereto</u> to as a witness and support for his Cross-Motion and his claim against Chambers et, al.

1

# AFFIDAVIT IN SUPPORT OF PLAINTIFF ANTHONY BAYAD'S CROSS-MOTION FOR SUMMARY JUDGEMENT, AND IN SUPPORT FOR HIS CLAIM AGAINST JOHN CHAMBERS, CARL WIESE AND ANTHONY (TONY) SAVASTANO

I Amado V. Navas have known Mr. Anthony Bayad since 1993 when we both worked at Wellfleet Communications, in Billerica Massachusetts. Our relationship has always been at a professional level, I have had the opportunity and privilege to work closely with Mr. Bayad on several projects, at such times I have seen first hand the caliber of professional skills that Mr. Bayad enjoys; as well as the integrity, honesty and ethics which are strongly built into Mr. Bayad's character.

I witnessed first hand and with my own two eyes the abuse suffered by Mr. Bayad at the hands of agents and management of Lucent Technologies. Mr. Bayad's trust and skills were severely violated by numerous individuals led by Mr. Anthony (Tony) Savastano, and Mr. Carl Weise. Mr. Bayad's knowledge and skills were taken advantage of while he was forced to teach other fellow employees his knowledge of a particular brand of products, which at the time were critical for the success of the company. But when Mr. Bayad asked a simple favor or one of Mr. Savastano's trusted agents, Mr. Bruce Brewer he was insulted and denied the simple training in the matter of Cisco router configuration. At the time Mr. Brewer and one of his trusted agents, Mr. John Staltzer told Mr. Bayad that he could not speak any English therefore he was not good enough to be working for Lucent Technologies. The abuses continue to escalate, turning into physical and mental torture at the hands of agents of Anthony (Tony) Savastano and Lucent. Mr. Bayad was flown to the Lucent regional headquarters in Saint Petersburg, Florida were he was

1

locked up in a room, physically tortured and threatened and finally arrested under an illegal "Baker Act" by the local law enforcement agency acting on the orders of Lucent and Savastano.

Mr. Bayad tried to move forward with his life and career by joining the consulting firm by the name of "International Network Services" or "INS", only to have once again to endure suffering at the hands of a small group of white conspirators led by Anthony Savastano, Carl Weise and others. Mr. Bayad was terminated the first day of his employment with INS, by individuals acting on behalf of Lucent and Savastano, the proof and evidence is that INS was purchased by Lucent Technologies shortly thereafter, through a questionable deal the gave immense wealth to a handful of individuals.
Mr. Bayad health and career suffered a tremendous blow, while Savastano was on his way to become a Vice President at Cisco Systems, even though Savastano's knowledge of TCP/IP and data communications was non existent.

The layers of conspiracy against Mr. Bayad are very deep yet. During his litigation against Lucent Technologies, Henri Schadtt, Anthony (Tony) Savastano and others Mr. Bayad was betrayed and sold out by his attorneys, Stephanie Alexander and David Sales who practice in the state of Florida, evidence and proof are the fact that both acted in a very suspicious manner, which clearly violated the Attorney Client trust, since they would extract information from Mr. Bayad, and then fed it to opposing counsel. As well as acting in an obvious incompetent and careless manner during critical stages of the litigation.

2

Still Mr. Bayad's suffering did not end there. Trying to still move forward with his life and career Mr. Bayad accepted employment with Cisco systems in Massachusetts, while Savastano was still employed and Lucent/INS, shortly thereafter Savastano joined Cisco Systems much to the surprise of Mr. Bayad and Amado Navas, since Savastano's knowledge of TCP/IP, the Internet and its systems was non existent. Savastano's knowledge was on the trade of accounting, and for organizations like AT&T and Lucent that were mainly involved in the manufacture of Telephone Systems. But, there is a piece of evidence that is clear and obvious, Mr. Savastano worked at Wang Laboratories, with individuals that now work at Cisco Systems, including John Chambers. Shortly after Savastano joined Cisco, he traveled to the field sales office in Saint Petersburg, even though he really had no business there, to threaten Amado Navas, and to deliver a message. He told Amado Navas to relay a message to Bayad "….tell that monkey Bayad that his days at Cisco are numbered, my friend Lynn Frazer will take care of him soon, that he and his people need to go back where they came from, ha ha…..".

The very day that Savastano joined Cisco one of his agents, Mr. Dale Roznowski delivered a message to Amado Navas to announce that Savastano had finally arrived at Cisco and his mission was to take care of Bayad, and Navas.

3

The statements I give in this Affidavit, are given on my own free will, and I swear them to be the truth, the whole truth and nothing but the truth, so help me God. And I am prepared to repeat them as testimony in any court of Law.

Witness: Amanda L. Martin

Sworn and subscribed before me this 7th day of March A.D. 2005

_____            _____
           Amado Navas                                    Amanda L. Martin

**AMANDA MARTIN**
Notary Public, State of Florida
My Comm. Expires Apr. 29, 2007
No. DD206704

4

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of AFFIDAVIT OF MR. AMADO NAVASCO-WORKER AND MANAGER WITH DEFENDANTS AT LUCENT TECHNOLOGIES AND INTERNATIONAL NETWORK SERVICES AND NOW AT CISCO SYSTEMS IN SUPPORT PLAINTIFF PRO SE BAYAD 'CROSS- MOTION FOR SUMMARY JUDGEMENT to Defendant Anthony Savastano was furnished via U.S. mail to : Bruce E.Falby, BBO #544143, PIPER RUDNICK Gray Carry LLP, One International Place, Boston MA 02110, this ___9___ day of March 2005

ANTHONY BAYAD JR.
2 MAGOUN AVENUE
MEDFORD MA 02155
TEL. (781) 704-3982

_____
ANTHONY BAYAD JR.

2