IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 04-cv-10468-GAO |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | |
| WIESE, ) | |
|   Defendants , ) | |
| ) | |

**PLAINTIFF DIRECT EVIDENCE ACCORDING TO FEDERAL RULE OF EVIDENCE EXHIBIT [18 ] CISCO-NO-HIRE-LIST & RACIAL JOKE AIRPORT ANNOUNCEMENT EXHIBIT [ 23] EXHIBIT [ 1] OF THE 911 TAPES OF THE POLICE**

Plaintiff Bayad' direct evidence ( Cisco-No-Hire-List ) is evidence of discrimination animus introduced herein and with the accordance with *Fed. R. Evid. 803(6)*, within records of regularly conducted activity of Defendants owners of Cisco; And this Court generally have admitted computer Records upon showing that the Records ( Cisco-No-Hire-List Defendants' Policy) fall within the Business Records Exception. *United States v. Moore*, 923 F.2d 910, 914 (1st Cir.). In essence with the accordance of the *Federal Rule of Civil Procedures Rule 16, Rule 26, Rule 34*, and *Rules of practices and Procedure of the Judicial Conference of the United States* ( August 2004). As proposed in particular, Rule 34 (a) will be amended to include " electronically stored information. See *Rowe Entm't, Inc. v. William Morris Agency, Inc.*, 205 F.R.D. 421, 421, 428 (S.D.Y. 2002). Plaintiff provided to Defendants the Cisco-No-Hire List as Electronic file and as hard copies, also accordingly to *Fed. R. Evid. 1001 (3)*, defined of an accurate printout of computer data [i]f data as herein is stored in a computer or

1

similar device ( CD, Floppy Drive, Hard Drive), any printout or other output readable by sight, shown to reflect the data accurately , is an " original" satisfy the best "Rule".  *Doe  v. United States* , 805 F. Supp. 1533, 1517 (D. Hawaii. 1992); See also Proposed *Federal Rule of Evidence 1001 (3) (1972)*.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of MOTION GRANTING PLAINTIFF ALL RELIEF OF DAMAGES SOUGHT AGAINST CHAMBERS ET,AL. was furnished via U.S. mail to : Bruce E. Falby, BBO #544143, PIPER RUDNICK GRAY CARRY LLP, One International Place, Boston MA 02110, this  9 . day of March  2005

ANTHONY BAYAD, PRO SE
2 Magoun Avenue
Medford, MA 02155
Telephone (781) 704-8982

*Anthony Bayad*

2