IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 04-cv-10468-GAO |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | |
| WIESE, ) | |
| Defendants, ) | |

**PLAINTIFF FILING OF LETTERS OF RECOMANDATION FROM HONROABLE MAGISTRATE, MANAGERS AT LUCENT TECHNOLGIES, IRISH AMERICAN BUSINESS AND HIS FOMER MANAGERS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND FOR HIS CHARACTER**

Plaintiff Bayad *proceeding Pr Se* herein is introducing Exhibited attached hereto according to Federal Rule of Civil Procedure in support of his Cross-Motion Summary Judgment. Since Defendants attorney Bob Matthias, Bruce Falby, Robin Tarr, and Lisa Good heart, are attacking characters of Bayad by introducing 400 _Pages of taped telephone conversation ( against the Federal Law to record people without their consent) and contradiction the Rule of Evidence Rule 404. Therefore Bayad respectfully ask this honorable Court to review the letter and find out for it self the honesty and integrity of Bayad, who had not worked for 7 year and living under the poverty line at the hand of Defendants Chambers, Savastano, and Wiese, whom at this present time enjoying the American dream and providing the good life to their family.

1



**TRIAL COURT OF THE COMMONWEALTH**
THE DISTRICT COURT DEPARTMENT
MALDEN DIVISION
MALDEN, MASS. 02148
781-322-7500

JOSEPH E. CROKEN, Clerk-Magistrate
EUGENE E. REARDON III, First Assistant Clerk-Magistrate
JANE M. SELLON, Second Assistant Clerk-Magsitrate
JAMES J. BOYLE III, Third Assistant Clerk-Magistrate

5/1/03

Sirs:

I welcome the opportunity to recommend Mr. Anthony Bayad for entrance to the Massachusetts School of Law.

I have known Anthony for roughly twelve years and have always appreciated his approach to opportunity that this great country offers to those who have a desire to improve.

It is with sincere pride that I highly recommend Anthony to become a member of your School of Law.

If you should have any questions regarding my relationship with Mr. Bayad, please call me at the telephone number listed above.

Sincerely,
Joseph E. Croken

# Mahon Communications Corporation

Anthony Bayad
372 Ferry Street Apt. #2
Malden, MA 02148

February 26, 1999

Dear Anthony,

As you are aware as of December 31, 1998, Mahon Communications Corporation has consolidated with Bay State Computer Group to form Aztec Technology Partners Inc., New England Region.

From time to time over the years, we have rewarded those employees whom have contributed to the success of the organization. You are one of those persons who has continually demonstrated these exceptional characteristics of dedication, hard work and perseverance. Going beyond the call of duty on a daily basis is what makes the organization, as a whole that much more successful. Thank you for your continued support and special efforts.

Enclosed please find a special bonus for your contributions. Additionally, the three of us would like to personally thank you for all your dedication and hard work during the past year; as we have built an organization of which we can all be proud.

You have done a superb job!

Sincerely,

*[signature]*

Thomas Mahon, President

*[signature]*

James Mahon, CEO

*[signature]*

John Mahon, CFO

EXHIBIT _____



**Lucent Technologies**
Bell Labs Innovations

July 3, 1996

Lucent Technologies Inc.
Suite 110
1019 Central Parkway North
San Antonio, Texas 78232

Jeff Akers
National Vice President of Technical Support Operations
Lucent Technologies
6140 Greenwood Plaza Boulevard
Englewood, CO 80111

Dear Jeff:

Your organization employs two gentlemen out of the Largo, FL operations that are outstanding in their knowledge level as well as dedication in the data networking field. Amado Navas and Anthony Bayad know what it takes to support customers who are creating new wide area networks (WANs) and who need support for existing WANs using our product line. Anthony went beyond the normal call of duty to work after hours over several evenings to complete a new network installation for Play by Play out of San Antonio, TX. This was a 7 site installation of BayNetworks routers and data access equipment that required an after hours cutover beginning one Friday night and lasting through until the following Saturday afternoon. The customer had purchased another company and needed access to the new network. This installation was so complex that the customer did not have the correct and complete information that we normally need to achieve a successful installation. The fact that the customer did not have the information necessary about their own network is not uncommon in the SBD marketplace.

These two gentlemen exemplify the type of technical assistance and dedication that we need to be successful in this marketplace. This sale started out as a $40,000 sale and because of their technical skills and willingness to assist, this turned into a $140,000 sale with over $30,000 in services. Once the customer saw the complexity of their network and how skillful Anthony was, they allowed us to assist them in other areas that a consultant had attempted to assist them with.

Please extend our gratitude to both Anthony and Amado for their support. We would not be able to sell wide area networks of this type without people like them.

Sincerely,

Larry Clarkson
General Manager
SBD San Antonio

cc: Jennifer K. Ramirez, ASC
    Amado Navas, Technical Support Manager
    Anthony Bayad, Systems Engineer

*Lucent Technologies-Formerly the Communications Systems and Technology Units of AT&T*    AT&T

**Aztec Technology Partners, Inc. - New England Region**
52 Roland Street • Boston, MA 02129 • Tel 617.623.3100 • Fax 617.628.6211 • www.aztectech.com

March 30, 2000

To Whom it may concern:

**Anthony Bayad** has approached me regarding a job opportunity that he's evaluating at Cisco Systems. Anthony has been with Aztec Technology Partners for the past 2 years and has demonstrated excellent work ethics and professional growth. As his direct manager, I encouraged Anthony to further explore the job opportunity at Cisco Systems as it is a major step in his career development and will honor his resignation, when tendered, to join Cisco Systems.

Aztec Technology Partners views Anthony's opportunity of employment at Cisco as a positive career move for him and a way to further strengthen our already strong relationship with Cisco Systems.

Sincerely,

Kamil J. Alachi
Director, Technology