IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| Plaintiff , ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 04-cv-10468-GAO |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | JURY TRIAL DEMANDED |
| WIESE, ) | |
| Defendants, ) | |

**MEMORANDUM OF LAWS IN SUPPORT OF PLAINTIFF 'CROSS-MOTION**
FORSUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS
SUMMARYJUDGMENT (AS PREMATURE)

Plaintiff Bayad Pro Se herein argue as stated in the complaint ( Dkt.1);  when an Employer as Defendants Cisco , at different times , gives different and arguable inconsistent  explanations for terminating him , Jury may infer that articulated reasons are pretexts for race  discrimination  filed herein. <u>Dominguez-Cruz   v.    Shuttle Caribbean , Inc</u>.   202 F.3d 424, 431-32, ( 1st Cir.); (Defendant Inconsistent or Changing Explanations) . Prior the litigation the Defendants  Cisco told Plaintiff Bayad that his employment was terminated as a result of the Economy factor the  wall street lost and the Cisco shares dropped, then during  the litigation and in,  and,  before this Honorable Court evidenced on the Record during the Pre-trial Hearing and digitally recorded before this Court presiding the  Honorable Chief Magistrate Bowler, on February 7, 2005, Counselor for the record Bruce E. Falby  for the Defendants Chambers et, al.  argued and Stated That ( the proffered  reason) Defendants  is rational by terminated Bayad' employment with Cisco with two other none  minorities (two white Persons), but he did not  argue nor did he  state anything of the  cause was the  economy,

1

Again we [C]onclude for the Fact Finder that Defendants for Cisco terminated Bayad with two other non-minorities ( white employees) with different skills, and again kept other non –minorities ( white employees) with similar job description and with the same job skill that Bayad have cross-trained them before being leg for no other reason and that sole reason is because of Bayad ' race, a Moroccan . Attached hereto are two [2] case law memorandum in similarity of Bayad case :

ANTHONY BAYAD
2 MAGOUN AVENUE
MEDFORD MA 02155

TELEPHONE (781)704-8982

_____
ANTHONY BAYAD

# CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that a true and correct copy of PLAINTIFF OPPOSE TO DEFENDANTS SUMMARY JUDGMENT (AS PREMATURE) WITH SUPPORT BY PREPONDERANCE EVIDENCE AND WITH MEMORANDUM OF LAWS AND WITH FEDERAL RULE OF EVIDENCE [404] AND CIVIL PROCEDURE [56 (F)] TO PERMIT FURTHER DISCOVERY BY THE OPPOSING PARTY, DEFENDANTS CHAMBER ET, AL. was furnished via U.S. mail to : Bruce E. Falby BBO #544143, PIPER RUDNICK GRAY CARY LLP , One International Place, Boston MA 02110, this 9 . day of March, 2005.

ANTHONY BAYAD, PRO SE
2 Magoun Avenue
Medford, MA 02155
Telephone (781) 704-8982

_____
Anthony Bayad