IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

ANTHONY BAYAD, )
)
)
Plaintiff, ) CIVIL ACTION
)
)
) CASE NO. 04-cv-10468-GAO
)
JOHN CHAMBERS, PATRICIA )
RUSSO, ANTHONY )
SAVASTANO and CARL )
WIESE, )
Defendants, )
)

## PLAINTIFF' FILING THE PREPONDERANCE OF EVIDENCE IN SUPPORT OF HIS CROSS-MOTION FOR SUMMARY JUDGEMENT AND IN SUPPORT OF HIS CLAIM AGAINST JOHN CHAMBERS, ANTHONY SAVASTANO AND CARL WIESE

Plaintiff Pro Se Bayad herein introduce direct evidence as Exhibits attached hereto, and with accordance with Federal Rule of Civil Procedures 56 and with the Federal Rule of Evidence as define in the following definition:

**1.    Rule 401. Definition of "Relevant Evidence**

"Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

**2.    Rule 402. Relevant Evidence Generally**

All relevant evidence is admissible, except as otherwise provided by the Constitution of the United States, by Act of Congress, by these rules, or by other rules prescribed by the Supreme Court

1

pursuant to statutory authority. Evidence which is not relevant is not admissible.

3. **Rule 403. Exclusion of Relevant Evidence on Grounds of Prejudice, Confusion, or Waste of Time**

Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

4. **Rule 901. Requirement of Authentication or Identification**

The requirement of authentication or identification as a condition precedent to admissibility is satisfied by evidence sufficient to support a finding that the matter in question is what its proponent claims.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of Plaintiff' Filing the Preponderance of Evidence in Support of his Cross-Motion for Summary Judgment and in support of his claim against Chambers et, al. FOR HIS CHARACTER was furnished via U.S. mail to : Bruce E. Falby, BBO #544143, PIPER RUDNICK LLP, One International Place, Boston MA 02110, this 9 day of March 2005.

ANTHONY BAYAD, PRO SE
2 Magoun Avenue
Medford, MA 02155
Telephone (781) 704-8982

Anthony Bayad

2