# Time Sheet

Area: [NORTHEAST]

| Name | Projects | June 1 | 2 | 3 | 4 | July 1 | 2 | 3 | 4 | Aug 1 | 2 | 3 | 4 | Sep 1 | 2 | 3 | 4 | Total Hr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rick Bates | APC | 2 | 4 | 4 | | | | | | | | | | | | | | 10 |
| | Keyspan (pre-sales, deal is closing) | 16 | | | 4 | 16 | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 100 |
| | Mentor- Anthony | | 4 | 4 | 4 | 4 | 4 | | | | | | | 8 | | | | 28 |
| | Holiday | | | | | 16 | | | | | | | | | | | | 24 |
| | PTO | 16 | | | | | | | | | | | | | | | | 16 |
| | Networkers | | | | | | | | | | | | | | | | | 32 |
| | Off-Site | | | | 32 | | | | | | | | | | | | | 32 |
| | AVVID Training Road-Map | | | | | | | | | | | | | | | | | 16 |
| | Admin | 6 | 2 | 2 | 8 | 8 | 2 | 2 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 110 |
| | Working on WAN CCIE | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | | | | | | 48 |
| Total | | 40 | 26 | 42 | 40 | 46 | 30 | 30 | 28 | 16 | 16 | 16 | 16 | 24 | 8 | 8 | 8 | 394 |
| Anthony Bayad | New Employee (training) | 32 | 16 | 8 | | | | | | | | | | | | | | 56 |
| | Keyspan (pre-sales, deal is closing) | | | | 32 | 32 | 8 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | | 212 |
| | The Hartford (non-billable) | | 16 | 16 | | | 16 | | | | | | | | | | | 32 |
| | Holiday | | | | | | | | | | | | | | | | | 24 |
| | Networkers | | | | 16 | 16 | 40 | | | | | | | | | | | 40 |
| | Off-Site | 8 | 8 | | | | | | | | | | | | | | | 16 |
| | Written CCIE Prep (training) | | | | | | | | | | | | | | | | | 16 |
| | Admin | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 80 |
| | CCIE LAB Prep | | | | | | | | | | | | | | | | | 72 |
| Total | | 40 | 40 | 40 | 56 | 56 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 8 | 8 | 8 | 548 |
| Bob Bracalente | Merrill Lynch (non-billable) & cross-train Ed Maloney | 40 | 32 | 24 | 32 | | | | | | | | | | | | | 128 |
| | PTO | | | | | 12 | | | | | | | | | | | | 136 |
| | Holiday | | 16 | | | | | 16 | 40 | 40 | 40 | | | 8 | | | | 24 |
| | Off-Site | | | 16 | | | 32 | | | | | | | | | | | 16 |
| | Networkers | | | | | | | | | | | | | | | | | 40 |
| | Admin | | 4 | 4 | 8 | 8 | 8 | 8 | | | | | 8 | 8 | 8 | 8 | 8 | 84 |
| | Q4 Wireless Initiative | 40 | 40 | 44 | 24 | 40 | 24 | 40 | 40 | 40 | 40 | | 24 | 8 | 8 | 8 | 8 | 12 |
| Total | | 40 | 40 | 44 | 24 | 40 | 24 | 40 | 40 | 40 | 40 | 36 | 24 | 8 | 8 | 8 | 8 | 440 |
| Tino DeSilva | Microcast | 16 | 8 | 8 | | | | | | | | | | | | | | 48 |
| | HSBC | 16 | 16 | 16 | | | | | | | | | | | | | | 80 |
| | AHP (pre-sales) | | 2 | 2 | | | | | | | | | | | | | | 6 |
| | S&P (pre-sales) | | 2 | 2 | | | | | | | | | | | | | | 6 |
| | Cross-Train Curt on Port Authority | | | | | | | | | | | | | | | | | 0 |
| | Mentor - Curt | 4 | 4 | 4 | 4 | 4 | | 4 | | | | | | | | | | 20 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |

