

## Cisco Systems Professional Services

# *Robert Tracy*

### Project Engineer

Robert Tracy has been working in a technical engineering capacity for more than 20 years 11 at Cisco Systems. In that time, he has implemented and led implementation teams in the deployment of Cisco's WAN product line.

- WAN Implementations of IGX/BPX/AXIS
- Network connection planning, modeling, configuration and testing
- Provide HW/SW/FW upgrades on customers networks.
- Work directly with customers to develop project implementation and voice/data/video cutover schedules.
- Provide on-site and remote based support for customer's networks.

### Key accomplishments

- Managed the implementations of numerous large-scale WAN backbone networks. This involved co-ordinating the installations, also building all install scripts for the implementation team. Once the network is successfully deployed I will be incharge of the network data cutover. (Voice/Video/Data)
- Involved with the initial IPX/IGX AT&T rollout of the AT&T Frame Relay Interspan Network.
- Involved in Numerous AT&T Frame Relay Interspan network upgrades.
- Managed Cisco Stratacom IGX, BPX and MGX implementations. This includes ensuring correct hardware/software, scheduling.

### Education and Continuing Education

- Sylvania Technical Institute, Waltham Massachusetts
- StrataCom IPX/IGX/BPX/AXIS certifications
- Covey's 7 Habits of Highly Effective People



## Cisco Systems Professional Services

# Anthony Bayad

### Project Engineer

Anthony Bayad has been working in the Networking field as a LAN/WAN Engineer for more than 9 years. In that time, he has designed and implemented complex LAN and WAN networks and led many projects to include:

- Provide training and technical support for many International firms, speaking French language
- Provide pre/post sale support for may 500 fortune companies
- Troubleshoot many large LAN/WAN networks
- Configure and manage many LAN/WAN networks

### Key accomplishments

- Managed as project lead engineer the implementations of numerous large-scale Local Area Fast Ethernet, Switched Ethernet backbone networks, and large Wide Area Frame Relay Networks, including large remote acess ISDN networks.
- This entailed coordinating the installations and helping review/re-design the routed protocol addressing structures and the implementing the right routing protocol networks. Accessing and creating detailed design project plans and implementing the design and configuration .
- Consulted and assisted in numerous network audits employing various tools like network analyzer (Sniffer) to gather protocol statistics in the networks. Responsible for completing networks surveys, coordinating analysis data, generating recommendation diagrams and verbiage and presenting the information to the customer and to the sales team.
- Designed, configured and implemented Cisco System and Nortel products in many LAN /WAN designs. This includes ensuring correct hardware/software and compatible protocols, scheduling resources, reviewing Customers needs for project plans, leading meetings and ensuring contractual obligations are met.
- Currently Bay Networks Expert, Nortel Support Expert, Cisco Certified Network Associate (CCNA), and working on Cisco Network Expert for Routing/Switching (CCIE R/S), and Cisco Network Design Expert (CCIE design).

### Education

- Associate degree in Business Administration Bay State College
- Bachelors degree in Computer of Science, Wentworth Institute of Technology
- Certify Bay Networks Expert Level
- Certify Nortel Support Expert Level
- Certify Cisco System Certify Network Associate (CCNA)
- Working on Certify Cisco Internetworking Expert for Routing and Switching (CCIE)



- Working on Certify Cisco Networking Expert Design (CCIE DESIGN)

**Language**

French and English