# Enterprise PE Assessment List

| Area | Major | Minor | Certifications | Background |
|---|---|---|---|---|
| **Northeast** | | | | |
| Anthony Bayad | IP Telephony | Optical | CCIE (MAY30) | LAN/WAN |
| Ippolito, Mike | IP Telephony | | | |
| Maloney, Edward | Wireless | Optical | | |
| Rodriguez, Frank J. | Optical | Security/VPN | | |
| Tracy, Bob | Optical | Content | | |
| Bates, Rick | Optical | | | |
| **Atlantic** | | | | |
| Williams, David | Content | | | |
| Fecteau, Gary | Optical | IP Telephony | CCIE | |
| McClendon, Joe Jr. | Optical | IP Telephony | | |
| Ragan, Rodney | Optical | Content | CCIE | |
| Tyler, Darryl | Optical | Wireless | | |
| Dennis, Scott | IP Telephony | Content | | |
| Poston, Barry | | | | |
| **Financial** | | | | |
| Fortune, Uric | IP Telephony | | | |
| Greydak, Christopher | Optical | | | |
| Colella, Ambrose | Optical | | | |
| Bhanote, Kenneth | Wireless | Optical | CCIE | |
| Steen, Tom | Wireless | Security/VPN | | |
| Gonevski, Igor | Wireless | | | |
| Byrne, Helen | | | CCIE | |
| Meminger, Roger | | | | |
| **Federal** | | | | |
| Long, Jim | IP Telephony | Security/VPN | | |
| Mcewen, Gary | IP Telephony | Optical | | |
| Robinson, Bill | IP Telephony | Security/VPN | | |
| Johnson, Joe | Security/VPN | Content | | LAN/WAN |
| **Southern** | | | | |
| Vance, Bill | Optical | | CCIE | |
| Greene, Jeff | Optical | | | |
| Inman, Chris | IP Telephony | | CCIE | |
| Ehrle, Daniel | IP Telephony | | CCIE | LAN |
| Walters, Joe | IP Telephony | | CCIE | WAN |
| Aziz, Arshad | Security/VPN | | | |
| Rodriguez, Niki | Security/VPN | | | |
| Falk III, Bill | Wireless | | | |
| Ellis, David | Wireless | | CCIE | |

| Name | | | | |
|---|---|---|---|---|
| Tran, Alex | Wireless | | CCIE | |
| Parker, Dave | Wireless | | | |
| Bao, Hoang | Content | | | |
| Sekaquaptewa, Sam | | | | |

**Central**

| Name | | | | |
|---|---|---|---|---|
| Bodair, Nadim | | | | |
| Archer, Tony | | | | |
| Berens, Dan | | | | |
| Bruce, Joey | | | CCIE | |
| Cromer, Darren | | | CCIE | |
| Engle, Karen | | | | |
| Fletcher, Todd | | | | |
| Lawson, Michael | | | CCIE | |
| Rider, Wayne | | | | |
| Smith, Brian | | | CCIE | |
| Venkatesh, Kas | | | | |
| Lopez, Joe | Security/VPN | | | |
| Spivey, David | Security/VPN | | | |
| Prescher, Mike | Security/VPN | | | |
| Massarelli, Jason | Security/VPN | | | |
| Hodge, Jim | Content | | | |
| Kaiser, Kevin | Content | | | |
| Barnes, Rick | IP Telephony | | | |
| Johnson, Keith | IP Telephony | | | |
| Casimiro, Kathleen | IP Telephony | | | |
| Cawley, Rich | IP Telephony | | | |
| Chaney, Michael | IP Telephony | | CCIE | |
| Reed, Benjamin | IP Telephony | | | WAN |
| Laatsch, Mark | IP Telephony | | CCIE | WAN |
| Petrisko, Tim | | | | |
| Bender, Jim | | | | |
| Ferguson, Steven | | | | |
| Ficarella, Nicola | | | | |

**Western**

| Name | | | | |
|---|---|---|---|---|
| Miles, Ted | Wireless | | | |
| Chiou, Peter | IP Telephony | Optical | | |
| King, Bo | IP Telephony | Security/VPN | CCIE | |
| Oldham, Alex | Optical | IP Telephony | CCIE | |
| Rittgers, Parker | Optical | | | WAN |
| DelCarlo, Tim | Optical | Content | CCIE | |
| Hawkins, Bryan | Wireless | | | |

**SE Virtual Team Status   Solution Training Taken   Current Utilization**

AVVID BOOTCAMP