

August 16, 2000

To:        Amado Navas
Subject:   **Leadership Development Program**
From:      Bob Bruce


Amado:

I am pleased to inform you that you've been identified as one of WW Channels' top development employees, and have been nominated for participation in a new Leadership Development Program that is being introduced this fall in WW Channels.

The program is designed to help accelerate the leadership skills of some of our highest potential employees, helping them quickly acquire the talents necessary to assume higher levels of responsibility within the company.

You were selected based on your strong track record to date and the potential you have exhibited so far in your Cisco career. Congratulations on your selection to this special program.

As an introduction and kick-off, you are invited to join Tom Mitchell, myself and the other Channels Leadership candidates for a luncheon on Wednesday, August 23 at the National Sales Meeting in Philadelphia. The luncheon will be from 12:00-1:00. We don't have a final location yet, but will be notifying you as soon as that is secured. In Philadelphia you will learn more about the program and have a chance to interact with your fellow participants.

As I'm sure you can appreciate, any time a select few are identified for accelerated development, it's important to use discretion and judgement as it relates to your peers. Please refrain from sharing this exciting news with your colleagues at this time. In Philadelphia you will have an opportunity to learn who the other participants are in the program and begin developing that network.

In the meantime, congratulations on your selection to the Leadership Development Program and continue your great work. I look forward to seeing you in Philadelphia.

Sincerely,

Bob

cc:    Bruce Bastian, System Engineer Manager
       Chuck Robbins, Operations Director
       Kevin McRitchie, Director, System Engineers
       Kristi Ecker, HR Manager

# Channels
## Leadership Development Program
# Certificate of Completion



Awarded to

## Amado Navas

*Thank You For  
Developing your  
Leadership Potential!*

_____  
Tom Mitchell  
Sr. VP, Worldwide Channels Group

