CISCO SYSTEMS



Cisco Systems, Inc.
170 West Tasman Drive
San Jose, CA 95134-1706
Phone: 408 526-4000
Fax: 408 526-4100
http://www.cisco.com

November 10, 1999

**Anthony Bayad**
**Mahone Communications**
**suite 3e**
**278 main st,**
**melrose, MA  02176**
**United States**

Dear **Anthony,**

Thank you for your participation in *Cisco Career Certifications*. By choosing to extend your knowledge and strengthen your professional options through our program, you have joined ranks with other highly trained networking professionals.

Enclosed you will find two items – a copy of your personal profile, and the *Cisco Career Certifications* agreement. Review your profile carefully. If you notice any discrepancies, please visit our new *Cisco Career Certifications* Tracking System located at www.cisco.com/certifications. This new system allows you to not only make adjustments to your personal profile (change of address, employment, or e-mail) but to also track your career path and progress in *Cisco Career Certifications*. To enter the site, you will need your Login ID (Cisco ID or Testing ID) and your personal identification number (PIN), both of which can be found on your personal profile. [Please note that once you have entered the tracking system, you should immediately change your PIN for security reasons.]

To satisfy all requirements for certification, it is also necessary that you acknowledge having read and agreed to the terms and conditions listed in the *Cisco Career Certifications* agreement. For your convenience we have enclosed a copy of the agreement and have also made it available on our *Cisco Career Certifications* Tracking System. You can use any one of the following methods to notify us of your acceptance: tracking system, fax, or mail. (If you have access to the World Wide Web, the tracking system is preferred. Faxing and mailing are options we've made available to those candidates who do not have easy access to the World Wide Web.) If faxing, please fax your signed agreement, with a copy of your personal profile, to 1.408.526.7117. If mailing, send both to the address listed below.

For those candidates whose organizations are participating in the Cisco Channel Certification Program: It is important to note that your company will **NOT** get credit for your status until you have read and acknowledged the agreement. Your status is not recognized by Cisco Systems, or the Cisco Channels organization until you have signed the agreement. This directly impacts your organization's status as Premiere, Silver, or Gold Channel Partners.

Our program is continuously evolving and growing. Please visit our home page often for updates (www.cisco.com/certifications), and feel free to contact us via Web, e-mail, or phone with your suggestions and comments. Your feedback and input will help make *Cisco Career Certifications* work better for you.

Thank you again for your participation in this distinguished program. We wish you every success in achieving your career goals.

The Cisco Career Certifications Team

Cisco Career Certifications and Training
170 West Tasman Drive, MS: SJ-C1
San Jose, CA 95134-1706
Phone: 1.800.829.NETS (US and Canada) or 1.408.525.NETS (6387) (International)
Fax: 1.408.526.7117
E-mail to: ciscotraining@cisco.com
Web: www.cisco.com/training

# Cisco Career Certifications

December 22, 1999

Dear Anthony,

Congratulations! You have successfully passed the Cisco Career Certifications test requirements to become a Cisco Certified Network Associate - CCNA.

By choosing to extend your knowledge and strengthen your professional options through Cisco Career Certifications, you have joined ranks with other highly trained networking professionals. Your new status validates your level of expertise using Cisco products in the networking environment. As a Cisco Certified Network Associate, you may now use the CCNA badge on your business card (see sample below). [Visit the What's New page off of the Career Certifications web site after October 25, 1999 for more detailed information on how to download your certification badge.]

We've also created a new Web-site where you'll be able to keep your personal profile up-to-date while tracking your career path and progress in Cisco Career Certifications. Check out your information today by visiting the Tracking System located at www.cisco.com/certifications. We intend to continue to develop this site and create a community of Cisco professionals.

If you have any questions, feel free to contact Cisco Career Certifications & Training at www.cisco.com/certifications or call 1.800.829.NETS or 1.408.525.NETS (6387).

Best wishes on your continued success!

*John Chambers*

John Chambers
President & CEO
Cisco Systems, Inc.

---

Company ABC, Inc.

Jane Doe          650 555-1212
Senior Council    janed@abcinc.com

▲                 100 El Camino Rea
CCNP              Palo Alto, CA
                  94306-2155

CISCO SYSTEMS