UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHN CHAMBERS, PATRICIA RUSSO,<br>ANTHONY SAVASTANO, and<br>CARL WIESE,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10468-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I, Bruce E. Falby, certify that on June 13, 2005, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express, the Defendants' Response to Plaintiff's Objections to the Magistrate's Report and Recommendation.

Respectfully submitted,

/s/ Bruce E. Falby

---
Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, Massachusetts 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)(

Dated: June 13, 2005

~BOST1:374273.v1
26573-15