UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

ANTHONY BAYAD

    PLAINTIFFF                        Case No. 04-CV-10468-GAO

JOHN CHAMBER, PATRICAI RUSSO
ANTHONY SAVASTANO, CARL WIESE

HONARABLE DISTRICT JUDGE GEORGE O'TOOLE

### PLAINTIFF PRO SE' MOTION REQUESTING HEARING ON FINAL RULING PENDING AS BASIC RIGHT OF FREE PEOPLE

Pro Se Bayad respectfully request the Honorable District Judge the grant a hearing on final ruling in the above caption case Chambers et. al. The hearing will be appropriate when discovery was denied with prejudice and on discriminatory ground and with intimidation and threats. Pro Se Bayad <u>provided facts and Defendants provided opinions</u> and made them selves look very bad in the eyes of Minorities and the American People whom are watching closely this case. Therefore Plaintiff has faith in the Judicial Systems in Massachussetts and believe in the Honorable District Judge George O'Toole and we pray to him to provide a fair hearing to Pro Se Bayad who has been discriminated [3] times **once** with Lucent Technologies, [2] times with International Network Services, and [3] times with Cisco Systems Massachussetts and any Jury will find Defendants discriminatory conduct outreagous and against what this country stand for and what this country is known for, a country of liberty fairness and equality for all it(s) diverse Citizens and this include Morocan(s) American(s) as Pro Se Bayad who is the first Moroccan in the history of this respectfull institution of Justice since it(s) foundation who procedding as Pro Se and proved his case under the Rule of Civil Procedures and establised his Prima Facie absent from discrovery or any guidance of any one and the only guidance was the respect provided to

him by the Chamber' Clerk(s) of the Honorable District Judge O'Toole and unfortunatly not the Magistrate Clerk of the Court. Therefore Pro Se Bayad pray as human being and as a person who ' life has been destroyed and was put unemployed since 1997 to 1998 and 2001 to present intentionally by Defendants on discriminatory ground and by unlawfully classifying his name in the Discrimnatory Animus the Cisco-No-Hire-List that state Do Not Hire Anthony Bayad or similar Situated as him the Minorities not to be also hired if found in that list.

ANTHONY BAYAD

## CERTIFICATION OF SERIVE

I SWEAR THAT A TRUE COPY OF THE PLAINTIFF PRO SE' REQUESTING HEARING ON FINAL RULING AS BASIC RIGHT OF FREE PEOPLE TO BRUCE FALBY ONE INTERNATIONAL PLACE, BOSTON, MA 02155 on July 7, 2005

                                           Anthony bayad
                                           2 Magoun Avenue
                                           Medford, Ma 02155
                                           (781) 704 8982

                                           Anthony Bayad