

# CISCO DIRECTORY

**CISCO SYSTEMS**

| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

[ Search ] [ Clear ]

### Carl Wiese



vCard   **Reporting Chain**   **7 Direct Reports**

**Contact Information**

| | | | |
|---|---|---|---|
| Userid | cwiese | Mail Stop | EDS/8/ |
| Telephone | 732 635-4389 | Street Address | 499 Thornall Street, 8th Floor |
| Voice Mail | 603 4389 | City | Edison |
| Fax Number | | State | NEW JERSEY |
| Mobile Number | 908-310-1627 | Country | United States |
| Pager Number | | Zip | 08837 |
| Epage | Epage cwiese | Personal URL | Admin: Collen McGeachy : 2-635-4229 |
| Building | EDISON | Group URL | |
| Floor | 8 | | |
| Cube Number | 19 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | Area VP, US Sales | Group | ESO & Fed HQ |
| Manager | Douglas Dennerline (ddennerl) | Department Number | 020031329 |
| Employee Type | Regular | Cisco ID Number | 121829 |

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help page.
Last Modified on Wed Nov 12 16:18:02 2003



# CISCO DIRECTORY

CISCO SYSTEMS

| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

Search | Clear

**Tony Savastano**   vCard   🎬 Reporting Chain  🎬 9 Direct Reports



### Contact Information

| | | | |
|---|---|---|---|
| Userid | tsavasta | Mail Stop | SJC10/5/1 |
| Telephone | 408 526-6908 | Street Address | 300 East Tasman Drive |
| Voice Mail | 526 6908 | City | San Jose |
| Fax Number | 408-853-3607 | State | CALIFORNIA |
| Mobile Number | | Country | United States |
| Pager Number | | Zip | 95134 |
| Epage | Epage tsavasta | Personal URL | 2nd Ofc Bldg 2/3 Ofc#327 |
| Building | SJ-10 | Group URL | Admin Support: Patty Obil x:64725 |
| Floor | 5 | Local Time (24 hr) | Wed  16:18:36  UTC-8 |
| Cube Number | 558 | Worktype | TRADITIONAL |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | VP,Finance | Group | CA Finance |
| Manager | Dennis Powell (depowell) | Department Number | 020070983 |
| Employee Type | Regular | Cisco ID Number | 72444 |

Cisco Systems, Inc. Internal Use Only

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:26 2003

Cisco Directory Quick Search                                                   Page 1 of 1



| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

[ Search ] [ Clear ]

## Anthony Bayad



vCard    Reporting Chain

### Contact Information

| | | | |
|---|---|---|---|
| Userid | abayad | Mail Stop | LXT/ |
| Telephone | 781 402-6663 | Street Address | 55 Hayden Avenue Suite 100 |
| Voice Mail | 402 6663 | City | Lexington |
| Fax Number | 781-402-6499 | State | MASSACHUSET |
| Mobile Number | 781-856-5414 | Country | United States |
| Pager Number | 877-346-3041 | Zip | 02421 |
| Epage | Epage abayad | Building - Floor | LEXINGTON- |
| Secondary Address | | Cube Number | |
| Personal URL: | | Group URL: | |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | PS Project Engineer | Group | PS-US E : Northe Area |
| Manager | Lynn Fraser (lyfraser) | Department Number | 0205500 |
| Employee Type | Regular | | |
| Support Organization | IS | Employee Number | 73799 |



**CISCO DIRECTORY** — CISCO SYSTEMS

Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile

Search | Clear

**Lynn Fraser**    vCard    Reporting Chain    5 Direct Reports



**Contact Information**

| | | | |
|---|---|---|---|
| Userid | lyfraser | Mail Stop | LXT/4/ |
| Telephone | 781 402-6637 | Street Address | 55 Hayden Avenue, Suite 200 |
| Voice Mail | 672 6637 | City | Lexington |
| Fax Number | | State | MASSACHUSETTS |
| Mobile Number | 978-204-2549 | Country | United States |
| Pager Number | 800-365-4578 | Zip | 02421 |
| Epage | Epage lyfraser | Personal URL | |
| Building | LEXINGTON MA | Group URL | |
| Floor | 4 | Local Time (24 hr) | Wed 19: 29: 29 UTC |
| Cube Number | 4049 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | Mgr, Advanced Services | Group | NE/FED SSM |
| Manager | Ed Aussem (eaussem) | Department Number | 020050518 |
| Employee Type | Regular | Cisco ID Number | 47358 |

