

## Visa Requirements For United States Citizens

1. **Two- (2)** application forms (The Particulars of Sponsor/Host section **must be filled out**)

2. An original passport signed by the bearer, valid for at least six months.

3. **Two** original passport-sized photos.

4. An employment letter stating your position, <u>or</u> if you are self employed, copy of your License, <u>or</u> if you are retired/home maker/student, letter from your bank stating that your is in good standing.

5. The Processing Fee is **$51** (Money order only).

6. The visa validity is up to (10) Years, for a maximum stay of (6) Months per entry

7. **The decision on the length of the visa is subject to the Consul's judgment**

### Application Form Download

<u>Note</u>

To view and print the application form, your computer should be equipped with *Adobe Acrobat Reader* or later.



➧ *Download Application Form*



### Reminder:

- For efficiency purposes; make sure you include the following:
  1. Invitation letter from your Sponsor / Host in the UAE.
  2. Copy of your Host residency permit in the UAE.
  3. Copy of your Host's passport.
- All applications *MUST* be submitted by hand or sent to the following address:
  Embassy of the United Arab Emirates
  3522 International Court, NW Suite #400
  Washington, DC 20008
  Tel: (202) 243-2400
  Fax: (202) 243-2595

- The decision on the length of the visa is subject to the Consul's judgment.

### Notes:

1. U.S.A., U.K, France, Italy, Germany, Holland, Belgium, Luxembourg, Switzerland, Aust Sweden, Norway, Denmark, Portugal, Ireland, Greece, Cyprus, Finland, Malta, Spai  M Vatican City, Iceland, Andorra, San Marino, Liechtenstein, Canada, Australia, New Ze and Brunei, Hong Kong, Singapore, Malaysia Citizens **no longer need visa prior to ent y Dur stay is One(1) month and No fee).**
2. The Embassy does not issue visas on travel documents or re-entry permits.
3. The Embassy requires a minimum of (3) business days to process visa applications.
4. Kindly enclose with your application a prepaid self-addressed return envelope with tracking number ( US Express mail or FedEx ).

### Visa Requirements & Application Fees

► Visa Requirements for United States Citizens

► Visa Requirements for other nationals

► Diplomatic And Official Visas

### Application Form Download



## Visa Requirements For other nationals

1. Invitation letter from your Sponsor / Host in the UAE.

2. Copy of your Host residency permit in the UAE.

3. Copy of your Host's passport.

4. **Two- (2)** application forms (The Particulars of Sponsor/Host section **must** be filled out)

5. An original passport signed by the bearer, valid for at least six months.

6. **Two** original passport-sized photos.

7. The fee is **$30** for One month. single entry or **$300** for six months. Multiple (Money order

8. All Visa applications are subject to approval from UAE authorities and require a Processing time, therefore contact your sponsor/host or the hotel if you are going a tou ask them to process a visa for you and fax a copy back to you before your departure original visa will be held at the UAE airports, in this case there is no need to appl Embassy.

### Application Form Download

**Note**

To view and print the application form, your computer should be equipped with *Adobe Acr t rea* or later.



➡ *Download Application Form*

# United Arab Emirates
## Ministry of Interior
## Naturalization & Immigration Department



PHOTO

## VISA APPLICATION FORM

PARTICULARS OF APPLICANT

FULL NAME ..................................  FATHER'S NAME ..................................  MOTHER'S NAME ..................................
(MR/MRS/MISS)
NATIONALITY ..................................  PLACE OF BIRTH ..................................  DATE OF BIRTH ..................................

POSITION HELD ..................................  PASSPORT NO. ..................................  CATEGORY ..................................
                                                                (ORDINARY/TRAVEL DOCUMENT)
PLACE ISSUE ..................................  DATE OF ISSUE ..................................  DATE OF EXPIRY ..................................

### ACCOMPANIED BY

NAME:                                                    RELATIONSHIP:

1) ..................................                    ..................................

2) ..................................                    ..................................

3) ..................................                    ..................................

4) ..................................                    ..................................

5) ..................................                    ..................................

PERMENANT ADDRESS: ..................................

TEL: (   ) ..................................            PURPOSE OF ENTRY: ..................................

RELATIONSHIP BETWEEN SPONSOR AND APPLICANT ..................................

DATE: ..................................                 SIGNATURE OF APPLICANT: ..................................

### PARTICULARS OF SPONSOR / HOST

FULL NAME: ..................................            NAMTIONALITY: ..................................

PROFESSION: ..................................           ADDRESS: ..................................

PASSPORT: ..................................             TEL: (   ) ..................................

### RESIDENCE ADDRESS:

EMIRATE: ..................................  AREA: ..................................  STREET: ..................................

### FOR OFFICIAL USE

| OPPINION OF UAE EMBASSY / CONSULAR | APPROVAL OF NATURALIZATION & IMMIGRATIO DEPARTMENT |
|---|---|
|  |  |