VISA

UAE

United Arab Erinate

Exit November 6, 2000

entry November 5, 2000

