AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL



**Corporate Services**

Generated On :  10/09/00 @ 04:44 PM

Record Locator :  ` ` `PM0`
Agent ID :  34
Page:  1

2840 S 123rd Court - Omaha, NE  68144
Phone:  (800) 244-1740 / Fax:  (402) 697-5307

**Account Name**
AMERICAN EXPRESS
170 W TASMAN BLDG J
SAN JOSE CA  95134

Deliver to :
DEL 10OCT E-TKT RES
CISCO SYSTEMS
ANTHONY BAYAD
781-402-6663
55 HAYDEN AVENUE SUITE 4  )0
LEXINGTON MA  02173

*I was spoted by Defendant savasto, 10.*

Travel arrangements
prepared exclusively for :
Anthony Bayad

Billing Code:
020-550059-73799-E

---

**October 16, 2000**                                                Monday

**AMERICAN AIRLINES**        Flight:     145         COACH - Class        Boeing 757              Seat : 27D
From :   BOSTON, MA           DEPARTING AT 11:10 AM  MOVIE/NON-SMOKING    LUNCH                   Flight time: 06:17
To :     SAN JOSE, CA         ARRIVING AT 2:27 PM                                                  2689 Miles
   Departure Terminal: BOS TERMINAL B  -
   Arrival Terminal: SJC TERMINAL A
   *AISLE SEAT CONFIRMED.*

HERTZ CAR RENTAL SAN JOSE, CA                       37.00 USD PER DAY
Car reserved for: Anthony Bayad                     UNLIMITED FREE MILEAGE
Confirmation #:  B240289B0E3GOLD                    13.00 USD Per Extra Hour
Reserved: 10/16/00 Through 10/20/00, 4 Days
Car Size: INTERMEDIATE  Car Category: 2-OR 4-DOOR  Transmission: AUTOMATIC  Air Conditioning: YES
Membership Number : 30101416
Airline Membership Number : AA417V1H6
   *GOLD CANOPY SERVICE CONFIRMED.*

HERTZ CAR RENTAL SAN JOSE, CA
Reserved: 10/16/00 Through 10/20/00, 4 Days
Car Size: INTERMEDIATE  Car Category: 2-OR 4-DOOR  Transmission: AUTOMATIC  Air Conditioning: YES

RADISSON HOTELS AND SUITES    Room reserved for: Anthony Bayad       , 1 bed
RADISSON INN SUNNYVA          Check in: 10/16/00, Check out: 10/20/00, 4 Nights   GUARANTEED ARRIVAL
1085 E EL CAMINO REAL         Rate per night : 179.00 USD            Phone #: 408 247-0800
SUNNYVALE CA 94087            Confirmation #: 0GBM0H2                Fax #: 408 984-7120
Special Info: RD-KKAZHIPURATH RQST NONSMK ROOM KING
*A NONSMOKING ROOM WITH A KING BED HAS BEEN REQUESTED.*
*CANCEL BY 6PM LOCAL HOTEL TIME TO AVOID NO-SHOW CHARGES.*
*** CHANGES TO DEPARTURE DATE AFTER CHECK IN MAY
INCUR AN EARLY CHECK OUT FEE***

RADISSON HOTELS AND SUITES
                              Check in: 10/16/00, Check out: 10/20/00, 4 Nights

---

**October 20, 2000**                                                Friday

**AMERICAN AIRLINES**        Flight:     138         COACH - Class        Boeing 757              CONFIRMED
From :   SAN JOSE, CA         DEPARTING AT 9:30 PM   MOVIE/NON-SMOKING    SNACK                   Flight time: 05:33
To :     BOSTON, MA           ARRIVING AT 6:03 AM    on  October 21, 2000                         2689 Miles
   Departure Terminal: SJC TERMINAL A  -
   Arrival Terminal: BOS TERMINAL B
   *SEATING RESTRICTED TO AIRPORT CHECK-IN ONLY.*

AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL  AirMAIL



| | |
|---|---|
| Generated On: 10/09/00 @ 04:44 PM | Record Locator: V6 PM0<br>Agent ID: 34<br>Page: 2 |

## Corporate Services

**2840 S 123rd Court - Omaha, NE 68144**
**Phone: (800) 244-1740 / Fax: (402) 697-5307**

**Surface Transportation**

"Itine a  Only"

AN E-TICKET HAS BEEN SELECTED FOR THIS ITINERARY
AND WILL BE ISSUED ON **09OCT**.
PLEASE PRESENT VALID PHOTO ID AT CHECKIN.
IF YOU DO NOT USE THIS TICKET PLEASE CONTACT AMERICAN
EXPRESS FOR A REFUND/EXCHANGE.
YOUR AA E-TICKET CONFIRMATION/RECORD LOCATOR IS QTTJQC
PLEASE RETURN ANY UNUSED PORTION OF THIS TICKET TO THE FOLLOWING
ADDRESS: AMERICAN EXPRESS TRAVEL ATTN: SUPPORT DEPARTMENT
2840 SOUTH 123RD COURT OMAHA NE 68144
FOR ASSISTANCE 700A-830P CST MONDAY-FRIDAY
CALL 800-244-1740 OR 408-526-7100
FOR AFTER HOURS EMERGENCY ASSISTANCE
CALL 800-519-6210 - ACCESS CODE A-0X0
FROM OUTSIDE THE UNITED STATES CALL COLLECT
***** 313-271-7887 *****
ANY ITINERARY CHANGES MAY RESULT IN A HIGHER FARE.

The following Frequent Flyer Numbers have been advised :

| Carrier | Traveler | Account |
|---|---|---|
| AMERICAN AIRLINES | A Bayad | 417V1H6 |

For Itinerary changes, please contact your travel office via telephone.