
Cisco Systems

November 29, 2000

President/CEO Mr. John T. Chambers
300 East Tasman Drive
San Jose, CA 95134

Mr.Richard J. Justice
Senior Vice President of Int'l Sales
300 East Tasman Drive
San Jose, CA 95134

SUBJECT: Employment Discrimination and Retaliation by Anthony Savastano Director of Fir a :e

Dear Mr. Chambers and Mr. Justice:

    I would like to bring to your attention that Anthony Savastano has acted discriminatory against me once again, by placing my name in **Cisco No-Hire policy List** On about November : 2000, I was offered an opportunity with Cisco Group of Middle East & Africa - France, to become a System Engineer for North Africa Region. Mr. Chambers and Mr. Justice, as you already know, I spent a considerable time being interviewed over the phone by Managers of Cisco Europe, before I was invited for one- to- one interviews and before Cisco Europe decided to proceed with an expenditure over 10,000.00 dollars on my travel air fare and accommodation, and for the time and effort spent by Cisco Directors, managers, engineers, and myself in the last phase of this hir n selection process. The three set of interviews were very expensive as they were conducted in United Arab Emirate ( Dubai) the second one in France ( Paris), and the third and last interview in England I o don. The interviews went very well and I was offered a verbal offer by all the managers. Their pick was Adjusted because of my strong technical background and my ability to speak Arabic, English, French, and the North African dialect, and it is good business decision for Cisco .

1


**Cisco Systems**

Upon my returned to the state, I was told by Arab employees, who referred me for the position at Cisco Group of Middle East & Africa- France, the decision regarding my employment with them is standing at Corporate and that my name is placed in No- Hire List. I also communicated with **Celia Harper-Guerra and Alyssa Vanga** regarding the **No-Hire List**, who advised me that it was out of their hand and it was the authority of Cisco corporate Director **Anthony Savastano** who has placed my name in **No-Hire List**.

Mr. Chambers and Mr. Justice, I ask you earnestly that your attention in this matter is a critical and an immediate action must take place, to clean my name from this No-Hire list, and a proper action must be also taken against Director of Sales Anthony Savastano and to keep him from racially interfering with my employment at Cisco, as you already know I am a very technically competent and a very hard working person. I am only trying to bring food to my family table and support them, as my personal Cisco Performance and reviews will show you.

Also, I assure you this correspondence is confidential and I am not looking to file a complaint with the Equal Employment Opportunity Commissions nor the Human right Divisions nor whishing to get involve in trouble with Cisco nor with any Cisco Managers and this include Anthony Savastano. I am only following your open Policy in reporting to you and to Human Resources Mrs. Kate Dcamp of this unfair treatment of employment discrimination and retaliation by Cisco Director and former Lucent Executive and former Boss of mine Anthony Savastano.

Sincerely yours,

Anthony Bayad

Cc: V.P Human Resources KATE DCAMP

2