

   Search | Clear

**Carl Wiese**    vCard    Reporting Chain    7 Direct Reports



**Contact Information**

| | | | |
|---|---|---|---|
| Userid | cwiese | Mail Stop | EDS/8/ |
| Telephone | 732 635-4389 | Street Address | 499 Thornall Street, 8th Floor |
| Voice Mail | 603 4389 | City | Edison |
| Fax Number | | State | NEW JERSEY |
| Mobile Number | 908-310-1627 | Country | United States |
| Pager Number | | Zip | 08837 |
| Epage | Epage cwiese | Personal URL | Admin: Collen McGeachy - 635-4229 |
| Building | EDISON | Group URL | |
| Floor | 8 | | |
| Cube Number | 19 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | Area VP,US Sales | Group | ESO & Fed HQ |
| Manager | Douglas Dennerline (ddennerl) | Department Number | 020031329 |
| Employee Type | Regular | Cisco ID Number | 121829 |

Cisco Systems, Inc. Internal Use Only

*handwritten:* TITLE : AREA V.P US SALES

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:02 2003

*handwritten:* Not Area V.P Advance ection

http://directory.cisco.com/detail.cgi?name=cwiese    11/12/ 03