UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN CHAMBERS, PATRICIA RUSSO,<br>ANTHONY SAVASTANO, and<br>CARL WIESE,<br><br>    *Defendants.* | CIVIL ACTION NO. 04-10468-GAO |

**DEFENDANTS JOHN CHAMBERS, ANTHONY SAVASTANO,
AND CARL WIESE'S MOTION TO STRIKE PLAINTIFF'S "NOTICE OF
LIABILITY ON DECISION-MAKERS JOHN CHAMBERS, ANTHONY
SAVASTANO & CARLWIESE EXECUTIVE(S) OF CISCO SYSTEMS AND
DECLARATION IN SUPPORT OF NEWLY DISCOVERED EVIDENCE(S)"**

On October 4, 2005, Plaintiff Anthony Bayad ("Bayad") served a document styled "Notice of Liability on Decision-Makers John Chambers, Anthony Savastano & Carl Wiese Executive(s) of Cisco Systems and Declaration in Support of Newly Discovered Evidence(s)" (the "Notice") upon defendants John Chambers, Anthony Savastano, and Carl Wiese[1] (the "Defendants"). The Notice purported to be an unsworn declaration made pursuant to 28 U.S.C. § 1746. The Defendants now move to strike the Notice for failure to comply with the requirements of § 1746 and because Bayad has failed to comply with the requirements of Fed. R. Civ. P. 6(b). In support of this motion

---

[1] All of the claims against the remaining named defendant, Patricia Russo, were dismissed by this Court on October 25, 2004. See Memorandum and Order, Docket Entry #44 at 10.

~BOST1:393134.v1
26573-15

the Defendants rely on their accompanying Memorandum of Law in Support of Motion to Strike.

               Respectfully submitted,

               DEFENDANTS JOHN CHAMBERS,
               ANTHONY SAVASTANO, and
               CARL WIESE

               By their attorneys,

               /s/ Matthew Iverson
               _____
               Bruce E. Falby, BBO #544143
               Matthew Iverson, BBO #653880
               DLA PIPER RUDNICK GRAY CARY US LLP
               One International Place, 21st Floor
               100 Oliver Street
               Boston, MA  02110-2613
               (617) 406-6000 (*telephone*)
               (617) 406-6100 (*fax*)

Dated:  October 4, 2005