UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN CHAMBERS, PATRICIA RUSSO,<br>ANTHONY SAVASTANO, and<br>CARL WIESE,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10468-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Matthew Iverson, certify that on October 4, 2005, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express, the following documents:

1. Defendants John Chambers, Anthony Savastano, and Carl Wiese's Motion to Strike Plaintiff's "Notice of Liability on Decision-Makers John Chambers, Anthony Savastano & Carl Wiese Executive(s) of Cisco Systems and Declaration in Support of Newly Discovered Evidence(s)"; and

2. Defendants John Chambers, Anthony Savastano, and Carl Wiese's Memorandum in Support of Motion to Strike.

Respectfully submitted,

/s/ Matthew Iverson

Bruce E. Falby, BBO #544143
Matthew Iverson, BBO #653880
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: October 4, 2005

~BOST1:393132.v1
26573-15