IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | CASE NO. 04-cv-10468-PBS |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | |
| WIESE, ) | |
| Defendants, ) | |
| | HONORABLE DISTRICT JUDGE PATTI B. SARIS |

**"NOTICE PLAINTIFF PRO SE FILED DECLARATION(S) IN SUPPORT OF HIS NEWLY DISCOVERED EVIDENCE UNDER THE PAIN AND PURJURY PURSUANT 28 U.S.C § 1746 UNDER THE SAME COMPLIANCE GUIDANCE MATTER AS INTRODUCED BY THE FOLLOWING DECLARANT(s) AS DEFENDANTS JHON CHAMBERS, ANTHONY SAVASTANO, CARL WIESE, PAULA HUGES AND LYNN FRASER"-- AND-- HIS RESPONSE TO DEFENDANT MOTION TO STRIKE DECLARATION(s)**

The Following persons, Lynn Fraser and Paula Hughes including the defendant(s) John Chambers, Anthony Savastano, and Carl Wiese introduced declaration(s) of their own in support to their Motion for summary Judgment as it was prematurely introduced absent of discovery or deposition(s, was only a conversion of their motion to dismiss introduced once before and did not survive, such declaration(s) introduced about 7 month ago by these individuals mentioned

1

above, such declaration(s) were **personally** signed in <u>similarity as Plaintiff Pro Se</u>, who signed his declaration(s) in support of his newly discovered evidence.

NOW COMES, Mr. **Matthew Iverson** (not an attorney for the records in the above caption matter) states that Plaintiff Pro Se ' declaration(s) in support of his newly discovered Evidence that is "personally" <u>signed</u> and filed <u>in similarity</u> and <u>with such compliance</u> as Defendants John Chambers, Anthony Savastano, Carl Wiese, Lynn Fraser, and Paula Hughes, such declaration(s) [1] introduced must be duty sworn. However, we don't know if Mr. Iverson is serious about his statements or is trying to play hamble or is trying to confuse , and trick the Court as his partner in crime Mr. Bruce Falby attorney for the record has done with discovery and with <u>the Magistrate Judge Bowler</u> or he really does not know the difference between a Declaration and Affidavit, and his stylist motion is an obvious sign of **Smoking Gun**.

---

1. A declaring, generally speaking, is anyone who composes and **signs a statement** or **declaration** alleging that the information he has given therein is true. This differs from an **affiant**, as in the case of **an affidavit** the facts therein are sworn to before **notary public** or other official, whereas a declaration is usually made by one person and signed by such person.

Finally a definition of a **Declaration,** is a declaring, generally speaking, is anyone who composes and **signs a statement** or **declaration** alleging that the information he has given therein is true. This differs from an **affiant**, as in the case of **an affidavit** the facts therein are sworn to before **notary public** or other official, whereas a declaration is usually made by one person and signed by such person.

Therefore, (I) Plaintiff Pro Se pursuant to 28 U.S.C. § 1746 a true copy of personally signed and not sworn of Defendants and Plaintiff Pro Se:

1. Attached **Exhibit A** hereto of Notice of Liability on Decision-Makers John Chambers, Anthony Savastano, and Carl Wiese of Cisco Systems and Declaration in Support of Newly Discovered Evidence(s).( such declaration contains about 26 Exhibits attached to it already filed before Court)

2. Attached **Exhibit B** hereto of Notice of Support of Newly Discovered Evidence and declaration in support of Notice of perjury and Motion for Jury Trial Demanded, The 7th Amendment of the U.S Constitution. (Such Declaration contains Exhibits attached to it already filed before Court)

3. Attached **Exhibit C** hereto of defendant John Chambers Declaration personally signed by him.( not Sworn by personally Signed by John Chambers as My Declaration (Anthony

3

Bayad)Docket #68).

4.   Attached **Exhibit D** hereto of defendant Anthony Savastano Declaration signed by him. (not Sworn by personally Signed by Anthony Savastano as My Declaration (Anthony Bayad) Docket #68).

5.   Attached **Exhibit E** hereto of defendant Carl Wiese Declaration personally signed by him.( not Sworn by personally Signed by Carl Wiese as My Declaration (Anthony Bayad) Docket # 68).

6.   Attached **Exhibit F** hereto of Ms. Lynn Fraser Declaration personally signed by her. ( such her personal Declaration contains Exhibits that are already filed and found in Docket #68)

7.   Attached **Exhibit G** hereto of Ms. Paula Hughes Declaration personally signed by her. (Such her personal Declaration contains Exhibits that are already filed and found in Docket #68)

*Anthony Bayad*

## CERTIFICATE OF SERVICE

It is hereby Certify that a true and correct copy of "NOTICE PLAINTIFF PRO SE FILED DECLARATION(S) IN SUPPORT OF HIS NEWLY DISCOVERED EVIDENCE UNDER THE PAIN AND PURJURY PURSUANT 28 U.S.C § 1746 UNDER THE SAME COMPLIANCE GUINDANCE MATTER AS INTRODUCED BY THE FOLLOWING DECLARANT(s) AS DEFENDANTS JHON CHAMBERS, ANTHONY SAVASTANO, CARL WIESE, PAULA HUGES AND LYNN FRASER"-- AND-- HIS RESPONSE TO DEFENDANT MOTION TO STRIKE DECLARATION(s), was furnished via U.S mail to : Mr. Bruce E. Falby, BBO # 544143, DLA Piper Rudnick Gray Carry, One International Place, Boston MA 02110, this . 6 . day of October, 2005

ANTHONY BAYAD
2 MAGOUN AVENUE
MEDFORD, MA 02155
TEL: (781 704-8982

_[signature: Anthony Bayad]_