# AFFIDAVIT IN SUPPORT OF PLAINTIFF ANTHONY BAYAD'S CROSS-MOTION FOR SUMMARY JUDGEMENT, AND IN SUPPORT FOR HIS CLAIM AGAINST JOHN CHAMBERS, CARL WIESE AND ANTHONY (TONY) SAVASTANO

I Amado V. Navas have known Mr. Anthony Bayad since 1993 when we both worked at Wellfleet Communications, in Billerica Massachusetts. Our relationship has always been at a professional level, I have had the opportunity and privilege to work closely with Mr. Bayad on several projects, at such times I have seen first hand the caliber of professional skills that Mr. Bayad enjoys; as well as the integrity, honesty and ethics which are strongly built into Mr. Bayad's character.

I witnessed first hand and with my own two eyes the abuse suffered by Mr. Bayad at the hands of agents and management of Lucent Technologies. Mr. Bayad's trust and skills were severely violated by numerous individuals led by Mr. Anthony (Tony) Savastano, and Mr. Carl Weise. Mr. Bayad's knowledge and skills were taken advantage of while he was forced to teach other fellow employees his knowledge of a particular brand of products, which at the time were critical for the success of the company. But when Mr. Bayad asked a simple favor or one of Mr. Savastano's trusted agents, Mr. Bruce Brewer he was insulted and denied the simple training in the matter of Cisco router configuration. At the time Mr. Brewer and one of his trusted agents, Mr. John Staltzer told Mr. Bayad that he could not speak any English therefore he was not good enough to be working for Lucent Technologies. The abuses continue to escalate, turning into physical and mental torture at the hands of agents of Anthony (Tony) Savastano and Lucent. Mr. Bayad was flown to the Lucent regional headquarters in Saint Petersburg, Florida were he was

1

locked up in a room, physically tortured and threatened and finally arrested under an illegal "Baker Act" by the local law enforcement agency acting on the orders of Lucent and Savastano.

Mr. Bayad tried to move forward with his life and career by joining the consulting firm by the name of "International Network Services" or "INS", only to have once again to endure suffering at the hands of a small group of white conspirators led by Anthony Savastano, Carl Weise and others. Mr. Bayad was terminated the first day of his employment with INS, by individuals acting on behalf of Lucent and Savastano, the proof and evidence is that INS was purchased by Lucent Technologies shortly thereafter, through a questionable deal the gave immense wealth to a handful of individuals. Mr. Bayad health and career suffered a tremendous blow, while Savastano was on his way to become a Vice President at Cisco Systems, even though Savastano's knowledge of TCP/IP and data communications was non existent.

The layers of conspiracy against Mr. Bayad are very deep yet. During his litigation against Lucent Technologies, Henri Schadtt, Anthony (Tony) Savastano and others Mr. Bayad was betrayed and sold out by his attorneys, Stephanie Alexander and David Sales who practice in the state of Florida, evidence and proof are the fact that both acted in a very suspicious manner, which clearly violated the Attorney Client trust, since they would extract information from Mr. Bayad, and then fed it to opposing counsel. As well as acting in an obvious incompetent and careless manner during critical stages of the litigation.

2

Still Mr. Bayad's suffering did not end there. Trying to still move forward with his life and career Mr. Bayad accepted employment with Cisco systems in Massachusetts, while Savastano was still employed and Lucent/INS, shortly thereafter Savastano joined Cisco Systems much to the surprise of Mr. Bayad and Amado Navas, since Savastano's knowledge of TCP/IP, the Internet and its systems was non existent. Savastano's knowledge was on the trade of accounting, and for organizations like AT&T and Lucent that were mainly involved in the manufacture of Telephone Systems. But, there is a piece of evidence that is clear and obvious, Mr. Savastano worked at Wang Laboratories, with individuals that now work at Cisco Systems, including John Chambers. Shortly after Savastano joined Cisco, he traveled to the field sales office in Saint Petersburg, even though he really had no business there, to threaten Amado Navas, and to deliver a message. He told Amado Navas to relay a message to Bayad "….tell that monkey Bayad that his days at Cisco are numbered, my friend Lynn Frazer will take care of him soon, that he and his people need to go back where they came from, ha ha…..".

