*[Handwritten annotation at top: "Kind of evidence / Denial of Job opportunity on Race Discrimination ground"]*

Liz Bacchi, 09:20 AM 1/7/2004 -0600, Fwd: Re: Requisition #714082 and others

X-Sender: lbacchi@mail1.cisco.com
X-Mailer: QUALCOMM Windows Eudora Version 4.3.2
Date: Wed, 07 Jan 2004 09:20:14 -0600
To: jbotelho@cisco.com, ceharper@cisco.com
From: Liz Bacchi <lbacchi@cisco.com>
Subject: Fwd: Re: Requisition #714082 and others

Hi Judy,

Below is an email that I sent to Anthony Bayad (in PS he has a different last name, can't remember what that was) when he contacted me on my cell phone directly for an interest in returning to Cisco. Celia wanted me to send this to you.

From what I remember, Anthony called me on my cell phone and wanted to speak to me about the position that I had open in California for a Voice Specialist. He mentioned that he used to work for Lyn Fraiser and that I could call her. I called Lyn directly and she was very hesitant on speaking with me. Since I was an internal HR Manager, she felt better. She said that she would not recommend Anthony to come back to Cisco that he worked for her for I believe 1 year. That he made commitments for his CCIE but never took the lab or any classes. I think he is still stating that he is taking the CCIE. She was nervous about speaking to me anymore about him. She was uncomfortable.

That is when I sent this email to Anthony about the relocation issues and that we don't pay a lot or any for relocation (especially for Federal) and to look for other positions in his area. I also sent him to our sourcing group to have screened for other positions.

HOpe this info helps. Let me know if you have any questions.
thanks!
Liz


Date: Wed, 15 Oct 2003 09:21:41 -0700
To: "Anthony Bayad" <abayad@gicamerica.com>
From: Liz Bacchi <lbacchi@cisco.com>
Subject: Re: Requisition #714082 and others
Cc: <brussell@cisco.com>, <lyfraser@cisco.com>

Hi Anthony,

Thank you for your interest in coming back to Cisco.
I did receive your email and I forwarded it to our sourcing group to have you pre-screened for position in your area.

The position you applied for is in California and you are located in MA. Due to the number of candidates we have for our position, we are not relocating anyone at this time.

Please keep checking the website for positions located in your area.

Thanks!