IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTHONY BAYAD,                          )
                                        )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )            CASE NO. 97-6671-CIV-ROETTGER
                                        )            Magistrate Judge Seltzer
LUCENT TECHNOLOGIES, INC.,              )
LEWIS KASLOW, MIKE REED,                )
RONALD LAURINO, ANTHONY                 )
SAVASTANO and JOAN GROHE                )
                                        )
                                        )
        Defendants.                     )
_____     )


DECLARATION OF AMADO NAVAS IN SUPPORT OF PLAINTIFF'S
RESPONSE TO THE DEFENSE'S MOTION FOR
FINAL SUMMARY JUDGEMENT


        I, AMADO NAVAS, declare as follows:


1.  I have personal knowledge of the facts set forth herein.

2.  I, AMADO NAVAS witnesses the fact that Anthony Bayad while employed at Lucent by his own

    initiative and because of his expertise with the Bay Networks product line, volunteered to share his

    knowledge, by teaching numerous classes in the Largo facility; these classes were offered to the

    Technicians as well as the Sales Force in charge of selling Maintenance to Lucent's Customers.


1

EXHIBIT A

3.  I AMADO NAVAS, witnessed Tony Savastano, then the General Manager in charge of the Largo
    Facilty demoting Anthony Bayad both in my presence, and in the presence of Mr. Bayad and for no
    reason. Savastano then asked that I, Amado Navas take over the position of team lead, which I felt
    forced to take in order not to miss the opportunity to help our organization. Savastano's tactic was
    aimed at keeping both Mr. Anthony Bayad and I, Amado Navas stuck down in the lower ranks
    while he was planning to promote Bruce Brewer a white employee trusted by Savastano, to a
    position higher ranking than that of both minority employees Amado Navas, and Anthony Bayad.

4.  I, AMADO NAVAS, witnessed that Mr. Anthony Bayad requested a meeting with Amado Navas,
    Carl Wiese and Anthony Savastano to complain about Savastano's and Carl Wiese's treatment
    towards Anthony Bayad because of his race, national origin the color of his skin and/or religion.
    The meeting took place in Tony Savastano's office in the presence of Carl Wiese and Amado Navas.
    Anthony Bayad was contacted via telephone and placed on the speaker phone, so Anthony Bayad
    was able to hear everyone in the room, as well as everyone in the room was able to hear Anthony
    Bayad. After the meeting had started, Anthony Bayad made this statement: **"DO YOU HAVE A
    PROBLEM WITH PEOPLE WITH AN ACCENT LIKE ME??"**, **"WHY CAN JOHN WHITE**
    (White employee under Carl Wiese who had just gotten a significant promotion) **FLY HIGH,
    LIKE AN EAGLE AND I CAN'T??**, **"WHY IS IT THAT I HAVE TO PROVE MYSELF
    EVERYDAY TO YOU AND TONY"** Carl Wiese immediately shouted: **"SHUT UP!!"** **"STOP
    TALKING ABOUT MY PEOPLE!!"**.

5.  I, AMADO NAVAS in my capacity as the Operations Manager of the Bay Networks Router
    Support group in the Largo Center, granted permission to Anthony Bayad to purchase two Airline
    tickets for his parents to fly from Morocco to the US. I AMADO NAVAS, suggested to Anthony
    Bayad to purchased the Airline tickets through the Lucent Technologies travel department.

6.  I, AMADO NAVAS, in my capacity as the Operations Manager in charge also of the Ft. Lauderdale
    Bay Networks Support Office gave direct orders to Anthony Bayad to purchase using his Lucent
    Corporate American Express Card, office supplies as well as other miscellaneous items, destined to
    be used in the same Ft. Lauderdale Bay Networks Support Office. I explained to my employee
    Anthony Bayad, that we could not wait the six months or more time frame given to us by the

2

EXHIBIT A1

purchasing department if we were going to meet the date promised to Vice President Jeffrey Akers as the date when the Ft. Lauderdale Office would be in full operation.

I also mentioned to Anthony Bayad that my boss Tony Savastano gave me instructions to "**DO WHAT YOU HAVE TO DO!!, BUT GET THAT OFFICE UP AND RUNNING AS SOON AS POSSIBLE!!**"

I, AMADO NAVAS, declare that the foregoing is true and correct.

Executed on _____July 21_____, 1999.



_____
**Amado Navas**

The above known to me, and signed before me — July 21, 1999

Notary Public

Orson I. Skorr

3

EXHIBIT A 2

From:       MIKE REED
To:         Bay, BBREWER
Date:       1/24/97 12:25am
Subject:    It's done!

Bruce, I need your help we need to stop these dammned foreingners
they think they can come over to my country and first of all take
our jobs, then be our bosses. Anthony Bayad needs to be stopped
or before you know it he will be running this company. He is nothing
but a sand nigger or a dirty arab or somethig like that.
I think that with your help, we can make him look bad in the eyes
of upper management, so we can finally get rid of him and his
spick boss, once and for all.
Tony already has a plan Scott Boda will get certified in the near
future, and two other people they told to get certified, we can
finally get rid of them. Even if they are right in saying most
people in this company company don't like to work hard, and all they
do is play games they should not come in and make waves.
Mike Reed



```
From:        AMADO NAVAS
To:          VSTANDLEY
Date:        1/21/97 2:13pm
Subject:     Come see me please

Vic,
Please come see me about the job in Lauderdale
Amado
```


DEPOSITION
EXHIBIT
12
Navas 9-4-98

```
Mail Envelope Info:        (32E5123E.C65 : 9 : 50783)

Subject:                   It's done!
Creation Date:             1/21/97 2:00pm
From:                      MIKE REED

Created By:                LARGO1.NPSC:MREED

Recipients
Post Office Largo1.disp1
    DGARCIA CC

Post Office Largo1.disp2
    BHADELER
    GCAMPAU
    MLUSZCZ
    RBOND

Post Office Largo1.npsc
    ABAYAD
    ANAVAS
    BBREWER
    DWATTS
    JPLEASANT
    JSTALZER
    MKEANE (MARGARET KEANE)
    MREED (MIKE REED)

Domain.Post Office                          Route
Largo1.disp1                                Largo1.disp1
Largo1.disp2                                Largo1.disp2
Largo1.npsc                                 Largo1.npsc

Files                      Size             Date & Time
MESSAGE                    819              01/21/97 02:00pm

Options
Expiration Date:           None
Priority:                  Normal
Reply Requested:           No
Return Notification::      None

Concealed Subject:         No
Security:                  Normal
```