

Search | Clear

**John Chambers**   -vCard   Reporting Chain  26 Direct Reports

**Contact Information**

| | | | |
|---|---|---|---|
| Userid | chambers | Mail Stop | SJC10/5/4 |
| Telephone | 408 526-8222 | Street Address | 300 East Tasman Drive |
| Voice Mail | 526 8222 | City | San Jose |
| Fax Number | | State | CALIFORNIA |
| Mobile Number | | Country | United States |
| Pager Number | | Zip | 95134 |
| Epage | Epage chambers | Personal URL | wwwin.cisco.com/chambers/ |
| Building | SJ-10 | Group URL | |
| Floor | 5 | | |
| Cube Number | 537 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | President/CEO | Group | Office of the President |
| Manager | John Chambers (chambers) | Department Number | 020079500 |
| Employee Type | Regular | Cisco ID Number | 511 |

Cisco Systems, Inc. Internal Use Only

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:19:31 2003



http://directory.cis



**John T. Chambers**
**President and Chief Executive Officer**
**Cisco Systems, Inc.**

John Chambers is president and CEO of Cisco Systems. Since January 1995, when he assumed this position, Chambers has grown the company from US$1.2 billion in annual revenues to its current run-rate of approximately US$23.6 billion.

Chambers has been lauded by government leaders and countless publications worldwide for his visionary strategy, his ability to drive an entrepreneurial culture, and his warm-hearted, straight-talking approach.

Recently Chambers has spearheaded several key global initiatives, including co-sponsorship of the Jordan Education Initiative, in partnership with his Majesty King Abdullah II of Jordan and the World Economic Forum. In March, for the second time, Chambers was given the "Best Investor Relations by a CEO" award by *Barrons* and *IR Magazines*, and in April he received the prestigious "Woodrow Wilson Award for Corporate Citizenship" from the Woodrow Wilson International Center for Scholars of the Smithsonian Institution. Recently, Chambers was also named "The Most Influential CEO" in telecommunications by *Institutional Investor* magazine and "The Most Influential Person in Communications" by *Telecom Magazine*. He has received numerous other awards including the Smithsonian Lifetime Achievement award and the Presidential Award: Ron Brown Award for Corporate Leadership from the Business Council.

Chambers has served two American presidents; most currently as Vice Chairman of the President George Bush National Infrastructure Advisory Council (NIAC). On this committee, he provides industry experience and leadership to help protect the critical infrastructure of the United States. He served on President Bush's Transition Team, Education Committee, and previously served on President Bill Clinton's Trade Policy Committee.

Chambers joined Cisco in 1991 as senior vice president, Worldwide Sales and Operations. Prior to joining Cisco, he spent eight years at Wang Laboratories and six years with IBM. He holds a law degree and a bachelor of science/bachelor of arts degree in business from West Virginia University. He later received a masters of business administration degree in finance and management from Indiana University. He is married and has two adult children.

**CISCO SYSTEMS**

Updated 11/04



| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

[_____]   Search | Clear |

### Tony Savastano   -vCard   Reporting Chain  9 Direct Reports



**Contact Information**

| | | | |
|---|---|---|---|
| Userid | tsavasta | Mail Stop | SJC10/5/1 |
| Telephone | 408 526-6908 | Street Address | 300 East Tasman Drive |
| Voice Mail | 526 6908 | City | San Jose |
| Fax Number | 408-853-3607 | State | CALIFORNIA |
| Mobile Number | | Country | United States |
| Pager Number | | Zip | 95134 |
| Epage | Epage tsavasta | Personal URL | 2nd Ofc Bldg 2/3 Ofc#327 |
| Building | SJ-10 | Group URL | Admin Support: Patty Obillo x:64725 |
| Floor | 5 | Local Time (24 hr) | Wed  16: 18: 36  UTC-8 |
| Cube Number | 558 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | VP,Finance | Group | CA Finance |
| Manager | Dennis Powell (depowell) | Department Number | 020070983 |
| Employee Type | Regular | Cisco ID Number | 72444 |

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:26 2003

CONFIDENTIAL

**ANTHONY J. SAVASTANO**                                     Page 4

Related Accomplishments

- Implemented automated and manual financial systems and processes to support the business.

- Prepared and filed State and Federal Tax Returns.

- Established a relationship and a line of credit with a large bank for this small company.

- Executed a Securities Registration for a private stock offering working with an external public accounting firm and a local law firm.

**September 1980-January 1987**
**WANG LABORATORIES**

**Director of Finance/Controller Worldwide Customer Services**

Completely responsible for Worldwide financial and controller ship functions of $1.1 billion Customer Service Division with pretax profit of $250 million in a Fortune 200 company. Directed the financial activities of 6 domestic regions and 26 subsidiaries employing over 300 financial and information systems staff.

This financial group provided the entire accounting, budget, reporting, analysis and decision support as well as procedures, asset management, and internal controls to line management. This essential financial service was used to effectively assess current results and formulate future business decisions.

Functions included accounting, budgeting and planning, inventory accounting, business unit controllers for Supplies Division, returned products, software manufacturing and distribution and international and domestic field controllers.

L 00824

CONFIDENTIAL

- Organized and restructured the U.S. Sales & International budget process providing tools to line management to construct and compile the annual plan locally within their districts.

- Provided leadership in changing the sales compensation plan from a booking goal orientation to a revenue focus, giving more attention to profitability in both hardware and services.

- Provided financial support for AT&T Customer Service Management negotiating their initial agreement with CWA and IBEW Labor Unions. Crisp analysis and sound business approach helped AT&T Paradyne to win progressive and favorable changes to the then current AT&T Union contract.

**Controller, Customer Service**

Responsible for all controllership functions within the organization. There was special focus required for the planning and implementation of the consolidation of AT&T's existing DCE service group which was unionized into AT&T Paradyne which was non-union.

**Related Accomplishments**

- Implemented Revenue Planning model

- Provided financial projection for budget, expense, revenue and manpower and lead negotiations in these areas for the consolidation of AT&T DCE Service and AT&T Customer Service.

June 1988-June 1989
Micro Palm Computer

**Corporate Controller**

Responsible for all financial and administrative functions within this start up business. This was a hands on job with no staff requiring me to perform tasks such as vouchering accounts payable invoices and making collection calls to negotiating lines of credit with Chase Bank or dealing with stock brokers and private investors.