**MASSACHUSETTS GENERAL HOSPITAL**

**Gastroenterology Associates**
55 Fruit Street
Blake 4
Boston, MA 02114-2696

February 2, 2005

Dear Anthony Bayad:

This letter is to inform you that you have been referred to GI Associates at Massachusetts General Hospital by Dr. John Carroll for a Consult.

In order to facilitate a convenient appointment, please call our office at, (617) 726-2426. We will follow this letter up with one phone call and if we do not hear back from you within two weeks, the request will be returned to the referring physician.

Thank You,

MGH GI Associates

# RADIOLOGY DIAGNOSTIC REQUISITION
## Department of Radiology

DATE OF EXAM: 2-9-05

MGH PROVIDER (PIN) NUMBER: 7 1 2 7 7

ORDERING PHYSICIAN SIGNATURE: M. Kwook

AUTHORIZATION #/FUND #/COST CENTER: _____

021105
X-Ray 1967 Radiology
BLAKE 39 at MGH
BAY: ANTHONY
Chest X-Ray
Bay 29 for location
SPCP
Bay # EP-04788

## CHEST

**SPECIAL CONSIDERATIONS** (check if appropriate)
☐ PORTABLE
☐ Add views to routine _____
☐ Pregnant

**EXAM(S) REQUESTED**
☒ AP and LAT
☐ AP only
☐ Obliques
☐ Inspiration / Expiration
☐ RIBS (include AP chest)
☐ Sternum
☐ Decubitus

**SIGNS/SYMPTOMS**
☐ Abnormal sputum
☐ Acute respiratory failure
☐ Atrial fibrillation
☐ Cardiomegaly
☐ Chronic fatigue
☐ Cough
☐ Fever
☐ Hypoxia
☐ Night sweats
☐ Rales
☐ Subcutaneous emphysema
☐ Weight loss
☐ Abnormal breath sounds
☐ Angina
☐ Cardiac Arrest
☐ Chest pain
☐ Contusion (chest wall)
☐ Dyspnea
☐ Hemoptysis
☐ Malaise and fatigue
☐ Pleural effusion
☐ Respiratory arrest
☐ Tachypnea
☐ Wheezing

**ABNORMAL PREVIOUS TESTS**
☐ +PPD
☐ Hypoxemia
☐ Abnormal Pulmonary function tests
☐ Abnormal white cell count

**KNOWN DIAGNOSIS** (NOT Rule/out)
☐ Aortic aneurysm
☐ Arrhythmia
☐ Asthma
☐ Cardiac valvular disease
☐ Coronary artery disease
☐ Cystic fibrosis
☐ Heart failure (CHF)
☐ Interstitial lung disease
☐ Myocardial infarction
☐ Atelectasis
☐ Pneumothorax
☐ Pulmonary hypertension
☐ Tuberculosis
☐ Pulmonary embolism
☐ Pleural effusion
☐ Toxic inhalation
☐ Congenital malformation
☐ ARDS
☐ Asbestosis
☐ Bronchitis
☐ Cardiomyopathy
☐ Croup
☐ Emphysema
☐ HIV+
☐ Malignant neoplasm
☐ Pericarditis
☐ Pneumonia
☐ Pulmonary edema
☐ Upper respiratory infection
☐ Sarcoidosis
☐ Bronchiectasis
☐ Pericardial effusion
☐ Trauma to chest
☐ AVM

## ABDOMEN

**SPECIAL CONSIDERATIONS** (check if appropriate)
☐ PORTABLE
☐ Assess for retained instrument or foreign body
☐ Pregnant
☐ R/O bowel obstruction     ☐ Identify tube position

**EXAM(S) REQUESTED**
☐ Abdomen (KUB) - one film
☐ Abdomen (KUB) and upright - two films
☐ Decubitus
☐ Cross table lateral

**SIGNS/SYMPTOMS**
☐ Abdominal distension
☐ Constipation
☐ Reduced bowel sounds
☐ Feeding problems
☐ Flatulence, gas pain
☐ Hematuria
☐ Malaise and fatigue
☐ Nausea and vomiting
☐ Palpable mass or lump
☐ Urinary retention
☐ Melena
☐ Contusion to trunk
☐ Dyspepsia
☐ Fever
☐ Hematemesis
☐ Impaction
☐ Pain (abdomen)
☐ Pain (back)
☐ Pain (flank)

**KNOWN DIAGNOSIS** (NOT Rule/out)
☐ AAA
☐ Foreign body in digestive system
☐ Gallstone
☐ Renal calculus
☐ Renal failure
☐ Neoplasm - Specify primary _____
☐ Sponge count discrepancy
☐ Cirrhosis
☐ Hepatitis
☐ UTI
☐ Sepsis

**Clinical Information for Radiologist**
(In addition to signs & symptoms check off box)
Why do you want this exam?

- Chest pain
- Short of Breath

**RADIOLOGIST USE ONLY**

10288 (4/04)

```
Gastroenterology Associates
Massachusetts General Hospital
617-726-2047
```

*Cardiac Stress Test Schedule For Monday 03/07/05 7:45 a.m. arrive at 7:30 a.m. the 6th Floor of the Yawkey Bldg Suite 5E No Food or Drink as of 4:30 A.M (3 hours prior to test)*

February 11, 2005

Anthony Bayad JR
2 Magoun Ave' Suite 1-H
Medford, MA   02155

YOUR CURRENT INFORMATION ACCORDING TO OUR RECORDS:

MGH#: 3074097     DOB: 04/07/1967    TEL:
INS1: Medicare                       INS2:
 PCP: Carroll MD, John M             RPCP:

It is time to schedule your next appointment with
Dr. Myles Keroack of Gastroenterology Associates planned
for Feb 2005. Please call our office at 617-726-2047
to schedule this appointment.

We look forward to seeing you in the office.

Thank You,


Gastroenterology Associates

*Anthony please call me as soon as possible as the number we have in our system 781-402-6663 is not in service and we need to be able to reach you in case of upcoming apts and or changes and or cancellation*

~ *[signature]*