IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| ) | CASE NO. 04-cv-10468-PBS |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | |
| WIESE, ) | |
| Defendants, ) | |

HONORABLE DISTRICT JUDGE PATTI B. SARIS

**MOTION TO FILE** NOTICE PRAYING HANDS TO THE MAGISTRATE MARIANNA B. BOWLER JUDGE OF THE UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS TO PROVIDE RIGHT OF DUE PROCESS FOUTHEEN AMENDEMENT SECTION 1 GUARANTEE BY OUR CONSTITUTION AND LAW OF OUR LAND

(The heart that Christ gives to his people feels compassion for those who suffer, no matter what their faith.)

As I pray on behalf of the weak, the poor, and the MINORITIES Citizens of this wonderful land of ours the United States of America, wherefore we pray to the Chief Magistrate Judge Marianna Bowler a judge who took an oath to protect the United States Constitutions and its citizens White(s) or Black(s), Rich or Poor, Weak or Strong, Christian or Jewish, Muslim or Catholic or any

1

person' religious including the disable; We pray to the Magistrate Judge Bowler to rule for a trial by jury and to send message to defendants and like, that it is not Ok to discriminate against me and against Amado Navas and Hamdi Elsiah and against others , as they have done with me for 3 times, 1 time at Lucent Technologies Tampa Florida  and the law was bought, 2 time the International Network Services San Jose California such company was bought, and 3 time Cisco Systems Massachusetts, and that such defendant are not going to discriminate against any one for the 4th time and that the right of due process will be provided as matter of law, and even thought such Defendants are Rich well Connected with Home Land Security as they are torturing my Brother Moussa Bayad a U.S Resident -Tax payer- Homeowner , without allowing him to post bond a basic right of free people to be able to participate in his defense ( it is a shame) in Prison for 7 Month(s)  to present,  waiting to be exile from the country that he loves and waited for 8 years to legally immigrate to the United States of America and as he is being charged of immigration violation as it is interpreted as Moral Turpitude and such  crime did not occur and such crime was vacated, as  he did not commit it and was frame by Malden Police' girlfriend and direct evidence has proven it , an act against humanity and a clear retaliation. I have nothing in this life but to pursue justice and to let the world know what they are doing to

me and to my family. This is not America any more and Africa has better laws than we do. It is shame. My friends in Europe have families of their own , children of their own and Justice that is protecting them from predator(s) as Defendants Tony Savastano and Carl Wiese, who are hijacking the White race and being protected right now using the resources of Corporate of America a déjà vu act . It is a shame.

    I pray to you Magistrate Judge to   reconsider your  Report(s) and recommendation(s) that was issued absent of Depositions or discovery or  subpoenas, and such  Report(s) and Recommendation(s) should have being  directing the Court to proceed with Trial by Jury accordingly to the United States Constitution the Amendment 7 th, as  I provided strong facts and they provided formality and opinions, I provided motive and past history and they provided formality and denial, I provided truth and they provided lied under oath, I provided affidavit of witness and they provided signed declaration(s), I provided Cisco-NO-Hire-List targeting Minorities only accordingly to the Rule of law of Evidence and they provided silence, I established prima Facie absent of Discovery and they failed to rebut such Prima Facie.

    As I pray to you Magistrate Judge on Behalf of the people situated as me who are at this moment being discriminated against and are not in their capacity to act upon their rights as I am

fortunate to have a good education that was provided to me by the Middle Class of this wonderful country of ours, and because I have not been able to work on discriminatory ground by these Defendants Chambers et, al and its Gang(s), I could not pay my promissory student Loan and such failure of me has prejudiced one child American to attend College as I was able to do so and I feel that I failed such Child of an American Tax payer like me.

    I pray to you Magistrate Judge on behalf of the People situated as me the Minorities to bring Closure to this Discrimination case accordingly to the Rule of Law and the Rule of Evidence.

