UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN CHAMBERS, PATRICIA RUSSO,<br>ANTHONY SAVASTANO, and<br>CARL WIESE<br><br>          Defendants. | CIVIL ACTION NO. 04-10468 PBS |

2

## CERTIFICATE OF SERVICE

I, Matthew J. Iverson, certify that on November 1, 2005, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express, Defendants John Chambers, Anthony Savastano, and Carl Wiese's Response to Plaintiff's: (1) Motion for Review of Affidavit of Amado Navas (Docket # 107); (2) Motion to Admit Evidence (Docket # 108); Memorandum of Law (Docket # 109); and Motion for Leave to File Notice of Praying Hands (Docket # 110) with attached Exhibit A.

Respectfully submitted,

/s/ Matthew Iverson
_____
Matthew Iverson, BBO #659880
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  November 1, 2005

~BOST1:396028.v1
26573-15