## Amado Navas

**From:** Tushar Kothari [tkothari@cisco.com]
**Sent:** Tuesday, February 19, 2002 12:46 PM
**To:** Amado Navas; chambers@cisco.com; kdcamp@cisco.com; justice@cisco.com
**Cc:** david Campbell
**Subject:** Re: I need your help with this awful situation

Amado,

Thanks for bringing this to our attention. I agree with you that such messages are not consistent with Cisco culture and is unacceptable. I have asked David Campbell our HR director to engage and recommend appropriate remedy.

Tushar

*[Handwritten annotation: "They admit that this conduct is wrong. P.O. Racist used In cisco company"]*

At 10:34 PM 2/17/2002 -0500, Amado Navas wrote:

> *** EXTREMELY CONFIDENTIAL ***<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />
>
> Concerning an email message sent to me by Bruce Bastian, a member of management (Manager of Systems Engineering at Cisco Systems, Inc.)
>
> In light of the recent events that took placed following the unwanted release of a certain email to the news media, CNN, CNBC, and others. Action which affected the market, and potentially compromised the credibility and seriousness of our company. I am now convinced that it is my duty as a shareholder, to take this action, to protect the integrity and wellbeing of our company.
>
> Attached you will see an email message containing a racial attack, sent directly to me by my manager, Mr. Bruce Bastian.

3/18/2003

## Amado Navas

**From:** Bruce A. Bastian [bbastian@cisco.com]
**Sent:** Wednesday, May 30, 2001 3:26 PM
**To:** amado Navas
**Subject:** FW: Airport fun


-----Original Message-----
**From:** Wes Hogentogler [mailto:wesh@ficomp.com]
**Sent:** Wednesday, May 23, 2001 2:37 PM
**Subject:** Airport fun

I thought you may like this...
<<LondonAirportAnnouncements.doc>>

# WES HOGENTOGLER

*Senior Account Manager*
## FICOMP, Inc.
<<...>>
Cell: 240-401-4470
FAX: 410-772-8200
www.ficomp.com

3/18/2003

# Do not play the sounds until you have read the following:

This is the story.....

We'd go and sit on the balcony at Terminal 3 at Heathrow Airport, directly under one of the PA speakers where we put a tape machine in a bag with the microphone poking out of the top. Then we'd look for a flight that had arrived in the last 40 minutes from somewhere where you'd expect people with unpronounceable names i.e. Saudi Arabia,

We would then go to the Airport Help Desk with a prewritten note containing the names of fictitious passengers and ask them to read out the names over the PA system.

The passenger's names looked innocent enough on paper but they sounded like something else when read out loud.

| Looks Like | Sound | Reads Like |
|---|---|---|
| Arheddis Varkenjaab and Aywellbe Fayed | 🔊 | I hate this fucking job, and I will be fired |
| Arjevbin Fayed and Bybeiev Rhibodie | 🔊 | I've just been fired, and bye-bye everybody |
| Aynayda Pizaqvick and Malexa Krost | 🔊 | I need a piss quick, and my legs are crossed |
| Awul Dasfilshabeda and Nowaynayda Zheet | 🔊 | Oo-ah, that's better and now I need a shit |
| Makollig Jezvahted and Levdaroum DeBahzted | 🔊 | My colleague just farted, and left the room, the bastard |
| Steelaygot Maowenbach and Tuka Piziniztee | 🔊 | Still, I got my own back and took a piss in his tea |

We got rumbled doing the "My colleague just, etc." They actually threatened to arrest us as apparently they'd received complaints over the previous weeks!

The last one (Still, I got my own back...) was recorded at Gatwick airport which does not have such a good sound system, and is generally a much noisier place, so that's why is sounds crap!