From:     MIKE REED
To:       Bay, BBREWER
Date:     1/24/97 12:25am
Subject:  It's done!

Bruce, I need your help we need to stop these dammned foreingners they think they can come over to my country and first of all take our jobs, then be our bosses. Anthony Bayad needs to be stopped or before you know it he will be running this company. He is nothing but a sand nigger or a dirty arab or somethig like that.
I think that with your help, we can make him look bad in the eyes of upper management, so we can finally get rid of him and his spick boss, once and for all.
Tony already has a plan Scott Boda will get certified in the near future, and two other people they told to get certified, we can finally get rid of them. Even if they are right in saying most people in this company company don't like to work hard, and all they do is play games they should not come in and make waves.
Mike Reed



```
From:      AMADO NAVAS
To:        VSTANDLEY
Date:      1/21/97 2:13pm
Subject:   Come see me please

Vic,
Please come see me about the job in Lauderdale
Amado
```



DEPOSITION EXHIBIT 12 Navas 9-24-98

```
                        (message id: 9 : 50783)
Subject:                It's done!
Creation Date:          1/21/97 2:00pm
From:                   MIKE REED
Created By:             LARGO1.NPSC:MREED
```

**Recipients**
Post Office Largo1.disp1
    DGARCIA CC

Post Office Largo1.disp2
    BHADELER
    GCAMPAU
    MLUSZCZ
    RBOND

Post Office Largo1.npsc
    ABAYAD
    ANAVAS
    BBREWER
    DWATTS
    JPLEASANT
    JSTALZER
    MKEANE (MARGARET KEANE)
    MREED (MIKE REED)

| Domain.Post Office | | Route |
|---|---|---|
| Largo1.disp1 | | Largo1.disp1 |
| Largo1.disp2 | | Largo1.disp2 |
| Largo1.npsc | | Largo1.npsc |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 819 | 01/21/97 02:00pm |

**Options**
Expiration Date:        None
Priority:               Normal
Reply Requested:        No
Return Notification::   None

Concealed Subject:      No
Security:               Normal