**Amado Navas**

**From:** Mountford, Paul [pmountfo@cisco.com]
**Sent:** Thursday, September 26, 2002 3:49 PM
**To:** Robbins, Chuck; crobbins.group@cisco.com
**Cc:** Peres, Edison; Macritchie, Kevin; Arey, Paris; Brar, Surinder; Crandall, Carolyn; Williams, Nigel; Hinebaugh, Julie

**Subject:** RE:

Chuck,
Good follow up on the initiatives we outlined in LA one note of caution however, make sure when you associate my name with a joke.....it's a good one, in this case I'm OK and the use of the name Nigel as the mischevious, challenging, disrespectful pupil is entirely appropriate.
Paul

*[handwritten annotation: USING und NIGEL FOR NIGER, Black Fn PUPIL]*

-----Original Message-----
**From:** Robbins, Chuck
**Sent:** 25 September 2002 5:05P
**To:** crobbins.group@cisco.com
**Cc:** Mountford, Paul; Peres, Edison; Macritchie, Kevin; Arey, Paris; Brar, Surinder; Crandall, Carolyn; Williams, Nigel; Hinebaugh, Julie
**Subject:**

Good day to all of you! I would like to take this opportunity to give you all an update on several areas I discussed with you in Los Angeles.

>From our pulse survey we understand that key areas for improvement in US Channels are communication, career development and fun!

**Communication**
In order to ensure that I am receiving continuous feedback, please bookmark the following url: http://wwwin.cisco.com/Channels/us_channels/robbinsinvitation.shtml. This site is intended for you to provide your thoughts on tools that you need, program ideas, competitive issues, training needs, or anything you need to help you do your job more effectively. I'm also very interested in hearing what our partners are telling you about business conditions, competitive pressures, profitability, or anything else that should be important to Cisco. My intent is to review all comments that come in via this mechanism on a weekly basis and provide you with updates, as well as possible initiatives or changes as a result of your feedback.

**Career Development**
I encourage you to take time and review and take the curriculum that is designed for our organization. Please click on the CAM hyperlink, then bookmark the CAM Development site at http://wwwin.cisco.com/Mkt/Training/field_training/felc/us/index.htm. We will continue to invest in the area of business acumen and bring educational opportunities to our field teams. Under the business acumen section of the CAM development portal, there are several different partner profiles that I encourage you all to read. These profiles outline current industry specific financials, areas of growth, and general business issues faced by different types of partners. There will also be additional Channel MBA courses offered in the coming months -- the dates will be communicated as they are made available. We are also reviewing several leader led classes, which many of you will be asked to audit and provide feedback on their applicability to your roles. Your continued feedback is encouraged to provide us with the most effective