%AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

Court, DISTRICT OF Massachusetts

Anthony Bayad

v.

John Chambers
Patricia Russo
CARL WIESE
Anthony Savastano

TO: CISCO SYSTEMS, Inc.

SUBPOENA IN A CIVIL CASE

Case Number: 04 cv 10468 GA

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

At the U.S District of MASSACHUSETTS

| PLACE U,S District of MASSACHUSETTS. | DATE AND TIME Year 2004 April 19, 10 A¹ |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, th matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 4-5-04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

## C-9

1) **Please Provide all** the correspondence and this include and not Limited of Letters, emails, or any documents, to " **Lynn Fraser**" and from " **Lynn Fraser**" regarding all the decisions made and all the meeting pertaining the wrongful termination of Mr. Bayad from Cisco Systems.

2) **Please provide** :   The document which was provided to Mr. Bayad during his wrongful termination with Cisco Systems as he was mandated to sign in close doors at the presence of Corporate Police, and it was against his will.

**For the sole purpose of page 19- 20 of the following** :

[103.  **In**  May of the year 2001, Mr. Bayad was taking by surprise and terminated from his Employment. Lynn Fraser used a ridicules excuse such as the economy was the reason why he was terminated from his employment. (Lay off)]

3) Please provide all the Cisco Amex travel document and expenses during Mr. Bayad ' job interview with **Cisco Europe that was conducted and executed from Boston to London ( England), London to Dubai ( United Arab Emirate), Dubai to London,** London to Paris, **Paris to London**, and London to Boston.

**For the sole purpose of page 18-19 of the complain:**

[93.    The **Managers** of **Cisco Europe have invested** a **considerable** amount of money approaching more than **$10.000.00 dollars** in travel **expenses** and **time**. They spot him as a well suited and a professional and a potential candidate to the **North African regions.**]

4) **Please provide** all Mr. Bayad CISCO CERTIFICATION written records this include the financial records or any bill and payment for the purpose of Mr. Bayad certification payments.

5) **Please provide Cisco** Systems SE for Worldwide Channels **Michael Purcell** and **Greg Gall;This** include all their ability to speak any foreign languages **(if any advise)** as for example : French, Arabic, Spanish, Hebrew, Portuguese, English, or any foreign language . All their certification records this include the financial or payment records and **who paid for it**, and all their employment and Educational background ( **college degrees or any accredit University in U.S.A**). and Provide the amount of Cisco Systems Stocks that are given to them. And their Race of origin

For the sole purpose of : (quoted from Cisco Systems **Greg Gall** Senior Systems Engineering Mgr, WW Channels Operations CCIE - 4456 CCNP, CCDP, CCNA, CCDA

**I am very proud to announce to that Michael Purcell, Consulting SE for Worldwide Channels, has just become the first individual in the World, to achieve a his sixth CCIE. This is obviously a tremendous accomplishment and milestone for Michael, as well as the CCIE Program overall. His CCIE certifications are in Routing & Switching, SNA/IP, ISP-Dial, Security, Communications & Services, and now Voice. Congratulations.... Michael Purcell - CCIE #4110. The first six time CCIE. Well Done !!**

**Greg Gall**

2.