Issued by the
# UNITED STATES DISTRICT COURT

\_\_\_\_\_ Court DISTRICT OF Massachusetts.

Anthony Bayao
v.
John Chambers
Patricia Russo
Carl wiese
Anthony SAvastano

TO: AVAYA Inc,

SUBPOENA IN A CIVIL CASE

Case Number: 04 cv 10468 GAO

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S District of MASSACHSETTS | DATE AND TIME Year 2004 April 19, 10 AM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 4-5-04 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## REVISED C-6

1) **Please Provide** all the personal employment documents and records includes but not limited to employment records, Educational Records, certifications records, AVAYA public stocks options (portfolio), AVAYA Bonuses, compensation Records, Promotions record, relocations records, and any records at AVAYA possession pertaining these individuals:

**CARL WIESE, JOHN WIESE, JAMIE WEISS, ECG TECHNICAL, BRUCE BREWER, AND JOHN WIESE (THE BROTHER OF CARL WIESE)**

2) **Please provide** FOR CARL WIESE, JOHN WIESE, JAMIE WEISS, and BRUCE BREWER, their withholding (**company-ownership**) of AVAYA INC Stocks options with the formula according to the Spin OFF from Lucent Technologies. **For Example** 1 Lucent Technologies SHARE is equal of 2 SAHARES of AVAYA and vice versa.

ANY CONCERN PLEASE CALL **Anthony Bayad** to assist at ( 781) 704 – **8982** at any time.