**From:** Amado at Navas-Baseball [amado@navas-baseball.com]
**Sent:** Sunday, April 04, 2004 10:13 AM
**To:** anthonybay2000@yahoo.com; abayad@gicamerica.com
**Subject:** First Amendment Right to Protect Myself

**Importance:** High
**From:** Shawna Callahan [scallaha@cisco.com]
**Sent:** Tuesday, March 16, 2004 7:15 PM
**To:** scallaha@cisco.com
**Cc:** nrubin@cisco.com
**Subject:** Immediate Action Required - Avaya Document

*Pro Se*
*EXHIBIT*
*Attached Dkt. 1*

**Importance:** High
Dear Employee,

It has come to our attention that on or about February 20 you may have received an email with the header, "Avaya response to CiscoCallManager4.0". The email contained an attached document that was entitled "Avaya Competitive Alert".

There is some question as to whether Cisco should have been given this document. To ensure that Cisco employees meet our company's high ethical standards and act in accordance with the law, do not forward this document. Please destroy any hard or soft copies of this document, including any soft copies stored on your computer's hard drive or in your email box. Please respond to this email identifying whether you had this document in your possession, listing the email addresses of anyone to whom you forwarded the document and confirming that the required action was taken to destroy any copies in your possession.

Distribution of confidential competitive documents is a violation of company policy and future violations could be subject to disciplinary action. For your reference, here is the Legal Policy on Using Competitive Documents: http://wwwin-tools.cisco.com/sales/go/marketingmi/copyright?ServiceId=86&ServiceType=1&ModuleId=18120&message_id=85101&module_id=18120.

If you have any questions, please contact Shawna Callahan (scallaha@cisco.com or 408-853-0290) or Neal Rubin (nrubin@cisco.com or 408-853-1705).

Thank you for your prompt attention to this matter.

Shawna Callahan
Ethics Program Office


*Shawna Callahan*
*Ethics Program Office*
*WW Diversity & Ethics*
*Cisco Systems, Inc.*

*phone: 408-853-0290*
*email: scallaha@cisco.com*

**From:** Amado at Navas-Baseball [amado@navas-baseball.com]
**Sent:** Sunday, April 04, 2004 9:59 AM
**To:** anthonybay2000@yahoo.com; abayad@gicamerica.com
**Subject:** First Amendment Right to Protect my family
**To:** 'abayad@gicamerica.com'
**Cc:** 'anthonybay2000@yahoo.com'
**Subject:** FW: Avaya response to CiscoCallManager4.0

**Importance:** High

-----Original Message-----
**From:** Rob Learned (rlearned) [mailto:rlearned@cisco.com]
**Sent:** Sunday, February 22, 2004 10:04 PM
**To:** Seteam
**Subject:** FW: Avaya response to CiscoCallManager4.0

Team,

After some clarification from Joel. I probably should not have sent this to all of you. Let go a head and delete the file and forget about it. I originally thought you might find it interesting, but after thinking about it and have some things pointed out to me by Joel (See below) we should get rid of it.


Thanks,

Rob Learned, CCIE #4857
SEM Southeast Channels
400 Carillon Parkway, Suite #220
St. Petersburg, FL   33716
Direct: (727) 540-1452
Mobile: (727) 480-5654
Page: (800) 365-4578
Email: rlearned@cisco.com

---

**From:** Joel Barrett [mailto:joel.barrett@cisco.com]
**Sent:** Sunday, February 22, 2004 9:53 PM
**To:** rlearned@cisco.com
**Subject:** RE: Avaya response to CiscoCallManager4.0

It's unethical to distribute it because it's obviously from Avaya and every page is marked, "Avaya Inc. Proprietary. Use pursuant to the terms of your signed agreement or company policy."

We wouldn't want someone from Avaya looking at documents we mark Proprietary or Confidential, therefore it's unethical for us to be viewing their's.

In addition, in our "Code of Business Conduct", the "Proprietary Information" section (http://wwwin.cisco.com/HR/conduct/index.html#proprietary) states the following:

------------------------
All employees should comply with the following requirements:

**From:** Amado at Navas-Baseball [amado@navas-baseball.com]
**Sent:** Sunday, April 04, 2004 10:11 AM
**To:** anthonybay2000@yahoo.com; abayad@gicamerica.com
**Subject:** First Amendment Right to Protect myself

**Importance:** High
**From:** Rob Learned (rlearned) [rlearned@cisco.com]
**Sent:** Wednesday, March 17, 2004 11:23 AM
**To:** Seteam
**Subject:** Avaya Email

Team,

If you have received anything from Shawna Callahan questioning the Avaya email that was passed to you, please comply with her request. No one is any trouble they are simply investigating whether it should have been passed around.

Rob Learned, CCIE #4857
SEM Southeast Channels
400 Carillon Parkway, Suite #220
St. Petersburg, FL   33716
Direct: (727) 540-1452
Mobile: (727) 480-5654
Page: (800) 365-4578
Email: rlearned@cisco.com

**From:** Amado at Navas-Baseball [amado@navas-baseball.com]
**Sent:** Sunday, April 04, 2004 9:57 AM
**To:** abayad@gicamerica.com; anthonybay2000@yahoo.com
**Subject:** First Amendment Right to Protect myself

**Importance:** High
**To:** 'abayad@gicamerica.com'; 'anthonybay2000@yahoo.com'
**Subject:** FW: Avaya Email

**Importance:** High

-----Original Message-----
**From:** Rob Learned (rlearned) [mailto:rlearned@cisco.com]
**Sent:** Wednesday, March 17, 2004 11:23 AM
**To:** Seteam
**Subject:** Avaya Email

Team,

  If you have received anything from Shawna Callahan questioning the Avaya email that was passed to you, please comply with her request. No one is any trouble they are simply investigating whether it should have been passed around.


Rob Learned, CCIE #4857
SEM Southeast Channels
400 Carillon Parkway, Suite #220
St. Petersburg, FL   33716
Direct: (727) 540-1452
Mobile: (727) 480-5654
Page: (800) 365-4578
Email: rlearned@cisco.com

**From:** Amado at Navas-Baseball [amado@navas-baseball.com]
**Sent:** Sunday, April 04, 2004 10:16 AM
**To:** anthonybay2000@yahoo.com; abayad@gicamerica.com
**Subject:** First Amendment Right to Protect myself

**Importance:** High
**From:** Patrick Bowler [pbowler@cisco.com]
**Sent:** Thursday, March 11, 2004 10:58 PM
**To:** David Lewis; Denise Allen; Joel Barrett; John Roberts; 'Richard Taylor'; Sam Fahed; Tom Strausser
**Subject:** Hard Times at Avaya?

Saw this unusual site today at the Hertz car rental facility in Atlanta, looks like we're putting a little more pressure on Avaya than we thought.... I guess it's smart for them to consider new revenue streams.... <grin>

Patrick Bowler

Manager, Channel Operations
Advanced Technologies and Markets
Cisco Systems, Inc.
727 540-1415
pbowler@cisco.com