*He states that he is not*

*V. P of Sales*

*Please see next page*

*X*



3.      Defendant Anthony Savastano is a Vice President of Finance for Cisco who has

been employed at Cisco's San Jose, California facility since April 28, 2000. (Declaration of

Anthony Savastano ("Savastano Decl."), ¶ 1.)

4.      Defendant Carl Wiese is the Area Vice President for Advanced Technology for

Cisco who has been employed at Cisco's Edison, New Jersey facility since August 27, 2002.

(Declaration of Carl Wiese ("Wiese Decl."), ¶ 1.)

5.      Mr. Chambers does not recall ever meeting or interacting in any way with

Anthony Bayad. (Chambers Decl. ¶ 5.) Mr. Chambers has no personal knowledge about Mr.

Bayad's employment with Cisco. (Id. ¶ 6.) Mr. Chambers has no personal knowledge

concerning and has had no involvement with any decision regarding Mr. Bayad's employment

with Cisco, the termination of his employment, Mr. Bayad's alleged subsequent attempts to

obtain re-employment with Cisco, or his alleged attempts to foster a business relationship with

Cisco. (Id. ¶¶ 7, 9.)

6.      Mr. Chambers does not recall ever meeting Anthony Savastano or Carl Wiese, let

alone communicating with them about Mr. Bayad. (Id. ¶¶ 11-13.)

7.      Mr. Savastano had no involvement with and has no personal knowledge of the

facts surrounding Anthony Bayad's employment with Cisco. (Savastano Decl. ¶ 3.)

Mr. Savastano did not interact in any way with Mr. Bayad during the period of his employment

with Cisco and has not interacted with Mr. Bayad at any time since June 24, 1998 when he was

deposed in connection with Mr. Bayad's lawsuit against Lucent Technologies, himself and

others. (Id. ¶ 4.)

8.      Mr. Savastano has no personal knowledge concerning and was not involved in

any decision regarding Mr. Bayad's employment with Cisco, his termination, his alleged

 **CISCO DIRECTORY**

 **CISCO SYSTEMS**

| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

---

Search | Clear

## Carl Wiese

 vCard    📽 Reporting Chain 📽 7 Direct Reports

### Contact Information

| | | | |
|---|---|---|---|
| Userid | cwiese | Mail Stop | EDS/8/ |
| Telephone | 732 635-4389 | Street Address | 499 Thornall Street, 8th Floor |
| Voice Mail | 603 4389 | City | Edison |
| Fax Number | | State | NEW JERSEY |
| Mobile Number | 908-310-1627 | Country | United States |
| Pager Number | | Zip | 08837 |
| Epage | Epage cwiese | Personal URL | Admin: Collen McGeachy - 732-635-4229 |
| Building | EDISON | Group URL | |
| Floor | 8 | | |
| Cube Number | 19 | Worktype | TRADITIONAL |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | Area VP US Sales | Group | ESO & Fed HQ |
| Manager | Douglas Dennerline (ddennerl) | Department Number | 020031329 |
| Employee Type | Regular | Cisco ID Number | 121829 |

---

**Cisco Systems, Inc. Internal Use Only**

_Handwritten: Title is V.P of US Sales Not Area Product_

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:02 2003



CISCO DIRECTORY

Cisco Systems

| Quick Search | Advanced Search | Resource Search | Extra Features | Help | Edit Your Profile |

Search | Clear

**Tony Savastano**    vCard    Reporting Chain  9 Direct Reports



### Contact Information

| | | | |
|---|---|---|---|
| Userid | tsavasta | Mail Stop | SJC10/5/1 |
| Telephone | 408 526-6908 | Street Address | 300 East Tasman Drive |
| Voice Mail | 526 6908 | City | San Jose |
| Fax Number | 408-853-3607 | State | CALIFORNIA |
| Mobile Number | | Country | United States |
| Pager Number | | Zip | 95134 |
| Epage | Epage tsavasta | Personal URL | 2nd Ofc Bldg 2/3 Ofc#327 |
| Building | SJ-10 | Group URL | Admin Support: Patty Obillo x:64725 |
| Floor | 5 | Local Time (24 hr) | Wed  16: 18: 36  UTC-8 |
| Cube Number | 558 | Worktype | TRADITIONAL |

### Organizational Information

| | | | |
|---|---|---|---|
| Title | VP,Finance | Group | CA Finance |
| Manager | Dennis Powell (depowell) | Department Number | 020070983 |
| Employee Type | Regular | Cisco ID Number | 72444 |

---

**Cisco Systems, Inc. Internal Use Only**

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:26 2003