UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN CHAMBERS, PATRICIA RUSSO,<br>ANTHONY SAVASTANO, and<br>CARL WIESE<br><br>              Defendants. | CIVIL ACTION NO. 04-10468 PBS |

## CERTIFICATE OF SERVICE

I, Matthew J. Iverson, certify that on October 14, 2005, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express, Defendants John Chambers, Anthony Savastano, and Carl Wiese's Response to Plaintiff's Notice of Perjury and Motion for Jury Trial ("Defendants' Response"). I originally filed the Defendant's Response on October 14, 2005. On October 17, 2005, the clerk's office requested that I submit a new PDF copy incorporating a change in the docket number. I did so, but neglected to stamp the new PDF copy with a certificate of service.

                                                Respectfully submitted,

                                                /s/ Matthew Iverson

                                                Matthew Iverson, BBO #659880
                                                DLA PIPER RUDNICK GRAY CARY US LLP
                                                One International Place, 21st Floor
                                                100 Oliver Street
                                                Boston, MA  02110-2613
                                                (617) 406-6000 (*telephone*)
Dated:  November 4, 2005                      (617) 406-6100 (*fax*)

~BOST1:396418.v1
26573-15