UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-10468-PBS |
| ) | |
| JOHN CHAMBERS, PATRICIA RUSSO, ) | |
| ANTHONY SAVASTANO, and ) | |
| CARL WIESE, ) | |
| ) | |
| *Defendants.* ) | |

## CERTIFICATE OF SERVICE

I, Matthew J. Iverson, certify that on November 14, 2005, I served upon Anthony Bayad, 2 Magoun Avenue, Medford, Massachusetts, 02155, by Federal Express, (1) Defendants John Chambers, Anthony Savastano, and Carl Wiese's Opposition to Plaintiff's Notice of Racially Motivated Audio (Docket #113); (2) Defendants John Chambers, Anthony Savastano, and Carl Wiese's Opposition to Plaintiff's Notice of Obstruction of Justice and Motion in Support of Trial by Jury (Docket #114); and (3) Affidavit of Bruce E. Falby with attached Exhibits A, B, and C.

Respectfully submitted,

/s/ Matthew Iverson

Matthew Iverson, BBO #659880
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  November 14, 2005

~BOST1:397417.v1
26573-15