IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| ) | |
| *Plaintiff* , ) | CIVIL ACTION |
| ) | |
| ) | |
| ) | |
| ) | CASE NO. 04-cv-10468-PBS |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY ) | |
| SAVASTANO and CARL ) | |
| WIESE, ) | |
| *Defendants* , ) | |
| ) | |

## MOTION OF RELIEF OF DAMAGES SOUGHT
## AGAINST CHAMBERS et, al.

Plaintiff respectfully request this Court to grant him relief for inherently indefinable losses as " ***pain and suffering***" must be set by ***trier of fact*** as deemed appropriate by this court in its own decision or with a decision of a Jury as justice required.

Plaintiff also request the relief of damages sought in his complaint to be granted or as deemed and appropriate by this Court as prescribed of Justice and the law;And declare defendants in violation of his rights.

## CERTIFCATE OF SERVICE

It is hereby Certify that a true and correct copy of the Forgoing motion in the above caption matter in Chambers et, al., was furnished via U.S mail to : Mr. Bruce E. Falby, BBO # 544143, DLA Piper Rudnick Gray Carry, One International Place, Boston MA 02110, this .18. day of November, 2005

ANTHONY BAYAD
2 MAGOUN AVENUE
MEDFORD, MA 02155
TEL: (781 704-8982

ANTHONY BAYAD

19