%AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT

Court, DISTRICT OF Massachusetts

Anthony Bayow
v.
John Chambers
Patricia Russo
CARL WIESE
Anthony Savastano

TO: CISCO SYSTEMS, Inc.

SUBPOENA IN A CIVIL CASE

Case Number: 04 cv 10468 GAO

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

At the U.S District of MASSACHUSETTS

| PLACE | DATE AND TIME |
|---|---|
| U.S District of MASSACHUSETTS. | Year 2004 April 19, 10 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 4-5-04 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_Court_ DISTRICT OF __Massachusetts__

Anthony Bayad
v.
John Chambers
Patricia Russo
Carl Wiese
Anthony Savastano

SUBPOENA IN A CIVIL CASE

Case Number: 04 cv 10468 GAO

TO: AVAYA Inc,

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S District of MASSACHSETTS | DATE AND TIME Year 2004 April 19, 10 AM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 4-5-04

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

' If action is pending in district other than district of issuance, state district under case number.

CRIMINAL EVIDENCE Destroyed Falsification of official Document it has been proofed 5-28-200 Sumbitted by Anthony BAYAD

RECEIVED U.S. ATTORNEY BOSTON, MASS. '04 MAY 28 9 04 AM

**U.S. Department of Justice**

United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

My Number is
Tel: 781-704-8982

**COMPLAINT FORM**

TO: DUTY ATTORNEY

FROM:

NATURE OF COMPLAINT:

Please See Case pending No 04-CV-10468 GAO. Anthony BAYAD V.

In this case Attorneys for Defendants are falsifying official documents and Destroying evidence

Penal Code Prohibit Attorneys MARK BATTEN, Tom Shirley, and Liza Goulin. To destroy evidence or falsification of official Documen In Federal Litigation.

Your Attention in this matter is very demanding as the law show be sustained and respected.

## Anthony Bayad

**From:** Amado at Navas-Baseball [amado@navas-baseball.com]
**Sent:** Sunday, April 04, 2004 10:13 AM
**To:** anthonybay2000@yahoo.com; abayad@gicamerica.com
**Subject:** First Amendment Right to Protect Myself
**Importance:** High

**From:** Shawna Callahan [scallaha@cisco.com]
**Sent:** Tuesday, March 16, 2004 7:15 PM
**To:** scallaha@cisco.com
**Cc:** nrubin@cisco.com
**Subject:** Immediate Action Required - Avaya Document

**Importance:** High

Dear Employee,

It has come to our attention that on or about February 20 you may have received an email with the header, "Avaya response to CiscoCallManager4.0". The email contained an attached document that was entitled "Avaya Competitive Alert".

There is some question as to whether Cisco should have been given this document. To ensure that Cisco employees meet our company's high ethical standards and act in accordance with the law, do not forward this document. Please destroy any hard or soft copies of this document, including any soft copies stored on your computer's hard drive or in your email box. Please respond to this email identifying whether you had this document in your possession, listing the email addresses of anyone to whom you forwarded the document and confirming that the required action was taken to destroy any copies in your possession.

Distribution of confidential competitive documents is a violation of company policy and future violations could be subject to disciplinary action. For your reference, here is the Legal Policy on Using Competitive Documents: http://wwwin-tools.cisco.com/sales/go/marketingmi/copyright?ServiceId=86&ServiceType=1&ModuleId=18120&message_id=85101&module_id=18120.

If you have any questions, please contact Shawna Callahan (scallaha@cisco.com or 408-853-0290) or Neal Rubin (nrubin@cisco.com or 408-853-1705).

Thank you for your prompt attention to this matter.

Shawna Callahan
Ethics Program Office


*Shawna Callahan*
*Ethics Program Office*
*WW Diversity & Ethics*
*Cisco Systems, Inc.*

4/4/2004