UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-10468-PBS |
| ) | |
| JOHN CHAMBERS, PATRICIA RUSSO, ) | |
| ANTHONY SAVASTANO, and ) | |
| CARL WIESE, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS JOHN CHAMBERS, ANTHONY SAVASTANO, AND CARL WIESE'S OPPOSITION TO PLAINTIFF'S MOTION OF RELIEF OF DAMAGES SOUGHT AGAINST CHAMBERS ET AL.

Defendants John Chambers, Anthony Savastano, and Carl Wiese[1] ("defendants") oppose plaintiff Anthony Bayad's ("Bayad's") "Motion of Relief of Damages Sought Against Chambers et al." (the "Motion"), Docket Entry #121. The Motion requests the Court to order defendants to pay Bayad damages for pain and suffering, but does not state any legal or factual justification for such an award. This is an understandable omission, as no grounds for relief exist.

In addition to having no substantive basis, the Motion is also procedurally flawed. It fails to comply with either Fed. R. Civ. P. 7(a)(1)'s requirement that requests for orders "state with particularity" the moving party's grounds for relief, or Local Rule 7.1(B)(1)'s requirement that "a memorandum of reasons, including citation to supporting authorities"

---

[1] This Court dismissed all of the claims against the remaining named defendant, Patricia Russo, on October 25, 2004. See Memorandum and Order, Docket Entry #44 at 10.

~BOST1:398345.v1
26573-15

accompany each motion. Bayad's status as a pro se defendant does not insulate him from either obligation. Ahmed v. Rosenblatt, 118 F.3d 886, 890 (1st Cir. 1998) ("pro se status does not insulate a party from complying with procedural and substantive law"). The Motion should consequently be denied.

          Respectfully submitted,

          DEFENDANTS JOHN CHAMBERS,
          ANTHONY SAVASTANO, and
          CARL WIESE

          By their attorneys,

          /s/ Matthew Iverson

          Matthew Iverson, BBO #653880
          Bruce E. Falby, BBO #544143
          DLA PIPER RUDNICK GRAY CARY US LLP
          One International Place, 21st Floor
          100 Oliver Street
          Boston, MA  02110-2613
          (617) 406-6000 (*telephone*)
          (617) 406-6100 (*fax*)

Dated: November 30, 2005

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail (by hand)~~ on 11/30/05 Federal Express