

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | No. 04-cv-10468-PBS |
| ) | |
| JOHN CHAMBERS, PATRICIA ) | |
| RUSSO, ANTHONY SAVASTANO ) | |
| and CARL WIESE, ) | THE HONORABLE JUDGE PATTI B. SARIS |
| ) | |
| Defendants. ) | |

SIGNED LETTER TO WHOM IT MAY CONCERN BY **BARBARA A. SERKO, PSY.D & FLA LIC. #PY0003103** IN SUPPORT OF ANTHONY BAYAD CLAIM AND COUNT OF **EMOTIONAL DISTRESS** OF **THE ABUSE GESTAPO GERMAN** STYLE UNDERGONE AT THE HAND OF **ANTHONY SAVASTANO AND CARL WIESE** AN ACT OF **CRIMINAL(S)** AT **LUCENT TECHNOLOGY**-INTERNATIONAL NETWORK SERVICES-AND NOW AT CISCO SYSTEMS--**EXHIBIT B** ATTACHED HEREIN SEE ALSO **DOCKET ENTRY # 108**

Plaintiff states to this honorable Court under the doctrine superior, when the employer ( Chamber et, al. are Cisco) acted out side the scope of employment ( Lucent Technologies, International Network Service and now Cisco Systems) and within the company jurisdiction and its assets; They are held liable under the Law, Further Defendants, Whom are also Cisco Systems are found liable for Pro Se Bayad ' injury-emotional distress and economical losses, the law is clear that the defendants are held jointly and severally liable. However, the American People and tax payer of this land should not pick up the tab or pay for

1

them and be held accountable by paying for crime or any unlawful conduct by such defendants, and the facts with concrete evidence(S) dated the year of 1995 ( Lucent Technologies)to present time ( Cisco Systems), and that such violation of law only has been committed by Executives of Lucent Technologies and now Executives of Cisco Systems, and not the American People. **See   Docket entry # 108Exhibit B attached herein.**

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing motion in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on this 22 day of December 2005.

> Anthony Bayad
> 2 Magoun Avenue
> Medford, MA 02155
> Tel: (781)704-8982
>
> /s/ Anthony Bayad
> Anthony Bayad