*The Psychology Offices*
*of*
*Barbara Alyne Serko, Psy.D.*
FLA. LIC. # PY0003103

April 28, 1997

To Whom It May Concern:

Anthony Bayad first came to see me on January 15, 1997. After an initial evaluation I found him to be suffering from an Adjustment Disorder with anxiety and depressed mood, as a result of work related issues.

It is my opinion that Mr. Bayad is presently unable to work and that he has been so disabled since January 23, 1997.

Sincerely,

Barbara A. Serko, Psy.D.
Licensed Psychologist

# HEALTH INSURANCE CLAIM FORM
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO) | MEDICAID (MEDICAID NO) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) ✓ |

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME: Anthony Bayad
2. PATIENT'S DATE OF BIRTH: 01/07/64
3. INSURED'S NAME: Anthony Bayad
4. PATIENT'S ADDRESS: 2900 NE 30 St 10F, Fort Lauderdale FL 33306
   TELEPHONE NO: 954 565-0344
5. PATIENT'S SEX: MALE [X]
6. INSURED'S ID NO: 021686333 01
7. PATIENT'S RELATIONSHIP TO INSURED: (blank)
8. INSURED'S GROUP NO: 2516968/BCXQ-01
10. WAS CONDITION RELATED TO:
   A. PATIENT'S EMPLOYMENT: YES ✓
11. INSURED'S ADDRESS: same as #4

12. PATIENT'S SIGNATURE: [signed] DATE: 2/15/97
13. [signed]

## PHYSICIAN OR SUPPLIER INFORMATION

21. NAME AND ADDRESS OF FACILITY: Doctor's Office
23. DIAGNOSIS: 309.28 DSM IV

PRIOR AUTHORIZATION NO: Case # 9701156036

| DATE OF SERVICE | PLACE OF SERVICE | PROCEDURE CODE | DESCRIPTION | DIAGNOSIS CODE | CHARGES | DAYS OR UNITS |
|---|---|---|---|---|---|---|
| 01-15-97 | 3 | 90801 | Diagnostic Interview | 1. | 75 00 | 1hr |
| 01/22/97 | " | 90844 | Ind. Psychotherapy | " | 70 00 | " |
| 01/29/97 | " | " | " | " | 70 00 | " |
| 02/05/97 | " | " | " | " | 70 00 | " |
| 02/12/97 | " | " | " | " | 70 00 | " |

27. TOTAL CHARGE: 355 00
28. AMOUNT PAID: -0-
29. BALANCE DUE: $355.00

25. SIGNATURE OF PHYSICIAN: [signed] Barbara Serko, Psy.D.
DATE: 02-17-97

30. YOUR SOCIAL SECURITY NO: 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

31. PHYSICIAN, SUPPLIER AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO: 954-564-2021
BARBARA A. SERKO, Psy. D.
2601 E. Oakland Park Blvd, Suite 201
Ft. Lauderdale, Florida 33308

32. YOUR PATIENT'S ACCOUNT NO: n/a
33. YOUR EMPLOYER ID NO: 65-0634955
ID NO: PY0003103

Form HCFA-1500 (1-84)
Form OWCP-1500
Form CHAMPUS-501
Form RRB-1500




**CIGNA HealthCare of Florida**

**CIGNA HealthCare**

COPAYS    10       40       0
          DR VISIT EMERGENCY HOSPITAL

ID # 021686333 01   GROUP 2516966/BCXQ-01
PCP  CALL MEMBER SERVICES
NAME ANTHONY BAYAD
MRN 0050864001         MEMBER SERVICES:1-800-864-4288
         MENTAL HEALTH/CHEMICAL DEPENDENCY:1-800-695-0090
Medical Claims To: PO BOX 6201, LONDON, KY 40742-6201   GEN AT&T

1-800-695-0090 x 9 x 2045 #
— Christy —

Case # 9701156036
10 sessions (+ 9 more?)

90801 - 75.00
90844 - 70.00 for 9 sessions
         after sessions
         collect $10 mo pay. 60.

Claims:
MBC
attn: Lucent Claims
PO Box 1837
Maryland Heights, MO
63043

STATEMENT   *Cigna*

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-01

309.28

**BARBARA A. SERKO, Psy. D.**
2001 E. Oakland Park Blvd, Suite 201
Ft. Lauderdale, Florida 33306

Anthony Bayad
2900 NE 30 St  10F
Ft. Lauderdale, FL
33306

CHARGES OR PAYMENTS MADE AFTER LAST DATE SHOWN WILL APPEAR ON YOUR NEXT STATEMENT

BALANCE FORWARD

| FAMILY MEMBER | DATE | DETAIL | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | 1/15/97 | 90801 ✓ | 75 00 | — | 75 00 |
| | 1/22/97 | 90844 ✓ | 70 — | — | 145 — |
| | 1/29/97 | " ✓ | 70 — | — | 215 — |
| | 2/5/97 | " | 70 — | — | 285 — |
| 2-17-97 | 3/12/97 | " | 70 — | — | 355 — |
| | 3/19/97 | " | 70 — | — | 425 — |
| | 3/26/97 | " | 70 — | — | 495 — |
| | 3/24/97 | ins pd | — | 215 — | 280 — |

SAFEGUARD BUSINESS SYSTEMS   Form No. LS-M2-WD          PLEASE PAY LAST AMOUNT IN BALANCE COLUMN

Payment is required at the time services are rendered unless other arrangements are made with the business office. If psychological or neuro-psychological testing is required, there will be an additional fee for the testing procedure.

We do accept insurance payments sent directly to this office from the insurance company. You are however, responsible for the co-payment and deductible at the time of service. If for any reason your insurance does not pay this office, you will be responsible to pay all charges within 30 days of notice of non-payment from the insurance company.

I hereby acknowledge responsibility for all charges incurred by _Cigna Helth care_ to _Barbara SERKO_, 2601 E. Oakland Park Blvd., Suite 201  Ft. Lauderdale, Fl. 33306

_01-15/97_
DATE

_[signature]_
SIGN

---

### AUTHORIZATION TO FURNISH INFORMATION

I authorize and request _____

to furnish to _____

all information concerning my case history and treatment, examinations or hospitalization which I received, including copies of hospital, medical and psychological records.

_____
DATE

_____
SIGN

_____
WITNESS