UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN CHAMBERS, PATRICIA )<br>RUSSO, ANTHONY SAVASTANO )<br>and CARL WIESE, )<br>)<br>    Defendants. ) | CIVIL ACTION<br>No. 04-cv-10468-PBS<br><br>THE HONORABLE JUDGE PATTI B. SARIS |

### SEE CIVIL ACTION No. 00-10396-WGY

As quoted from The Honorable Chief Justice William G. Young, " We live under the rule of law, and the just application of the law to the facts of the case lies at the very heart and core of our civilization."  Thank you for the fairness and the Highest integrity and honor and the service to us the public, and God Bless our United States district Judges, and god bless the United States of America. See Civil Action No. 00-10396-WGY. attached hereto.

1

## CERTIFICATION OF SERVICE

    It is herby certify that a true and correct copy of the forgoing motion in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on this 22 day of December 2005.

                                          Anthony Bayad
                                          2 Magoun Avenue
                                          Medford, MA 02155
                                          Tel: (781)704-8982

                                          *Anthony Bayad* (signature)