UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD<br>    Plaintiff,<br><br>    v.<br><br>JOHN CHAMBERS, PATRICIA<br>RUSSO, ANTHONY SAVASTANO<br>and CARL WIESE,<br><br>    Defendants. | CIVIL ACTION<br>No. 04-cv-10468-PBS<br><br>THE HONORABLE JUDGE PATTI B. SARIS |

## TO THE HONORABLE UNITED STATES DISTRICT COURT
## FOR JUSTICE FOR ALL

As I visit and found on every wall of every Court and posted in every law firms wall , I found words - phrases of honor and integrity as I share them with this honorable Court:

1. " Laws not enforced cease to be laws, and right not defended may wither away." Thomas Moriarty

2. " . . .the first duty of society is justice." Alexander Hamilton

3. " Fairness is what justice really is." Justice Potter Steward

4. " Justice- the hope of all who suffer, the dread of all who wrong." John Greenleaf Whittier

5. The achievement of justice is an endless process." John F. Kennedy

6. " Every step toward the goal of justice requires sacrifice, suffering and struggle. . ." Martin Luther King, Jr.

7. " all that is required for the triumph of evil is for good men to do nothing." Edmund Burke

1

8. " Law is a pledge that the citizens of a state will do justice to one another." Aristotle

9. " Law is not justice and a trial is not a scientific inquiry into truth. A trial is the resolution of a dispute." Edison Haines

10. " The purpose of law is to prevent the strong from always having their way." Ovid

11. " the test of our progress is not whether we add more to the abundance of those who have much, it is whether we provide enough for those who have too little.' Franklin Delano Roosevelt

GOD BLESS THE UNITED STATES OF AMERICA AND GOD BLESS OUR UNITED STATES DISTRICT JUDGES AND GOD BLESS THE MEN AND WOMEN WHO PROVIDE US FREEDOM THAT WE ALL ENJOY AND GOD BLESS THE VETERANS OF WORLD WAR AND KOREA AND VIETNAM AND ALL THOSE MEN AND WOMEN FOUGHT IN  EVERY WAR AND GOD BLESS WE -THE AMERICAN PEOPLE AND GOD BLESS THE POOR AND THE DISABLE OF THIS WONDERFUL LAND OF OURS; **AND JUSTICE FOR ALL**

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing motion in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on this 05 day of January  2006.

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155
Tel: (781)704-8982

_____
Anthony Bayad

3