UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>JOHN CHAMBERS, PATRICIA )<br>RUSSO, ANTHONY SAVASTANO )<br>and CARL WIESE, )<br> )<br>    Defendants. ) | CIVIL ACTION<br>No. 04-cv-10468-PBS<br><br>THE HONORABLE JUDGE PATTI B. SARIS |

**SEE  PAULA HUGHES ' OWN DECLARATION FOR THE DEFENDANT DOCKET [ENTRY # 68 EXHIBIT C ]** - WHERE LYNN FRASER STATED IN JANUARY THE YEAR OF 2004 - OPENLY  THAT SHE DOES NOT RECOMMEND PLAINTIFF ANTHONY BAYAD AN ARAB OF RACE TO COME BACK TO CISCO SYSTEMS INC. -AND SUCH STATEMENT WAS IGNORED BY **THE MAGISTRATE JUDGE BOWLER -  AND WAS REPLACED BY THE SUBJECT OF CCIE EXAM**
(Exhibit C attached hereto of Paula Hughes docket Entry 68 )

Plaintiff Pro Se Bayad states to this Honorable Court,  what the Magistrate Bowler has done in this litigation for  engaging in criminal act of treason to the United States Constitution, and it has been said that this Magistrate Judge Bowler, acting in this manner, has no more lawful authority than someone ' next door neighbor ( provided that such neighbor is not an officer of the Court or Judge); how ever Magistrate Bowler did not follow the law, therefore she acted without jurisdiction and engaged in treason to the constitution. It is a shame that she ignored the first paragraph of the **Exhibit C of docket Entry 68 of Paula Hughes** ' own declaration provided **under pain and perjury** under **28 U.S.C. 1746**, such exhibit was filed and provided by defendants ' attorney **Bruce Falby** himself in support of his motion for summary

1

judgment , where in such evidence Lynn Fraser stated openly **without deposition**) that " she does not recommend Anthony Bayad ( an Arab American) to come back to Cisco Systems"; hence the Magistrate ' 2nd report and recommendation ignored such statement and was replaced with "CCIE" subject, such trick is against the law, further such Statement of Lynn Fraser is direct evidence that is sufficient to prove discrimination without inference or presumption, also such statement is more defined and comprehended if the Court can review **Docket Entry # 102** ( Notice of Liability on decision-maker John Chambers, Anthony Savastano, & Carl Wiese), such **docket Entry 102** was also placed under docket Entry #98 as it is not placed in the main docket Entry correctly, and such **docket entry #102** was skipped-ignored and denied by the Magistrate Bowler and was replaced by docket **Entry #99** and ignored docket **Entry # 104**, that explain why the Magistrate granted only **docket Entry # 99** without mentioning or ruling on docket entry # 104 and such conduct of ignoring **docket entry #104** is an abuse of discretion and against the law.

### CONCLUSION

This unlawful conduct by the magistrate Judge Bowler is favoring only attorney(s) Bruce Falby et,al., and such conduct if it is allowed, then it is not good for the reputation and the integrity of the United States District Court for the district of Massachusetts, also pro se Bayad advises this honorable

Court that when the law was bought in Florida, see **docket Entry # 107** the affidavit of Mr. Amado Navas, where such witness under oath stated that he witnessed that the law was bought, and such unlawful conduct where the law was miscarriage and bought , it was done in such good manner and was done by the attorney(s) and if someone else was involve he or she was acting behind the scenes and not in the open.

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing motion in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on this 05 day of January  2006.

                                                Anthony Bayad
                                                2 Magoun Avenue
                                                Medford, MA 02155
                                                Tel: (781)704-8982

_____
Anthony Bayad