# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10468-PBS

Bayad v. Chambers et al

Assigned to: Judge Patti B. Saris

Referred to: Magistrate Judge Marianne B. Bowler

Related Case: 1:05-cv-11005-PBS

Cause: 28:1983 Civil Rights

Date Filed: 03/08/2004

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

## Plaintiff

**Anthony Bayad**                    represented by  **Anthony Bayad**
2 Magnoun Avenue
Medford, MA 02155
781-704-8982
PRO SE

V.

## Defendant

**John Chambers**                    represented by  **Bruce E. Falby**
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
617-406-6020
Fax: 617-406-6100
Email: bruce.falby@piperrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa C. Goodheart**

Piper Rudnick, LLP
21st Floor
One International Place
100 Oliver Street
Boston, MA 02110-2613
617-406-6023
Fax: 617-406-6123
Email:
lisa.goodheart@piperrudnick.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark W. Batten**
Proskauer Rose LLP
22nd Floor
One International Place
Boston, MA 02110
617-526-9850
Email: mbatten@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
DLA Piper Rudnick Gray Cary
US LLP
One International Place
21st Floor
100 Oliver St.
Boston, MA 02110
617-406-6038
Fax: 617-406-6138
Email:
matthew.iverson@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patricia Russo**            represented by **Lisa M. Gaulin**

Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5141
Fax: 517-248-4000
Email: lgaulin@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Shirley**
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5145
Fax: 617-248-4000
Email: tes@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Savastano**        represented by **Bruce E. Falby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa C. Goodheart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark W. Batten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carl Wiese**                    represented by **Bruce E. Falby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa C. Goodheart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark W. Batten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Iverson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Lucent Technologies Inc.**

**Interested Party**

**Avaya Inc.**                    represented by **Thomas E. Shirley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2004 | ●1 | COMPLAINT against John Chambers, Patricia Russo, Anthony Savastano, Carl Wiese Filing fee: $ 150, receipt number 54377, filed by Anthony Bayad. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Part two of Complaint)(Edge, Eugenia) (Entered: 03/12/2004) |
| 03/08/2004 | ❶ | Summons Issued as to John Chambers, Patricia Russo, Anthony Savastano, Erik Wiese. (Edge, Eugenia) (Entered: 03/12/2004) |
| 03/08/2004 | ❶ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Edge, Eugenia) (Entered: 03/12/2004) |
| 03/19/2004 | ❶2 | WAIVER OF SERVICE Returned Executed John Chambers waiver sent on 3/16/2004, answer due 5/17/2004; Anthony Savastano waiver sent on 3/16/2004, answer due 5/17/2004; Carl Wiese waiver sent on 3/18/2004, answer due 5/17/2004. (Edge, Eugenia) (Entered: 03/22/2004) |
| 03/31/2004 | ❶4 | MOTION to notify the Attorney General to Intervene as matter of District Court's Decision by Anthony Bayad.c/s(Edge, Eugenia) (Entered: 04/02/2004) |
| 04/01/2004 | ❶3 | MOTION to Quash Subpoena by Avaya Inc. c/s. (Edge, Eugenia) (Entered: 04/02/2004) |
| 04/05/2004 | ❶5 | Cisco Systems Inc., Correspondence in Support of Plaintiff Motion Requesting the Court to Notify the Attorney General to Intervene as Matter of District Court's Discretion. (Lyness, Paul) (Entered: 04/06/2004) |
| 04/05/2004 | ❶6 | RESPONSE to Motion re 3 MOTION to Quash filed by Anthony Bayad. (Lyness, Paul) (Entered: 04/06/2004) |
| 04/06/2004 | ❶7 | MOTION to Stay Discovery and to Prevent Personal Service by the Plaintiff by John Chambers, Anthony Savastano, Carl Wiese.(Lyness, Paul) (Entered: 04/09/2004) |
| 04/12/2004 | ❶8 | MOTION to Compel Disclosure and for Appropriate |

|  |  |  |
|---|---|---|
|  |  | Sanction Accordingly to Rule 37 F.R.C.P. by Anthony Bayad.(Lyness, Paul) (Entered: 04/16/2004) |
| 04/12/2004 | ❂9 | Lucent Technologies Defendant Patricia Russo in Support re 4 MOTION to notify the Attorney General to Intervene as matter of District Court's Decision filed by Anthony Bayad. (Lyness, Paul) (Entered: 04/16/2004) |
| 04/16/2004 | ❂10 | MOTION to Quash Plaintiff's Rule 45 Subpoena of April 6, 2004, by Avaya Inc..(Barrette, Mark) (Entered: 04/21/2004) |
| 04/16/2004 | ❂ | EXHIBIT re 10 MOTION to Quash by Avaya Inc.. (Barrette, Mark) (Entered: 04/21/2004) |
| 04/26/2004 | ❂13 | Plaintiff's MOTION Mandating Sanction/Default Against Defendant's Attorneys for Both Firms (Tom Shirley & Mark Batten) for their Disobedience with Court Subpoena (Contempt and Disbarment) by Anthony Bayad.(Barrette, Mark) (Entered: 04/30/2004) |
| 04/27/2004 | ❂11 | ***Attorneys Thomas E. Shirley & Lisa M. Gaulin for Patricia Russo added. (Barrette, Mark) Additional attachment(s)#1 Notice of Appearance added on 4/30/2004 (Barrette, Mark). Modified on 4/30/2004 (Barrette, Mark). (Entered: 04/30/2004) |
| 04/27/2004 | ❂12 | Defendant's Opposition to Plaintiff's Motion for Sanctions re 13 MOTION to Compel filed by John Chambers, Patricia Russo, Anthony Savastano, Carl Wiese. (Barrette, Mark) Modified on 4/30/2004 (Barrette, Mark). Modified on 4/30/2004 (Barrette, Mark). Modified on 4/30/2004 (Barrette, Mark). (Entered: 04/30/2004) |
| 04/29/2004 | ❂16 | NOTICE of Perjury by Anthony Bayad (Barrette, Mark) (Entered: 05/06/2004) |
| 04/30/2004 | ❂14 | MOTION to Quash Plaintiff's Third Subpoena Duces |

