UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY BAYAD             )
      Plaintiff,          )
                          )               CIVIL ACTION
      v.                  )               No. 04-cv-10468-PBS
                          )
JOHN CHAMBERS, PATRICIA   )
RUSSO, ANTHONY SAVASTANO  )
and CARL WIESE,           )               THE HONORABLE JUDGE PATTI B. SARIS
      Defendants.         )

**NOTICE THE MAGISTRATE JUDGE MARIANNA B. BOWLER BOTH REPORT(S) AND RECOMMENDATION(S) PASSED & IGNORED THE DISCRIMINATORY ANIMUS <u>CISCO IDENTIFICATION OF RACE</u> PROVIDED TO PLAINTIFF ANTHONY BAYAD DURING INTERVIEW PROCESS CALLED EQUAL EMPLOYMENT OPPORTUNITY THE CISCO-EEO
( SEE <u>DOCKET ENTRY # 1</u> EXHIBIT NO.X-4)
ALSO ATTACHED AS <u>EXHIBIT X HERETO</u> SUCH COPY OF THE CISCO-EEO RACE IDENTIFICATION FOR THE CONVENIENCE OF THE COURT TO REVIEW**

Plaintiff Pro Se Bayad states to this honorable Court that Defendants whom are also <u>Executives of Lucent Technologies</u> Inc., have engaged in **discrimination** against Pro Se Plaintiff Anthony Bayad one time at such company, and <u>now Cisco Systems</u> Inc. [They] do not possess under the law the right(s) nor the authority, and nor, on any legal ground in Massachusetts, for an employer such as [t]hem , the defendants Cisco Systems, to ask <u>job applicants</u> about **their race and gender** during <u>the interview process</u> as they collectively have done with Pro Se Plaintiff Bayad; However such defendants Chambers et, al., also Cisco are only allowed during any interview process

1

to only be allowed to ask any Massachusetts residents interviewee(s) - Job Applicant(s) of only and only of his/her **qualification(s)** , and absolutely [they]are prohibited under the law to ask such interviewee(s)or job applicant(s) to identify his/her race during the interview process. It is the law. [T]hese defendants Cisco have requested Plaintiff Pro Se Bayad during the interview process to identify his race and gender during the interview process , and such fact is filed with the court Docket Entry #1 Exhibit (X-4), and it is a direct evidence that is sufficient to prove discrimination without inference or presumption; additionally [t]he MacDonald Theory is not always utilized in discrimination cases -- nor applicable when direct evidence is provided to the Court, and such direct evidence is evidence sufficient to establish Plaintiff Prima ' Facie in the above action matter Chamber et, al., although pattern of discrimination of such unlawful conduct by Defendants chambers et, al., where they have requesting Pro Se Bayad to identify his race and gender during the interview process is one of many violation of law(s), and one of many violation of Pro Se Plaintiff Bayad ' Federally Protected civil Rights guarantee by Massachusetts Law (state Law) and the U.S. Constitution; such pattern of behavior is déjà vu and it is in the book of laws called violation of individuals rights and it is against the Law. Hence Pro Se Bayad would like to ask the court why the Magistrate Judge Bowler did not question such unlawful conduct

by Defendants Cisco , and  nor did she mentioned it in any of her both report(s) and recommendation(s), as she did not questioned nor ruled on any of the counts and this include the count VI Breach of Contractual of Obligation Business Relationship (Global Internetworking Consulting Pro Se Bayad founding company), such count is  found on **Docket entry # 1 page 41.**

## CONCLUSION

[T]he decision produced by fraud upon the Court is not in essence a decision at all, and never become final; and law is a pledge that the citizens of a state will do justice to one another ( Aristotle), and law not enforced cease to be laws, and right not defended may wither away ( Tomas Moriarty), and at last the first duty of society is justice ( Alexander Hamilton) and Fairness is what justice is ( **Justice Potter Steward**).

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing motion in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on this 9 day of January  2006.

 

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155
Tel: (781)704-8982

*[signature]*
Anthony Bayad