Area: [NORTHEAST]

| Name | Projects | June 1 | 2 | 3 | 4 | July 1 | 2 | 3 | 4 | Aug 1 | 2 | 3 | 4 | Sep 1 | 2 | 3 | 4 | Total Hr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lynn Fraser | Delivery Manager (Admin) | 15 | 32 | 32 | 32 | 32 | 32 | 32 | 16 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 471 |
| | The Hartford | 8 | 8 | 4 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | 52 |
| | Training - Delivered | 16 | 4 | 4 | 8 | | | | | | | | | | | | | 32 |
| | PTO | | | | | 24 | | | 16 | | | | | | | | | 80 (sic 40?) |
| | Holiday | | | | | 16 | | | | 40 | | | | | | | | |
| | Off-Site | 16 | | 16 | | | | | | | | | | | 8 | | | |
| | Bids/Proposals | 2 | 4 | 4 | 4 | | 4 | 4 | 4 | | 4 | | 4 | 4 | 4 | 4 | 4 | 68 |
| | Summit Bank Success Story | | | | | | | | | | | | | | | | | 4 |
| Total | | 57 | 50 | 56 | 44 | 40 | 44 | 44 | 44 | 40 | 48 | 48 | 48 | 52 | 44 | 44 | 44 | 747 |
| Curt Given | New Employee (training) | 40 | 36 | 24 | 40 | 24 | 40 | 40 | 40 | | | | | | | | | 284 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Off-Site | | | 16 | | | | | | | 8 | 8 | | | | | | 16 (?) |
| | PTO | | | | | | | | | | | | | | | | | 48 |
| | Admin | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 64 |
| | Port Authority (pre-sales) | | 4 | 2 | 2 | | | | | | | | | | | | | 8 |
| Total | | 40 | 40 | 42 | 42 | 40 | 40 | 40 | 40 | 8 | 16 | 16 | 8 | 16 | 8 | 8 | 8 | 444 |
| Mike Ippolito | New Employee (training) | 32 | 32 | 24 | 8 | 24 | 40 | 40 | 40 | | | | | | | | | 240 |
| | SE Start Kit | 8 | 8 | | | | | | | | | | | | | | | 16 |
| | Cvoice | | | | 32 | | | | | | | | | | | | | 32 |
| | Holiday | | | | | 16 | | | | | | | | | 8 | | | 24 |
| | Off-Site | | | | | | | | | | 8 | 8 | | 8 | | | | 16 |
| | Admin | | | 16 | | | | | | 8 | | | 8 | 8 | 8 | 8 | 8 | 64 |
| | Cisco IP Telephony | | | | | | | | | | | | | | | | | 0 (?) |
| Total | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 8 | 8 | 8 | 8 | 16 | 8 | 8 | 8 | 392 |
| John Lando | Keyspan | | | | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | 22 |
| | Knowledge Transfer HSBC | 16 | | | 4 | | | | | | | | | | | | | 20 |
| | State of NY OMRDD | | | | 4 | 4 | | | | | | | | | | | | 8 |
| | Basis School District (pre-sales) | | | | 4 | 4 | 4 | 4 | | | | | | | | | | 20 |
| | Holiday | | | | | 16 | | | | | | | | | 8 | | | 24 |
| | Training - Received | 16 | | | 8 | 8 | 8 | 8 | | | | | | | | | | 16 (?) |
| | Admin | 8 | 40 | 40 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 18 | 8 | 8 | 8 | 112 |
| | PTO | | 40 | 40 | 24 | 34 | 14 | 14 | 14 | 10 | 10 | 10 | 10 | | | | | 80 |
| Total | | 40 | 40 | 40 | 24 | 34 | 14 | 14 | 14 | 10 | 10 | 10 | 10 | | | | | 302 |
| Brian Low | New Employee (training) | 32 | | | | | | | | | | | | | | | | 32 |
| | The Hartford (cross-train only) | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | 44 |
| | GE IDS (pre-sales) | | 4 | 4 | 4 | | | | | | | | | | | | | 12 |
| | Fleet (pre-sales) | | 2 | 2 | 2 | | | | | | | | | | | | | 4 (sic) |
| | Lotus (close) | | 1 | 1 | 1 | | | | | | | | | | | | | 2 |
| | Maher Terminals (oversight) | | 1 | | 1 | | | | | | | | | | | | | 2 |