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help p.a.
Last Modified on Wed Nov 12 16:29:20 2003

http://directory.cisco.com/detail.cgi?name=lyfraser                    11/12. 003



**CISCO DIRECTORY**

CISCO SYSTEMS

| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

Search | Clear

**Bob Tracy**



 vCard    Reporting Chain

### Contact Information

| | | | |
|---|---|---|---|
| Userid | rtracy | Mail Stop | EDS/8/ |
| Telephone | 732 885-7631 | Street Address | 499 Thornall Street, 8th Floor |
| Voice Mail | 603 3096 | City | Edison |
| Fax Number | | State | NEW JERSEY |
| Mobile Number | 732-397-6845 | Country | United States |
| Pager Number | 800-365-4578 | Zip | 08837 |
| Epage | Epage rtracy | Personal URL | |
| Building | EDISON | Group URL | sptac |
| Floor | 8 | | |
| Cube Number | MBL WRKR | Worktype | MOBILE WORKER |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | Customer Support Eng | Group | US_Central_HTTS_Cust)1 |
| Manager | Les Rehklau (lrehklau) | Department Number | 020550306 |
| Employee Type | Regular | Cisco ID Number | 10937 |

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help
Last Modified on Wed Nov 12 16:28:17 2003

http://directory.cisco.com/index.cgi?name=bob+tracy

11/12 003





# Jeremy Noonan

 vCard     Reporting Chain



### Contact Information

| | | | |
|---|---|---|---|
| Userid | jenoonan | Mail Stop | LXT/4/ |
| Telephone | 781 372-8597 | Street Address | 55 Hayden Avenue, Suite 4 00 |
| Voice Mail | 672 8597 | City | Lexington |
| Fax Number | | State | MASSACHUSETTS |
| Mobile Number | 781-956-0046 | Country | United States |
| Pager Number | 888-659-2630 | Zip | 02421 |
| Epage | Epage jenoonan | Personal URL | |
| Building | LEXINGTON MA | Group URL | |
| Floor | 4 | Local Time (24 hr) | Wed 19: 30: 00 UTC-5 |
| Cube Number | MBL WRKR | Worktype | MOBILE WORKER |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | Engagement Manager | Group | AS SWAT Big East |
| Manager | Lynn Fraser (lyfraser) | Department Number | 020033747 |
| Employee Type | Regular | Cisco ID Number | 61222 |

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help pa
Last Modified on Wed Nov 12 16:29:57 2003



**John T. Chambers**
**President and Chief Executive Officer**
**Cisco Systems, Inc.**

John Chambers is president and CEO of Cisco Systems. Since January 1995, when he assumed this position, Chambers has grown the company from US$1.2 billion in annual revenues to its current run-rate of approximately US$23.6 billion.

Chambers has been lauded by government leaders and countless publications worldwide for his visionary strategy, his ability to drive an entrepreneurial culture, and his warm-hearted, straight-talking approach.

Recently Chambers has spearheaded several key global initiatives, including co-sponsorship of the Jordan Education Initiative, in partnership with his Majesty King Abdullah II of Jordan and the World Economic Forum. In March, for the second time, Chambers was given the "Best Investor Relations by a CEO" award by *Barrons* and *IR Magazines*, and in April he received the prestigious "Woodrow Wilson Award for Corporate Citizenship" from the Woodrow Wilson International Center for Scholars of the Smithsonian Institution. Recently, Chambers was also named "The Most Influential CEO" in telecommunications by *Institutional Investor* magazine and "The Most Influential Person in Communications" by *Telecom Magazine*. He has received numerous other awards including the Smithsonian Lifetime Achievement award and the Presidential Award: Ron Brown Award for Corporate Leadership from the Business Council.

Chambers has served two American presidents; most currently as Vice Chairman of the President George Bush National Infrastructure Advisory Council (NIAC). On this committee, he provides industry experience and leadership to help protect the critical infrastructure of the United States. He served on President Bush's Transition Team, Education Committee, and previously served on President Bill Clinton's Trade Policy Committee.

Chambers joined Cisco in 1991 as senior vice president, Worldwide Sales and Operations. Prior to joining Cisco, he spent eight years at Wang Laboratories and six years with IBM. He holds a law degree and a bachelor of science/bachelor of arts degree in business from West Virginia University. He later received a masters of business administration degree in finance and management from Indiana University. He is married and has two adult children.



Updated 11/04