The very day that Savastano joined Cisco one of his agents, Mr. Dale Roznowski delivered a message to Amado Navas to announce that Savastano had finally arrived at Cisco and his mission was to take care of Bayad, and Navas.

The statements I give in this Affidavit, are given on my own free will, and I swear them to be the truth, the whole truth and nothing but the truth, so help me God. And I am prepared to repeat them as testimony in any court of Law.

Witness: Amanda L. Martin

Sworn and subscribed before me this 7th day of March A.D. 2005

_____  
Amado Navas

_____  
Amanda L. Martin

**AMANDA MARTIN**  
Notary Public, State of Florida  
My Comm. Expires Apr. 29, 2007  
No. DD206704

4


Cisco Systems

November 29, 2000

President/CEO Mr. John T. Chambers
300 East Tasman Drive
San Jose, CA 95134

Mr. Richard J. Justice
Senior Vice President of Int'l Sales
300 East Tasman Drive
San Jose, CA 95134

SUBJECT: Employment Discrimination and Retaliation by Anthony Savastano Director of Finance

Dear Mr. Chambers and Mr. Justice:

I would like to bring to your attention that Anthony Savastano has acted discriminatory against me once again, by placing my name in **Cisco No-Hire policy List** On about November 3, 2000, I was offered an opportunity with Cisco Group of Middle East & Africa - France, to become a System Engineer for North Africa Region. Mr. Chambers and Mr. Justice, as you already know, I spent a considerable time being interviewed over the phone by Managers of Cisco Europe, before I was invited for one- to- one interviews and before Cisco Europe decided to proceed with an expenditure over 10,000.00 dollars on my travel air fare and accommodation, and for the time and effort spent by Cisco Directors, managers, engineers, and myself in the last phase of this hiring selection process. The three set of interviews were very expensive as they were conducted in United Arab Emirate ( Dubai) the second one in France ( Paris), and the third and last interview in England London. The interviews went very well and I was offered a verbal offer by all the managers. Their pick was Adjusted because of my strong technical background and my ability to speak Arabic, English, French, and the North African dialect, and it is good business decision for Cisco.

1

**CISCO SYSTEMS**

Upon my returned to the state, I was told by Arab employees, who referred me for the position at Cisco Group of Middle East & Africa- France, the decision regarding my employment with them is standing at Corporate and that my name is placed in No- Hire List. I also communicated with **Celia Harper-Guerra and Alyssa Vanga** regarding the **No-Hire List**, who advised me that it was out of their hand and it was the authority of Cisco corporate Director **Anthony Savastano** who has placed my name in **No-Hire List**.

Mr. Chambers and Mr. Justice, I ask you earnestly that your attention in this matter is a critical and an immediate action must take place, to clean my name from this No-Hire list, and a proper action must be also taken against Director of Sales Anthony Savastano and to keep him from racially interfering with my employment at Cisco, as you already know I am a very technically competent and a very hard working person. I am only trying to bring food to my family table and support them, as my personal Cisco Performance and reviews will show you.

Also, I assure you this correspondence is confidential and I am not looking to file a complaint with the Equal Employment Opportunity Commissions nor the Human right Divisions nor whishing to get involve in trouble with Cisco nor with any Cisco Managers and this include Anthony Savastano. I am only following your open Policy in reporting to you and to Human Resources Mrs. Kate Dcamp of this unfair treatment of employment discrimination and retaliation by Cisco Director and former Lucent Executive and former Boss of mine Anthony Savastano.

Sincerely yours,

Anthony Bayad

Cc: V.P Human Resources KATE DCAMP

2