    I pray to you Magistrate Judge to stop Mr. Carl Wiese and Mr. Savastano from discriminating against me and against others and to allow me to go back to work and to pay my taxes for I can get married and for I can have Children of my own and family of my own.

    I pray to you Magistrate to bring closure to my case accordingly to the rule of law because I am Unemployed for about 7 year and I do not want to visit the Court any more or to hear about Defendants or to read any motion of theirs.

    I pray to you as a I am a human being and a Proud American living under the protection of the Constitution of United States the Fourteen section 1 ( right of due process) that guarantee the full protection of its Citizen as (I) ,and such example The ancient

Egyptians, for example, required judges to hear at least both sides of a case. The Code of Hammurabi is a type of due process – something written down so people would know what the laws are. Even the ancient Chinese had some minimal procedures for notice and hearing when people were charged with something. When Jesus was put on trial, He was given the opportunity to reply and present evidence. The Greeks and Romans offered juries and professional orators. In most cases, these were not formal processes; they were the unwritten rules of justice as fairness. They started as customs and became law over time.

    I pray to you as I finalize my pray to you Magistrate Judge with the Bible as you took an oath , and When the Bible says, "Weep with those who weep" (Romans 12:15), it does not add, "unless God caused the weeping." Job's comforters would have done better to weep with Job than talk so much. That does not change when we discover that Job's suffering was ultimately from God. No, it is right to weep with those who suffer. Pain is pain, no matter who causes it. We are all sinners. Empathy flows not from the causes of pain, but the company of pain. And we are all in it together.

    And I ask respectfully for grace and Pity from the law and from you your Honor Magistrate Judge Bowler and the Court that such defendants Tony Savastano and Carl wise put me unemployed about a decade long (almost 10 years) and destroyed my career, destroy my

life, and now they are calling they buddies at the home land Security (lawyers) to harass and to retaliate against my family and such act is against the law and those involve are committing crime against me and my family and I will stand here in this country or outside of this country for my rights and my family rights. Those involve I will expose them and I will sue them nationally and internationally and I will go public and I will show their criminal act to the world. Such individuals need to rest and live me alone and allow me to live in peace as I am not afraid of any one as these individuals Sir Chambers, Sir Savastano, Sir. Wiese, and Faro   Bob Matthias; -- **and <u>I direct personally such Notice</u> to such pretending Faro and <u>Master Chairman of Dla Piper Rudnick</u>, you told me that you will deport my family and you did, and you told me that you will buy to law as they have done in Florida where they crucified me Gestapo Style and you failed because there are any lawyer in the above caption matter to buy or to offer favors as it was proven and was accomplished/done in Florida with Attorney Stephanie Alexander and David Sales with Searcy, Denny Scarola, Barnhart and Shipley of west palm beaches Florida , and you told me to go away where I come from as your client and Vice President of Cisco Anthony Savastano, who flew personally from California to Florida, visited Systems Engineer of Cisco Systems Mr Amado and told Mr. Amado Navas at Cisco Tampa Florida to Call me **monkey** directed to me and for me to go where I come from and

6

that his friend also Manager Lynn Fraser will take care of me as he was **laughing** as he is the man in this country as it was proven and I respect that, and I am not going anywhere simply because America is my home and right here where I will raise my kids and right here where I will be buried and now what next Mister Bob Matthias. (--I would like to thank you and to which form my heart to God to bless the Men the Women of the United States Arms forces and the Honorable District Judges of the United States District of Massachusetts. Once again thank you and God Bless)

## CERTIFICATE OF SERVICE

It is hereby Certify that a true and correct copy of the Forgoing motion in the above caption matter in Chambers et, al,, was furnished via U.S mail to : Mr. Bruce E. Falby, BBO # 544143, DLA Piper Rudnick Gray Carry, One International Place, Boston MA 02110, this .21. day of October, 2005

ANTHONY BAYAD
2 MAGOUN AVENUE
MEDFORD, MA 02155
TEL: (781 704-8982

ANTHONY BAYAD