| | | |
|---|---|---|
| | | Tecum by Avaya Inc..(Barrette, Mark) (Entered: 05/06/2004) |
| 04/30/2004 | ●15 | MOTION to Quash Plaintiff's Subpoena Duces Tecum by Lucent Technologies Inc..(Barrette, Mark) (Entered: 05/06/2004) |
| 05/07/2004 | ●17 | MOTION to Dismiss by John Chambers, Anthony Savastano, Carl Wiese.(Batten, Mark) (Entered: 05/07/2004) |
| 05/07/2004 | ●18 | MEMORANDUM in Support re 17 MOTION to Dismiss filed by John Chambers, Anthony Savastano, Carl Wiese. (Batten, Mark) (Entered: 05/07/2004) |
| 05/07/2004 | ●19 | Opposition re 13 MOTION Plaintiff's Motion Mandating Sanction/Default Against Defendant's Attorneys for Both Firms (Tom Shirley & Mark Batten) for their Disobedience with Court Subpoena (Contempt and Disbarment) filed by John Chambers, Anthony Savastano, Carl Wiese. (Batten, Mark) (Entered: 05/07/2004) |
| 05/10/2004 | ●20 | MOTION to Strike with Sanction Cisco Defendant's Partial Motion to Dismiss re 17 MOTION to Dismiss, 19 Opposition to Motion, by Anthony Bayad. (Attachments: # 1 Exhibit Parts A,B &C# 2 Exhibit Parts D,E &F)(Barrette, Mark) (Entered: 05/17/2004) |
| 05/12/2004 | ●21 | Ex-Parte MOTION for Default Judgment by Anthony Bayad. (Attachments: # 1 Affidavit and Exhibits # 2 Proposed Order(Barrette, Mark) Additional attachment (s) added on 5/18/2004 (Barrette, Mark). Modified on 5/18/2004 (Barrette, Mark). (Entered: 05/18/2004) |
| 05/12/2004 | ●22 | Opposition re 20 MOTION Motion to Strike with Sanction Cisco Defendant's Partial Motion to Dismiss re 17 MOTION to Dismiss, 19 Opposition to Motion,, 13 MOTION Plaintiff's Motion Mandating Sanction/Default Against Defendant's Attorneys for Both Firms (Tom Shirley & Mark Batten) for their |

madei - Docket Report

|  |  | Disobedience with Court Subpoena (Contempt and Disbarment) filed by Patricia Russo. (Barrette, Mark) (Entered: 05/18/2004) |
|---|---|---|
| 05/17/2004 | ○23 | Letter/request (non-motion) from Anthony Bayad. (Barrette, Mark) (Entered: 05/21/2004) |
| 05/17/2004 | ○24 | MOTION for Final Default Judgment as to Patricia Russo by Anthony Bayad.(Barrette, Mark) (Entered: 05/21/2004) |
| 05/17/2004 | ○25 | MOTION for Default Judgment as to Chambers, et al. by Anthony Bayad. (Attachments: # 1 Affidavit) (Barrette, Mark) Additional attachment(s) added on 5/21/2004 (Barrette, Mark). (Entered: 05/21/2004) |
| 05/17/2004 | ○26 | MOTION of Relief of Damages Sought Against Chambers, et al. by Anthony Bayad.(Barrette, Mark) (Entered: 05/21/2004) |
| 05/24/2004 | ○28 | Opposition re 24 MOTION for Default Judgment as to Patricia Russo, 25 MOTION for Default Judgment as to Chambers, et al. filed by Patricia Russo. (Attachments: # 1 Affidavit of Lisa Gaulin)(Barrette, Mark) (Entered: 06/01/2004) |
| 05/25/2004 | ○27 | MEMORANDUM in Opposition re 25 MOTION for Default Judgment as to Chambers, et al., 26 MOTION of Relief of Damages Sought Against Chambers, et al. filed by John Chambers, Anthony Savastano, Carl Wiese. (Batten, Mark) (Entered: 05/25/2004) |
| 05/27/2004 | ○29 | Response by Anthony Bayad to 28 Opposition to Motion. (Barrette, Mark) (Entered: 06/03/2004) |
| 05/27/2004 | ○30 | Response by Anthony Bayad to 28 Opposition to Motion. (Barrette, Mark) (Entered: 06/03/2004) |
| 06/02/2004 | ○31 | MOTION to Dismiss by Patricia Russo.(Barrette, Mark) (Entered: 06/04/2004) |
| 06/02/2004 | ○32 | MEMORANDUM in Support re 31 MOTION to |