Area: [NORTHEAST]

| Name | Projects | June 1 | 2 | 3 | 4 | July 1 | 2 | 3 | 4 | Aug 1 | 2 | 3 | 4 | Sep 1 | 2 | 3 | 4 | Total Hr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ed Maloney | Merrill Lynch (cross-training) | 24 | 8 | 16 | | 16 | 16 | 16 | 16 | | | | | | | | | 112 |
| | Merk Medco (pre-sales) | | 2 | 2 | | | | | | | | | | | | | | 4 |
| | LAN CCNA Prep Course | | 24 | | 40 | | | | | | | | | | | | | 64 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Off-Site | | | | | | | | | | | | | | | | | 16 |
| | Admin | 16 | 8 | 16 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 128 |
| | PTO | | | 8 | | | | | | | | | | | | | | 0 |
| Total | | 40 | 42 | 42 | 40 | 40 | 24 | 24 | 24 | 8 | 8 | 8 | 8 | 16 | 8 | 8 | 8 | 348 |
| Frank Rodriquez | Summit Project Wrap-Up | 6 | 8 | | 4 | | | | | | | | | | | | | 14 |
| | PSE&G Wrap-Up | | 8 | 8 | | | | | | | | | | | | | | 20 |
| | Port Authority (pre-sales) | | 4 | 4 | | | | | | | | | | | | | | 8 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |
| | Mentor Mike Ippolito | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | 30 |
| | Networkers | | | | 32 | | | | | | | | | | | | | 32 |
| | Cross-Train (LAN/AVVID) | | | 8 | | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 96 |
| | Admin | 2 | 16 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 106 |
| | PTO | 32 | | | | | | | | | | | | | | | | 48 |
| Total | | 42 | 40 | 40 | 40 | 36 | 20 | 20 | 20 | 16 | 16 | 16 | 16 | 24 | 16 | 16 | 16 | 394 |
| Bob Tracy | Harvard EFT (non-billable) | 5 | | | | 2 | | | | | | | | | | | | 7 |
| | Port Authority (pre-sales) | 8 | 24 | 24 | | | | | | | | | | | | | | 56 |
| | Merrill EFT (non-billable) | | | | | 5 | 5 | | | | | | | | | | | 10 |
| | Goldman Sachs (non-billable) | 5 | 2 | | | 2 | 2 | | | | | | | | | | | 11 |
| | PTO | 16 | | | | | | 40 | 40 | | | | | | | | | 96 |
| | Off-Site | | | 8 | | | | | | | | | | | | | | 8 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Cross-Train (LAN/AVVID) | 4 | 4 | | | 8 | 8 | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 80 |
| | Mentor - Brian (w/ me) | 2 | 10 | | | 2 | 8 | | | | | | | | | | | 12 |
| | Admin | | | 8 | | 5 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 113 |
| | Networkers | | | | 40 | | | | | | | | | | | | | 40 |
| Total | | 40 | 40 | 40 | 40 | 40 | 25 | 48 | 48 | 8 | 16 | 16 | 16 | 24 | 16 | 16 | 16 | 457 |

# TIME SHEET

Area: [NORTHEAST]

| Name | Projects | June 1 | 2 | 3 | 4 | July 1 | 2 | 3 | 4 | Aug 1 | 2 | 3 | 4 | Sep 1 | 2 | 3 | 4 | Total Hr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rick Rates | APC | 2 | 4 | 4 | | | | | | | | | | | | | | 10 |
| | Keyspan (pre-sales, deal is closing) | 16 | | | | 16 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 100 |
| | Mentor- Anthony | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | 28 |
| | Holiday | | | | | 16 | | | | | | | | | 8 | | | 24 |
| | PTO | 16 | | | | | | | | | | | | | | | | 16 |
| | Networkers | | | | 32 | | | | | | | | | | | | | 32 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |
| | AVVID Training Road-Map | | | | | | | | | | | | | | | | | 10 |
| | Admin | 6 | 2 | 2 | | 2 | 2 | 2 | | | | | | | | | | 16 |
| | Working on WAN CCIE | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 110 |
| Total | | 40 | 26 | 42 | 40 | 46 | 30 | 30 | 28 | 16 | 16 | 16 | 16 | 24 | 8 | 8 | 8 | 394 |
| Anthony Bayad | New Employee (training) | 32 | 16 | 8 | | | | | | | | | | | | | | 56 |
| | Keyspan (pre-sales, deal is closing) | | | | 32 | 32 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 8 | 8 | 8 | 212 |
| | The Hartford (non-billable) | | 16 | 16 | | | | | | | | | | | | | | 32 |
| | Holiday | | | | | 16 | | | | | | | | | 8 | | | 24 |
| | Networkers | | | | | | 40 | | | | | | | | | | | 40 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |
| | Admin | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 80 |
| | Written CCIE Prep (training) | | | | | | | | | | | | | | | | | 16 |
| | CCIE LAB Prep | | | | | | | | | | | | | | | | | 72 |
| Total | | 40 | 40 | 40 | 40 | 56 | 56 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 8 | 8 | 8 | 548 |
| Bob Bracalente | Merrill Lynch (non-billable) & cross-train Ed Maloney | 40 | 32 | 24 | 32 | | | 16 | 40 | 40 | 40 | | | | | | | 128 |
| | PTO | | | | | | | | | | | | | | | | | 136 |
| | Holiday | | | | | 16 | | | | | | | | | 8 | | | 24 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |
| | Networkers | | | | | | 32 | | | | | | | 8 | | | | 40 |
| | Admin | | 4 | 4 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 84 |
| | Q4 Wireless Initiative | | 4 | 4 | 4 | | | | | | | | | | | | | 12 |
| Total | | 40 | 40 | 44 | 44 | 24 | 40 | 24 | 40 | 40 | 40 | 8 | 8 | 24 | 8 | 8 | 8 | 440 |
| Tino DeSilva | Microcast | 16 | 16 | 8 | 8 | | | | | | | | | | | | | 48 |
| | HSBC | 16 | 16 | 16 | 16 | 12 | | 4 | | | | | | | | | | 80 |
| | AHP (pre-sales) | | 2 | 2 | 2 | | | | | | | | | | | | | 6 |
| | S&P (pre-sales) | | 2 | 2 | 2 | | | | | | | | | | | | | 6 |
| | Cross-Train Curt on Port Authority | | | | | | | | | | | | | | | | | 0 |
| | Mentor - Curt | 4 | 4 | | | 4 | | 4 | 4 | | | | | | | | | 20 |
| | Holiday | | | | | | 16 | | | | | | | | 8 | | | 24 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |

Area: [NORTHEAST]

| Name | Projects | June 1 | 2 | 3 | 4 | July 1 | 2 | 3 | 4 | Aug 1 | 2 | 3 | 4 | Sep 1 | 2 | 3 | 4 | Total Hr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lynn Fraser | Delivery Manager (Admin) | 15 | 32 | 32 | 32 | 32 | 32 | 32 | 16 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 471 |
| | The Hartford | 8 | 8 | 4 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | 52 |
| | Training - Delivered | 16 | 4 | | | | 4 | 4 | 4 | | | | | | | | | 32 |
| | PTO | | | | | 24 | | | | | | | | | | | | 24 |
| | Holiday | | | | | 16 | | | | | 40 | | | | | | | 80 |
| | Off-Site | 16 | | | 16 | | | | 16 | | | | | 8 | | | | 24 |
| | Bids/Proposals | 2 | 2 | 4 | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | 68 |
| | Summit Bank Success Story | | | | | | | | | | | | | | | | 4 | 4 |
| Total | | 57 | 50 | 56 | 44 | 40 | 44 | 44 | 44 | 40 | 48 | 48 | 48 | 52 | 44 | 44 | 44 | 747 |
| Curt Given | New Employee (training) | 40 | 36 | 24 | 40 | 24 | 40 | 40 | 40 | | | | | | | | | 284 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Off-Site | | | 16 | | | | | | | | | | | | | | 16 |
| | PTO | | | | | | | | | | 8 | 40 | 8 | | | | | 48 |
| | Admin | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 64 |
| | Port Authority (pre-sales) | 4 | 2 | 2 | | | | | | | | | | | | | | 8 |
| Total | | 40 | 42 | 42 | 40 | 40 | 40 | 40 | 40 | 8 | 16 | 48 | 8 | 16 | 8 | 8 | 8 | 444 |
| Mike Ippolito | New Employee (training) | 32 | 32 | 24 | 8 | 24 | 40 | 40 | 40 | | | | | | | | | 240 |
| | SE Start Kit | 8 | 8 | | | | | | | | | | | | | | | 16 |
| | Cvoice | | | 32 | | | | | | | | | | | | | | 32 |
| | Holiday | | | | | 16 | | | | | | | | | | | | 16 |
| | Off-Site | | | | | | | | | | 8 | | 8 | | 8 | 8 | 8 | 24 |
| | Admin | | | | | | | | | | | | | | | | | 64 |
| | Cisco IP Telephony | | | | | | | | | | | | | | | | | 0 |
| Total | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 8 | 8 | 8 | 8 | 16 | 8 | 8 | 8 | 392 |
| John Lando | Keyspan | | | | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | 22 |
| | Knowledge Transfer HSBC | 16 | | | 4 | | | | | | | | | | | | | 20 |
| | State of NY OMRDD | | | | 4 | 4 | | | | | | | | | | | | 8 |
| | Basis School District (pre-sales) | | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | 20 |
| | Holiday | | | | | 16 | | | | | | | | 8 | | | | 24 |
| | Training - Received | | | | | | | | | | | | | | | | | 16 |
| | Admin | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 112 |
| | PTO | 16 | 40 | 40 | 8 | | | | | | | | | | | | | 80 |
| Total | | 40 | 40 | 40 | 24 | 34 | 14 | 14 | 14 | 10 | 10 | 10 | 10 | 18 | 8 | 8 | 8 | 302 |
| Brian Low | New Employee (training) | 32 | | | | | | | | | | | | | | | | 32 |
| | The Hartford (cross-train only) | | 4 | 4 | 4 | | | | | | | | | | | | | 44 |
| | GE IDS (pre-sales) | | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | 12 |
| | Fleet (pre-sales) | | 2 | 2 | 2 | | | | | | | | | | | | | 4 |
| | Lotus (close) | | 1 | 1 | 1 | | | | | | | | | | | | | 2 |
| | Maher Terminals (oversight) | | 1 | 1 | 1 | | | | | | | | | | | | | 2 |