| | | |
|---|---|---|
| | | Dismiss filed by Patricia Russo. (Barrette, Mark) (Entered: 06/04/2004) |
| 06/08/2004 | ●33 | NOTICE of Appearance by Lisa C. Goodheart on behalf of John Chambers, Anthony Savastano and Carl Wiese (Barrette, Mark) (Entered: 06/15/2004) |
| 06/08/2004 | ●34 | MOTION to Withdraw Mark Batten, Esq. as Attorney by John Chambers, Anthony Savastano and Carl Wiese.(Barrette, Mark) (Entered: 06/15/2004) |
| 06/16/2004 | ●35 | RESPONSE to Motion re 31 MOTION to Dismiss filed by Anthony Bayad. (Barrette, Mark) (Entered: 06/23/2004) |
| 06/21/2004 | ●36 | EXHIBITS in Support re 26 MOTION of Relief of Damages Sought Against Chambers, et al. by Anthony Bayad. (Barrette, Mark) Additional attachment(s) added on 6/30/2004 (Barrette, Mark). (Entered: 06/30/2004) |
| 08/06/2004 | ●37 | EXHIBITS filed by Anthony Bayad. (Barrette, Mark) (Entered: 08/12/2004) |
| 08/06/2004 | ●38 | EXHIBITS: Sworn Testmonies of the Criminal Act Conducted & Executed by Defendants Chambers ET AL. by Anthony Bayad. (Barrette, Mark) (Entered: 08/12/2004) |
| 08/18/2004 | ●39 | Sworn Testimonies and Declaration of Plaintiff, Direct Manager and Doctor by Anthony Bayad. (Barrette, Mark) (Entered: 08/24/2004) |
| 08/23/2004 | ●40 | MOTION to Withdraw as Attorney by John Chambers, Anthony Savastano, Carl Wiese.(Barrette, Mark) (Entered: 08/31/2004) |
| 08/23/2004 | ●41 | NOTICE of Appearance by Bruce E. Falby on behalf of John Chambers, Anthony Savastano, Carl Wiese (Barrette, Mark) (Entered: 08/31/2004) |
| 08/26/2004 | ●42 | Proposed Document(s) submitted by Anthony Bayad |

| | | |
|---|---|---|
| | | received for filing. Document received:Copy of Letter to Senator Edward Kennedy. (Barrette, Mark) (Entered: 09/03/2004) |
| 10/25/2004 | ●43 | Judge George A. O'Toole Jr.: PENDING MOTIONS ORDER entered re 40 MOTION to Withdraw as Attorney filed by John Chambers, Anthony Savastano, Carl Wiese GRANTED, 24 MOTION for Default Judgment as to Patricia Russo filed by Anthony Bayad DENIED, 25 MOTION for Default Judgment as to Chambers, et al. filed by Anthony Bayad DENIED, 26 MOTION of Relief of Damages Sought Against Chambers, et al. filed by Anthony Bayad DENIED, 13 MOTION Plaintiff's Motion Mandating Sanction/Default Against Defendant's Attorneys for Both Firms (Tom Shirley & Mark Batten) for their Disobedience with Court Subpoena (Contempt and Disbarment) filed by Anthony Bayad DENIED, 14 MOTION to Quash filed by Avaya Inc. GRANTED, 15 MOTION to Quash filed by Lucent Technologies Inc. GRANTED, 3 MOTION to Quash filed by Avaya Inc. GRANTED, 4 MOTION to notify the Attorney General to Intervene as matter of District Court's Decision filed by Anthony Bayad DENIED, 34 MOTION to Withdraw as Attorney filed by John Chambers, Anthony Savastano, Carl Wiese GRANTED, 20 MOTION Motion to Strike with Sanction Cisco Defendant's Partial Motion to Dismiss re 17 MOTION to Dismiss, 19 Opposition to Motion, filed by Anthony Bayad DENIED, 7 MOTION to Stay filed by John Chambers, Anthony Savastano, Carl Wiese GRANTED nunc pro tunc, 8 MOTION to Compel filed by Anthony Bayad DENIED, 10 MOTION to Quash filed by Avaya Inc.GRANTED, 21 MOTION for Default Judgment filed by Anthony Bayad DENIED, Motions terminated: 40 MOTION to Withdraw as Attorney filed by John Chambers, Anthony Savastano, Carl Wiese, 24 MOTION for |

| | | |
|---|---|---|
| | | Default Judgment as to Patricia Russo filed by Anthony Bayad, 25 MOTION for Default Judgment as to Chambers, et al. filed by Anthony Bayad, 26 MOTION of Relief of Damages Sought Against Chambers, et al. filed by Anthony Bayad, 13 MOTION Plaintiff's Motion Mandating Sanction/Default Against Defendant's Attorneys for Both Firms (Tom Shirley & Mark Batten) for their Disobedience with Court Subpoena (Contempt and Disbarment) filed by Anthony Bayad, 14 MOTION to Quash filed by Avaya Inc., 15 MOTION to Quash filed by Lucent Technologies Inc., 3 MOTION to Quash filed by Avaya Inc., 4 MOTION to notify the Attorney General to Intervene as matter of District Court's Decision filed by Anthony Bayad, 34 MOTION to Withdraw as Attorney filed by John Chambers, Anthony Savastano, Carl Wiese, 20 MOTION Motion to Strike with Sanction Cisco Defendant's Partial Motion to Dismiss re 17 MOTION to Dismiss, 19 Opposition to Motion, filed by Anthony Bayad, 7 MOTION to Stay filed by John Chambers, Anthony Savastano, Carl Wiese, 8 MOTION to Compel filed by Anthony Bayad, 10 MOTION to Quash filed by Avaya Inc., 21 MOTION for Default Judgment filed by Anthony Bayad.(Lyness, Paul) (Entered: 10/27/2004) |
| 10/25/2004 | ●44 | Judge George A. O'Toole Jr.: ORDER entered MEMORANDUM AND ORDER- the motion to dismiss of Chambers, Savastano, and Wiese ( Docket No. 17) is GRANTED IN PART AND DENIED IN PART, and the motion to dismiss of Russo ( Docket No. 31) is GRANTED. All of the claims against Chambers, Savastano, and Wiese except for the 1981 claims against them that arose after March 8, 2000 and the 1985 and state law conspiracy claims against them that arose after March 8, 2001, are dismissed. The complaint is dismissed in its entirety as against Russo. |