Area: [NORTHEAST]

| Name | Projects | June 1 | 2 | 3 | 4 | July 1 | 2 | 3 | 4 | Aug 1 | 2 | 3 | 4 | Sep 1 | 2 | 3 | 4 | Total Hr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ed Maloney | Merrill Lynch (cross-training) | 24 | 8 | 16 | | 16 | 16 | 16 | 16 | | | | | | | | | 112 |
| | Merk Medco (pre-sales) | | 2 | 2 | | | | | | | | | | | | | | 4 |
| | LAN CCNA Prep Course | | 24 | | 40 | | | | | | | | | | | | | 64 |
| | Holiday | | | | | 16 | | | | | | | | | | | | 24 |
| | Off-Site | | | 16 | | | 8 | | | | | | | | 8 | | | 24 |
| | Admin | 16 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 128 |
| | PTO | | | | | | | | | | | | | | | | | 0 |
| Total | | 40 | 42 | 42 | 40 | 40 | 24 | 24 | 8 | 8 | 8 | 8 | 8 | 16 | 8 | 8 | 8 | 348 |
| Frank Rodriquez | Summit Project Wrap-Up | 6 | 8 | | | | | | | | | | | | | | | 14 |
| | PSE&G Wrap-Up | | 8 | 8 | 4 | | | | | | | | | | | | | 20 |
| | Port Authority (pre-sales) | | 4 | 4 | | | | | | | | | | | | | | 8 |
| | Holiday | | | | | 16 | | | | | | | | | | | | 24 |
| | Off-Site | 2 | 4 | 4 | 16 | 4 | | | | | | | | | | | | 30 |
| | Mentor Mike Ippolito | | | | | | | | | | | | | | | | | 16 |
| | Networkers | | | | 32 | | | | | | | | | | | | | 32 |
| | Cross-Train (LAN/AVVID) | | 8 | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 96 |
| | Admin | 2 | 16 | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 106 |
| | PTO | 32 | | | | | | | | | | | | 16 | | | | 48 |
| Total | | 42 | 40 | 40 | 40 | 36 | 20 | 20 | 16 | 16 | 16 | 16 | 16 | 24 | 16 | 16 | 16 | 394 |
| Bob Tracy | Harvard EFT (non-billable) | 5 | | | | 2 | | | | | | | | | | | | 7 |
| | Port Authority (pre-sales) | 8 | 24 | 24 | | | | | | | | | | | | | | 56 |
| | Merrill EFT (non-billable) | | | | | 5 | 5 | | | | | | | | | | | 10 |
| | Goldman Sachs (non-billable) | 5 | 2 | | | 2 | 2 | | | | | | | | | | | 11 |
| | PTO | 16 | | | 8 | | | 40 | 40 | | | | | | | | | 96 |
| | Off-Site | | | | | | | | | | | | | 8 | | | | 8 |
| | Holiday | | | | | 16 | | | | | | | | | | | | 24 |
| | Cross-Train (LAN/AVVID) | 4 | 4 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 80 |
| | Mentor - Brian (w/ me) | 2 | 10 | | | 2 | | | | | | | | | | | | 12 |
| | Admin | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 16 | 8 | 8 | 8 | 113 |
| | Networkers | | | | 32 | | | | | | | | | | | | | 40 |
| Total | | 40 | 40 | 40 | 40 | 40 | 25 | 48 | 48 | 16 | 16 | 16 | 16 | 24 | 16 | 16 | 16 | 457 |