|  |  | Motions terminated: <u>17</u> MOTION to Dismiss filed by John Chambers, Anthony Savastano, Carl Wiese, <u>31</u> MOTION to Dismiss filed by Patricia Russo.(Lyness, Paul) (Entered: 10/28/2004) |
|---|---|---|
| 10/28/2004 | ◯<u>45</u> | Judge George A. O'Toole Jr.: ORDER entered REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: for full pretrial case management, including all dispositive motions. (Lyness, Paul) (Entered: 10/28/2004) |
| 11/04/2004 | ◯<u>46</u> | NOTICE of Hearing: Scheduling conference set for 11/12/2004 at 10:15 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 11/04/2004) |
| 11/12/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Status conference held on 11/12/2004; Anthony Bayad representing himself and Bruce Falby for the defts.; Parties address the status of the case; court sets written discovery deadline for 2/4/2005 and a status conference is set for 2/7/2005 at 10:30 AM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/15/2004) |
| 11/12/2004 | ◯<u>47</u> | Proposed Document(s) submitted by John Chambers, Patricia Russo, Anthony Savastano, Carl Wiese. Document received: Pretrial Schedule. (Abaid, Kim) (Entered: 11/15/2004) |
| 11/12/2004 | ◯<u>48</u> | CERTIFICATE OF CONSULTATION by John Chambers, Patricia Russo, Anthony Savastano, Carl Wiese. (Abaid, Kim) Modified on 11/15/2004 (Abaid, Kim). (Entered: 11/15/2004) |
| 11/23/2004 | ◯<u>49</u> | Documents received for filing. Plaintiffs' first request for admission to defendant John Chambers. Exhibits 1 thru 25 not scanned. Two compact disks received labeled "exhibit 8" and "exhibit 15". by Anthony |

| | | |
|---|---|---|
| | | Bayad.(Edge, Eugenia) (Entered: 11/29/2004) |
| 12/09/2004 | | Remark: Discovery documents and two CD's filed on 11/23/04 (entry #49) and discovery documents filed on 12/1/04 returned to plaintiff, Anthony Bayad. Documents sent to address on pleadings. Requested by D. Saccooccio. (Edge, Eugenia) (Entered: 12/09/2004) |
| 01/31/2005 | 72 | NOTICE of Abuse Tactics and Disobedience of Rule of Law by Anthony Bayad.c/s (Edge, Eugenia) (Entered: 03/07/2005) |
| 02/04/2005 | 51 | RESPONSE to Motion re 50 MOTION to Grant All Relief Of Damages Sought filed by John Chambers, Anthony Savastano, Carl Wiese. (Abaid, Kim) (Entered: 02/08/2005) |
| 02/04/2005 | 52 | AFFIDAVIT of Bruce E. Falby by John Chambers, Anthony Savastano, Carl Wiese. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Abaid, Kim) (Entered: 02/08/2005) |
| 02/04/2005 | 53 | DECLARATION of Robin C. Tarr by John Chambers, Anthony Savastano, Carl Wiese. (Attachments: # 1 Exhibit A# 2)(Abaid, Kim) (Entered: 02/08/2005) |
| 02/07/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Status conference held on 2/7/2005; Anthony Bayad, representing himself and Bruce Falby for the defts.; Defts'. motion for summary judgment is due by 2/28/2005 with a response to the motion due by 3/14/2005; Court orders discovery suspended at this time; The court addresses the defts'. motion for a protective order; The court allows the order; Hearing on the motion for summary judgment is set for 3/22/2005 at 10:30 AM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/07/2005) |
| 02/07/2005 | 50 | Second MOTION to grant all relief of damages sought against Chambers, et al by Anthony Bayad.(Abaid, |

| | | Kim) (Entered: 02/08/2005) |
|---|---|---|
| 02/07/2005 | **○54** | MOTION for Protective Order by John Chambers, Anthony Savastano, Carl Wiese.(Abaid, Kim) (Entered: 02/08/2005) |
| 02/07/2005 | **○55** | APPENDIX/EXHIBIT - Informal Transcriptions of Voicemails Received by Cisco Employeees from Plaintiff by John Chambers, Anthony Savastano, Carl Wiese. (Abaid, Kim) (Entered: 02/08/2005) |
| 02/07/2005 | **○56** | APPENDIX/EXHIBIT - Informal Transcriptions of Voicemails Received by Defendants' Attorneys From Plaintiff by John Chambers, Anthony Savastano, Carl Wiese. (Abaid, Kim) (Entered: 02/08/2005) |
| 02/08/2005 | **○57** | Exhibit Attached Marked Number 8 In Support to Plaintiff's Claims Set Forth in His Complaint and His Motion to Grant All Relief of Damages Sought by Anthony Bayad. (Abaid, Kim) (Entered: 02/09/2005) |
| 02/08/2005 | **○58** | STATEMENT of fact by Anthony Bayad. (Abaid, Kim) (Entered: 02/09/2005) |
| 02/09/2005 | **○** | Judge Marianne B. Bowler: Electronic ORDER entered granting 54 Motion for Protective Order, after hearing. (Bowler, Marianne) (Entered: 02/09/2005) |
| 02/10/2005 | **○59** | MOTION Requesting the Honorable Judge O'Toole and Honorable Chief Magistrate Bowler Presiding to Intervene as Matter of Rights as Justice Prescribed by Anthony Bayad.(Abaid, Kim) (Entered: 02/11/2005) |
| 02/16/2005 | **○** | Notice of correction to docket made by Court staff. Correction: Original Docket Entry 60 corrected because: Removed and Returned to Plaintiff. Documents are Discovery and not to be filed with the court. (Abaid, Kim) (Entered: 02/16/2005) |
| 02/16/2005 | **○60** | NOTICE of Change of Firm Name by Bruce E. Falby (Abaid, Kim) (Entered: 02/17/2005) |
| | | |

| 02/17/2005 | ◓61 | *Filing Letter* Letter/request (non-motion) from Bruce E. Falby. (Falby, Bruce) (Entered: 02/17/2005) |
|---|---|---|
| 02/17/2005 | ◓62 | Opposition re 50 MOTION *and to Plaintiff's Third Motion* filed by John Chambers, Anthony Savastano, Carl Wiese. (Falby, Bruce) (Entered: 02/17/2005) |
| 02/22/2005 | ◓64 | MOTION Mandating attorney of record Bruce E. Falby to comply at minimum with the rule of civil procedures the rule 11(A) by Anthony Bayad. c/s (Attachments: # 1 Exhibit A)(Edge, Eugenia) (Entered: 02/24/2005) |
| 02/24/2005 | ◓63 | Opposition re 59 MOTION *The Cisco Defendants' Opposition to Plaintiff's Motion Requesting the Honorable Judge O'Toole and Honorable Chief Magistrate Bowler Presiding to Intervene as Matter of Rights as Justice Prescribed* filed by John Chambers, Anthony Savastano, Carl Wiese. (Falby, Bruce) (Entered: 02/24/2005) |
| 02/28/2005 | ◓65 | MOTION for Summary Judgment by John Chambers, Anthony Savastano, Carl Wiese. (Edge, Eugenia) (Entered: 03/02/2005) |
| 02/28/2005 | ◓66 | MEMORANDUM of Law in Support re 65 MOTION for Summary Judgment filed by John Chambers, Anthony Savastano, Carl Wiese. (Edge, Eugenia) (Entered: 03/02/2005) |
| 02/28/2005 | ◓67 | STATEMENT of Undisputed facts re 65 MOTION for Summary Judgment. (Edge, Eugenia) (Entered: 03/02/2005) |
| 02/28/2005 | ◓68 | DECLARATION of John Chambers re 65 MOTION for Summary Judgment by John Chambers, Anthony Savastano, Carl Wiese. (Attachments: # 1 Declaration of Anthony Savastano# 2 Declaration of Carl Wiese# 3 Declaration of Lynn Fraser# 4 Exhibit A to Declaration of Lynn Fraser# 5 Declarationof Bruce Falby# 6 Exhibit A to Declaration of Bruce Falby# 7 |

| | | |
|---|---|---|
| | | Declaration of Paula Hughes (Exhibits A thru D cannot be scanned filed in Clerk's Office)(Edge, Eugenia) (Entered: 03/02/2005) |
| 02/28/2005 | ❍69 | CERTIFICATE OF SERVICE by John Chambers, Anthony Savastano, Carl Wiese re 65 MOTION for Summary Judgment, 66 Memorandum in Support of Motion, 67 Statement of facts, 68 Declaration,. (Edge, Eugenia) (Entered: 03/02/2005) |
| 03/03/2005 | ❍70 | Opposition re 64 MOTION Mandating attorney of record Bruce E. Falby to comply at minimum with the rule of civil procedures the rule 11(A) filed by John Chambers, Anthony Savastano, Carl Wiese. (Falby, Bruce) (Entered: 03/03/2005) |
| 03/04/2005 | ❍ | Judge Marianne B. Bowler: Electronic ORDER entered denying 64 Motion for the reasons set forth in Defendants' Opposition (Docket Entry # 70). (Bowler, Marianne) (Entered: 03/04/2005) |
| 03/07/2005 | ❍71 | ANSWER to Complaint by John Chambers, Anthony Savastano, Carl Wiese.(Falby, Bruce) (Entered: 03/07/2005) |
| 03/09/2005 | ❍73 | Cross MOTION for Summary Judgment and opposition combined (opposition to defendant's summary judgment will be docket entry #74) by Anthony Bayad. c/s (Attachments: # 1 part two of cross motion)(Edge, Eugenia) Modified on 3/10/2005 to modify text to read entry #74 instead of entry #73 with respect to opposition (Edge, Eugenia). (Entered: 03/10/2005) |
| 03/09/2005 | ❍74 | Opposition (same document as entry #73 cross motion) re 65 MOTION for Summary Judgment filed by Anthony Bayad.c/s (Attachments: # 1 part two) (Edge, Eugenia) (Entered: 03/10/2005) |
| 03/09/2005 | ❍75 | AFFIDAVIT of Mr. Amado Navas in Support re 73 MOTION for Summary Judgment. c/s(Edge, Eugenia) |

| | | |
|---|---|---|
| | | (Entered: 03/10/2005) |
| 03/09/2005 | ●76 | Proposed Document(s) submitted by Anthony Bayad. Document received: Direct Evidence with cassette tape labeled Exh. 1 "911 Police" and CD labeled Exhibit 23. c/s (Edge, Eugenia) (Entered: 03/10/2005) |
| 03/09/2005 | ●77 | NOTICE of filing of letters of "recomandation" from "Honroable" Magistrate, Managers at Lucent Technologies, Irish American Business and his "fomer" managers in support of Cross Motion for Sumamry Judgment and for his character. c/s by Anthony Bayad (Edge, Eugenia) (Entered: 03/10/2005) |
| 03/09/2005 | ●78 | MEMORANDUM OF LAW in support by Anthony Bayad to 73 MOTION for Summary Judgment, 74 Opposition to Motion. c/s. Case Law attached but not scanned. (Edge, Eugenia) Additional attachment(s) added on 3/10/2005 (Edge, Eugenia). (Entered: 03/10/2005) |
| 03/09/2005 | ●79 | NOTICE of filing all the interrogatories and request for admission served to defendants Chambers Et.Al. (This notice serves for all the filing and assumed admitted). c/s. by Anthony Bayad (Attachments: # 1 Exhibits 1 thru 24)(Edge, Eugenia) (Entered: 03/10/2005) |
| 03/09/2005 | ●80 | NOTICE of filing all the interrogatories and request for admission served to defendants Chambers Et.Al. (This notice serves for all the filing and assumed admitted). c/s. by Anthony Bayad (Edge, Eugenia) (Entered: 03/10/2005) |
| 03/09/2005 | ●81 | NOTICE of filing all the interrogatories and request for admission served to defendants Chambers Et.Al. (This notice serves for all the filing and assumed admitted). c/s. by Anthony Bayad (Attachments: # 1 Exhibits 1 thru 25)(Edge, Eugenia) (Entered: |

| | | |
|---|---|---|
| | | 03/10/2005) |
| 03/09/2005 | ●82 | NOTICE of filing all the interrogatories and request for admission served to defendants Chambers Et.Al. (This notice serves for all the filing and assumed admitted). c/s. by Anthony Bayad (Attachments: # 1 Exhibit 1 thru 25)(Edge, Eugenia) (Entered: 03/10/2005) |
| 03/09/2005 | ●83 | Proposed Document(s) submitted by Anthony Bayad. Document received: filing of preponderance of evidence in support of his cross-motion for summary judgment and in support of his claim against John Chambers, Anthony Savastano and Carl Wiese. c/s. (Attachments: # 1 Exhibit 1 thru 34)(Edge, Eugenia) (Entered: 03/10/2005) |
| 03/18/2005 | ●84 | Judge Marianne B. Bowler: Electronic ORDER entered sealing ex parte letter sent to the court by the plaintiff. (Bowler, Marianne) Additional attachment(s) added on 3/18/2005 (Saccoccio, Dianalynn). (Entered: 03/18/2005) |
| 03/21/2005 | ●85 | Opposition re 73 MOTION for Summary Judgment filed by John Chambers, Anthony Savastano, Carl Wiese. (Falby, Bruce) (Entered: 03/21/2005) |
| 03/21/2005 | ●86 | DECLARATION of Robin C. Tarr by John Chambers, Anthony Savastano, Carl Wiese. (Falby, Bruce) (Entered: 03/21/2005) |
| 03/22/2005 | ● | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 3/22/2005; 65 Defendants' Motion for Summary Judgment filed by John Chambers, Anthony Savastano and Carl Wiese and 73 Plaintiff's Cross Motion for Summary Judgment filed by Anthony Bayad; Anthony Bayad, Pro Se and Bruce Falby for defts.; The court hears argument on the motions and takes the matter under advisement; The court advises |

| | | |
|---|---|---|
| | | the parties that docket entry # <u>54</u> Defendants'Motion for Protective Order will be allowed and the pltf. is instructed that all communication concerning the case and the defts. is to be made in writing and directed at counsel for the defts., Bruce Falby. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/23/2005) |
| 03/22/2005 | ◉<u>87</u> | NOTICE of Filing Plaintiff Pro Se's Statement of facts given at the hearing (March 22, 2005) as matter of right by Anthony Bayad. c/s. (Edge, Eugenia) (Entered: 03/23/2005) |
| 05/25/2005 | ◉<u>88</u> | Judge Marianne B. Bowler: Electronic ORDER entered. REPORT AND RECOMMENDATION re: Defendant's Motion for Summary Judgment <u>65</u> filed by John Chambers, Anthony Savastano, and Carl Wiese is ALLOWED; and Plaintiff's Cross Motion for Summary Judgment <u>73</u> filed by Anthony Bayad is DENIED. Objections to R&R due by 6/9/2005 (Feeney, Eileen) (Entered: 05/25/2005) |
| 05/31/2005 | ◉<u>89</u> | (UNSIGNED) OBJECTION to <u>88</u> Report and Recommendations filed by Anthony Bayad. Certificate of Service not signed. (Edge, Eugenia) Additional attachment(s): Signed objection added on 6/2/2005 (Edge, Eugenia). Modified on 6/2/2005 ===> Plaintiff signed objection and certificate of service on 6/2/05. (Edge, Eugenia). (Entered: 06/01/2005) |
| 05/31/2005 | ◉<u>90</u> | Response to (the) Magistrate report and recommendation misstates the facts & the law of employment discrimination and the civil rights law & prejudice by Anthony Bayad.c/s (Edge, Eugenia) (Entered: 06/01/2005) |
| 05/31/2005 | ◉<u>91</u> | DECLARATION of Anthony Bayad in support re <u>89</u> Objection to Report and Recommendations by Anthony Bayad. c/s (Attachments: # <u>1</u> Exhibit A thru M filed in Clerk's Office)(Edge, Eugenia) (Entered: |

| | | 06/01/2005) |
|---|---|---|
| 06/02/2005 | ❏ | Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 06/02/2005) |
| 06/06/2005 | ❏92 | DECLARATION re 89 Objection to Report and Recommendations, by Anthony Bayad. c/s (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit F part II# 8 Exhibit F part III# 9 Exhibit F part IV) Tab/exhibit G filed with other exhibits but nothing filed under tab G.(Edge, Eugenia) (Entered: 06/08/2005) |
| 06/13/2005 | ❏93 | REPLY TO OBJECTION to 88 Report and Recommendations filed by John Chambers, Anthony Savastano, Carl Wiese. (Falby, Bruce) (Entered: 06/13/2005) |
| 06/13/2005 | ❏94 | CERTIFICATE OF SERVICE by John Chambers, Anthony Savastano, Carl Wiese re 93 Reply to Objection to Report and Recommendations. (Falby, Bruce) (Entered: 06/13/2005) |
| 07/06/2005 | ❏95 | MOTION requesting hearing on final ruling pending as basic right of free people by Anthony Bayad. c/s (Edge, Eugenia) (Entered: 07/08/2005) |
| 08/12/2005 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered. ORDER REASSIGNING CASE. Case reassigned to Judge Patti B. Saris for all further proceedings. Judge George A. O'Toole, Jr no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.This action is related to CA 05-11005. ( Copy of this order mailed out to plaintiff)(Lyness, Paul) (Entered: 08/12/2005) |
| 09/15/2005 | ❏96 | Judge Patti B. Saris : ORDER entered re: Cross Motions for Summary Judgment re 65 MOTION for Summary Judgment filed by John Chambers,, |

| | | |
|---|---|---|
| | | Anthony Savastano,, Carl Wiese,, <u>73</u> MOTION for Summary Judgment filed by Anthony Bayad. This matter is referred "back to the magistrate judge only for the purpose of evaluating this new information." (Patch, Christine) (Entered: 09/16/2005) |
| 09/15/2005 | ❍ | Judge Patti B. Saris : Electronic ORDER entered denying <u>95</u> Motion for Hearing on Final Ruling Pending as Basic Right of Free People (Patch, Christine) (Entered: 09/16/2005) |
| 09/19/2005 | ❍ | NOTICE of Hearing: <u>92</u> Declaration of Plaintiff Pro Se Newly Discovered Evidence in Support of His Motion Objecting to the Magistrate Report & Recommendation; Hearing set for 10/5/2005 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/19/2005) |
| 09/27/2005 | ❍<u>97</u> | Notice of Perjury and MOTION for Jury Trial by Anthony Bayad. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E# <u>6</u> Exhibit F)(Patch, Christine) (Entered: 10/04/2005) |
| 09/27/2005 | ❍<u>98</u> | Notice of Support of Newly Discovered Evidence and DECLARATION in Support of <u>97</u> Notice of Perjury and MOTION for Jury Trial by Anthony Bayad. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Exhibit 4# <u>5</u> Exhibit 5# <u>6</u> Exhibit 6# <u>7</u> Exhibit 7# <u>8</u> Exhibit 8)(Patch, Christine) (Entered: 10/04/2005) |
| 09/29/2005 | ❍ | Set/Reset Hearings: <u>92</u> Declaration of Plaintiff Pro Se Newly Discovered Evidence in Support of His Motion Objecting to the Magistrate Report & Recommendation; Hearing set for 10/5/2005 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; PLEASE NOTE: TIME CHANGE ONLY.(Saccoccio, Dianalynn) (Entered: 09/29/2005) |
| | | |

| 10/03/2005 | ◉102 | NOTICE of Liability on Decision-Makers John Chambers, Anthony Savastano & Carl Wiese Executive(s) of Cisco Systems and Declaration in Support of Newly Discovered Evidence by Anthony Bayad (Attachments: # 1 Part 2 of 2). Please note: Exhibits are not scanned. (Patch, Christine) (Entered: 10/06/2005) |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10/04/2005 | ◉99  | MOTION to Strike by John Chambers, Anthony Savastano, Carl Wiese.(Iverson, Matthew) (Entered: 10/04/2005) |
| 10/04/2005 | ◉100 | MEMORANDUM in Support re 99 MOTION to Strike filed by John Chambers, Anthony Savastano, Carl Wiese. (Iverson, Matthew) (Entered: 10/04/2005) |
| 10/04/2005 | ◉101 | CERTIFICATE OF SERVICE by John Chambers, Anthony Savastano, Carl Wiese re 99 MOTION to Strike, 100 Memorandum in Support of Motion. (Iverson, Matthew) (Entered: 10/04/2005) |
| 10/05/2005 | ◉    | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Hearing held on 10/5/2005;92 Declaration regarding 89 Objection to Report and Recommendations, by Anthony Bayad; C/S (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit F part II# 8 Exhibit F part III# 9 Exhibit F part IV) Tab/exhibit G filed with other exhibits but nothing filed under tab G; Anthony Bayad, Pro Se and Bruce Falby and Matthew Iverson for the defts.; The court hears argument on the motion and takes the matter under advisement. (Digital Recording #3:00 PM-3:25 PM.) (Saccoccio, Dianalynn) (Entered: 10/05/2005) |
| 10/06/2005 | ◉104 | Declaration of His Newly Discovered Evidence Under the Pain and Perjury Pursuant to 28 U.S.C. 1746 under the Same Compliance Guidance Matter as Introduced by the Following Declarant(s) as Defendants John Chambers, Anthony Savastano, Carl Wiese, Paula |

| | | |
|---|---|---|
| | | Huges and Lynn Franser and RESPONSE to <u>99</u> MOTION to Strike filed by Anthony Bayad. (Attachments: # <u>1</u> Exhibit A (Part 1 of 2)# <u>2</u> Exhibit A (Part 2 of 2)# <u>3</u> Exhibit B# <u>4</u> Exhibit C# <u>5</u> Exhibit D# <u>6</u> Exhibit E# <u>7</u> Exhibit F# <u>8</u> Exhibit G)(Patch, Christine) (Entered: 10/12/2005) |
| 10/11/2005 | ●<u>103</u> | Judge Patti B. Saris: ORDER entered REFERRING <u>97</u> Notice of Perjury and MOTION for Jury Trial by Anthony Bayad, to Magistrate Judge Marianne B. Bowler.(Alba, Robert) (Entered: 10/11/2005) |
| 10/12/2005 | ●<u>105</u> | Judge Patti B. Saris: ORDER entered REFERRING <u>99</u> MOTION to Strike Notice of Liability filed by John Chambers, Anthony Savastano, Carl Wiese, to Magistrate Judge Marianne B. Bowler.(Alba, Robert) (Entered: 10/12/2005) |
| 10/14/2005 | ●<u>106</u> | RESPONSE to Motion re <u>97</u> MOTION for Jury Trial filed by John Chambers, Anthony Savastano, Carl Wiese. (Iverson, Matthew) Additional attachment(s) added on 10/17/2005 (Patch, Christine). (Entered: 10/14/2005) |
| 10/19/2005 | ●<u>107</u> | MOTION "Respectfully Demanding" the Affidavit of the Affiant and Witness Mr. Amado Navas to be Reviewed and Admitted as Admissible as it is Sworn to Before Notary Public in Compliance with Federal Rules of Civl Procedure Rule 6(B) said by Such Rule 6(B) and 28 U.S.C. 1746 by Anthony Bayad. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Exhibit 4# <u>5</u> Exhibit 5# <u>6</u> Exhibit 6# <u>7</u> Exhibit 7# <u>8</u> Exhibit 8)(Patch, Christine) (Entered: 10/26/2005) |
| 10/19/2005 | ●<u>108</u> | Notice: Sworn Interrogatories of Pro Se Doctors Considered Expert Testimony in Respect of Such Claim as Required by Federal Rules Civl Procedures Rule 26 (a)(2) and MOTION to Admit such Evidence when Discovery and Deposition(s) were Denied by Anthony Bayad. (Attachments: # <u>1</u> Exhibit 9). Please |

| | | |
|---|---|---|
| | | note: Exhibits 10 and 11 not scanned due to size. (Patch, Christine) (Entered: 10/26/2005) |
| 10/19/2005 | ❍109 | MEMORANDUM OF LAW by Anthony Bayad in Support of 96 Order, 103 Order Referring Motion, 105 Order Referring Motion. (Patch, Christine) (Entered: 10/26/2005) |
| 10/21/2005 | ❍110 | MOTION for Leave to File Notice Praying Hands to Magisrate Bowler to Provide Right of Due Process by Anthony Bayad.(Patch, Christine) (Entered: 10/26/2005) |
| 10/31/2005 | ❍113 | Notice of Racially Motivated Audio Cisco E-Mail Targeting the Minority Arab American RAce as Pro Se Bayad and MOTION to Admit such Disgraceful, Humiliating, Racially Motivated Audio as Admissible Direct Evidence and in Support to Motion of Trial By Jury by Anthony Bayad. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Patch, Christine) (Entered: 11/02/2005) |
| 10/31/2005 | ❍114 | NOTICE of Obstruction of Justice as Perjury Committed by Anthony Bayad (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Patch, Christine) (Entered: 11/02/2005) |
| 11/01/2005 | ❍111 | RESPONSE to Motion re 110 MOTION for Leave to File, 107 MOTION "Respectfully Demanding" the Affidavit of the Affiant and Witness Mr. Amado Navas to be Reviewed and Admitted as Admissible as it is Sworn to Before Notary Public in Compliance with Federal Rules of Civl Procedure Rule 6(B) said by Suc, 108 MOTION to Admit such Evidence when Discovery and Deposition(s) were Denied *with attached Exhibit A* filed by John Chambers, Anthony Savastano, Carl Wiese. (Iverson, Matthew) (Entered: 11/01/2005) |
| 11/01/2005 | ❍112 | CERTIFICATE OF SERVICE by John Chambers, |

| | | |
|---|---|---|
| | | Anthony Savastano, Carl Wiese re 111 Response to Motion,,. (Iverson, Matthew) (Entered: 11/01/2005) |
| 11/03/2005 | ●115 | Judge Patti B. Saris: ORDER entered REFERRING 110 107 MOTION "Respectfully Demanding" the Affidavit of the Affiant and Witness Mr. Amado Navas to be Reviewed and Admitted as Admissible as it is Sworn to Before Notary Public in Compliance with Federal Rules of Civl Procedure Rule 6(B) said by Suc filed by Anthony Bayad,, 108 MOTION to Admit such Evidence when Discovery and Deposition (s) were Denied filed by Anthony Bayad, 110MOTION for Leave to File filed by Anthony Bayad,, 113 MOTION to Admit such Disgraceful, Humiliating, Racially Motivated Audio as Admissible Direct Evidence and in Support to Motion of Trial By Jury filed by Anthony Bayad, to Magistrate Judge Marianne B. Bowler.(Alba, Robert) (Entered: 11/03/2005) |
| 11/04/2005 | ●116 | CERTIFICATE OF SERVICE by John Chambers, Anthony Savastano, Carl Wiese re 106 Response to Motion. (Iverson, Matthew) (Entered: 11/04/2005) |
| 11/14/2005 | ●117 | Opposition re 113 MOTION to Admit such Disgraceful, Humiliating, Racially Motivated Audio as Admissible Direct Evidence and in Support to Motion of Trial By Jury filed by John Chambers, Anthony Savastano, Carl Wiese. (Iverson, Matthew) (Entered: 11/14/2005) |
| 11/14/2005 | ●118 | Response by John Chambers, Anthony Savastano, Carl Wiese to 114 Notice (Other). (Attachments: # 1 Affidavit Bruce E. Falby)(Iverson, Matthew) (Entered: 11/14/2005) |
| 11/14/2005 | ●119 | CERTIFICATE OF SERVICE by John Chambers, Anthony Savastano, Carl Wiese re 118 Response, 117 Opposition to Motion. (Iverson, Matthew) (Entered: 11/14/2005) |

| 11/15/2005 | ●120 | Judge Marianne B. Bowler: ORDER entered. REPORT AND RECOMMENDATIONS re 99 MOTION to Strike filed by John Chambers, Anthony Savastano, Carl Wiese, is ALLOWED; 110 MOTION for Leave to File filed by Anthony Bayad, is DENIED; 97 MOTION for Jury Trial filed by Anthony Bayad, is DENIED; 107 MOTION "Respectfully Demanding" the Affidavit of the Affiant and Witness Mr. Amado Navas to be Reviewed and Admitted as Admissible as it is Sworn to Before Notary Public in Compliance with Federal Rules of Civl Procedure Rule 6(B) said by Suc filed by Anthony Bayad, is DENIED as MOOT; 108 MOTION to Admit such Evidence when Discovery and Deposition(s) filed by Anthony Bayad, is DENIED; 113 MOTION to Admit such Disgraceful, Humiliating, Racially Motivated Audio as Admissible Direct Evidence and in Support to Motion of Trial By Jury filed by Anthony Bayad, is DENIED. Objections to R&R due by 11/30/2005(Feeney, Eileen) (Entered: 11/15/2005) |
|------------|------|---|