



**Voluntary Self Identification**

### Cisco Systems :: Login

Cisco system is required to collect EEO information about candidates who are considered for open positions within the company. You have the right to decline to disclose the required information if you desire. If there has been no activity on your candidate information in 60 days, it will be removed from our database. If you would like to delete your Voluntary Self ID from our database, please send e-mail to resume@hireright.com and type **Delete from Database** into the subject line of your e-mail message.

Please refer to our privacy policy if you have any questions about how your information will be used.

User Name: [          ]

Password: [          ]

Forgot your password? Click here.

Sign In

Copyright © 2003 HireRight, Inc. All Rights Reserved.
Privacy/Security

POWERED BY HireRight

## Anthony Bayad

| | |
|---|---|
| From: | Cisco Systems [vsid@cisco.com] |
| Sent: | Wednesday, December 03, 2003 6:01 PM |
| To: | Anthony Bayad |
| Subject: | Cisco Systems :: Voluntary Self Identification |

Dear Anthony,

To assist Cisco Systems, Inc. in collecting government required candidate EEO information, please go to the website address listed below. Once there, enter your e-mail address in the e-mail address field, this will be used to identify you. Then enter the unique password (included below). Submit the information, and you will be logged on to a Voluntary Self Identification form. Once you have logged in, please complete and submit the form.

Web Address:

https://ows01.hireright.com/oseserv/entry?entry=eeoc_application

Login: abayad@gicamerica.com

Password: cca3b7cd

Submission of this information is strictly voluntary and you may choose to decline to state your race and gender once you are logged on to the form. Refusal to complete this information will not subject any applicant or employee to adverse treatment.
You may receive more than one request for this information if you have been considered for multiple requisitions. Despite the inconvenience, we do ask that you complete the information for each request you receive.

The information you provide will be maintained in a confidential file and will be used only for US government data reporting requirements. This information will not be used in consideration for your employment.
If you have any questions in completing the online form, please contact HireRight customer service at (800) 400-2761 between 7 a.m. and 5 p.m. Pacific Standard Time.

Thank You,

Cisco Systems, Inc.

## Anthony Bayad

**From:** Cisco Systems [vsid@cisco.com]
**Sent:** Wednesday, January 28, 2004 6:23 PM
**To:** Anthony Bayad
**Subject:** Cisco Systems :: Voluntary Self Identification

Dear Anthony,

You are receiving this email because you were recently considered for an open position at Cisco Systems, Inc. Because Cisco does business with the US federal government, we are required to report on all applicants considered for open positions. Cisco has engaged HireRight, Inc. to assist in collecting government required candidate EEO information. Please go to the HireRight website address listed below. Once there, enter the login and unique password (included below). Submit the information, and you will be logged on to a Voluntary Self Identification form. Once you have logged in, please complete and submit the form.

Web Address:

https://ows01.hireright.com/oseserv/entry?entry=eeoc_application

Login: abayad@gicamerica.com

Password: b8aee9a4

Submission of this information is strictly voluntary and you may choose to decline to state your race and gender once you are logged on to the form. Refusal to complete this information will not subject any applicant or employee to adverse treatment.
You may receive more than one request for this information if you have been considered for multiple requisitions. Despite the inconvenience, we do ask that you complete the information for each request you receive.

The information you provide will be maintained in a confidential file and will be used only for US government data reporting requirements. This information will not be used in consideration for your employment.
If you have any questions in completing the online form, please contact HireRight customer service at (800) 400-2761 between 7 a.m. and 5 p.m. Pacific Standard Time.

Thank You,

Cisco Systems, Inc.

1

**Anthony Bayad**

**From:** Elizabeth Alberding (ealberdi) [ealberdi@cisco.com]
**Sent:** Monday, October 13, 2003 4:25 PM
**To:** 'Anthony Bayad'
**Subject:** RE: feedback regarding the application

Hi Anthony,

Thanks for completing your Application and for the feedback!

I can certainly understand your concern with security. The service we use for applications and background checks is HireRight and their site is secure. I called the Cisco Representative to see what she had to say, and she of course said that due to the nature of their business, their site must be secured. If you would like, you can call HireRight to discuss the security issue with them. Contact Sonya Bailey at 1-800-400-2761 ext 5846.

Kind Regards,
Elizabeth Alberding
HR/Recruiting Asst.
Cisco Systems
RTP, NC

-----Original Message-----
**From:** Anthony Bayad [mailto:abayad@gicamerica.com]
**Sent:** Friday, October 10, 2003 11:39 AM
**To:** ealberdi@cisco.com
**Subject:** feedback regarding the application

Hi Elizabeth,
I like to take the opportunity to provide my feedback regarding the online application. I believe it was easy to read and control. Therefore , I will say this :Good Job on my part because I did not have any problem while filling it out ,and going back and forth using the menu bar. The only concern as a person like myself who is very familiar with the internetworking , how safe is my info in the application while traveling via the internet backbone. I have provided a lot of info about my self and I hope it is very secure.
Overall it is a very nice tools.
Thank you ,
Anthony

3/4/2004

## Anthony Bayad

**From:** HireRight Mail Service [maildaemon@maxiblast.com]
**Sent:** Thursday, October 09, 2003 12:51 PM
**To:** abayad@gicamerica.com
**Subject:** CISCO Systems Applicant Login Information

Anthony Bayad,
Please use the url, login and password provided below to go to our website and fill out your Cisco Systems, Inc. Application for Employment.
If you need any assistance while filling out the application you may contact HireRight, Inc. at 1-800-400-2761 or 1-949-428-5847 outside of the US. Customer Support hours are: Monday through Friday - 5:00 AM to 5:00 PM (Pacific Time).
You may also contact us by e-mail at support@hireright.com or at jobapp@cisco.com

Once you have completed the application, faxed in the signed authorization form and filled out the background information page, please reply to this e-mail with feedback on the job application process.

The application takes approximately 20 minutes to fill out - we recommend you collect the following information before you start:
- Employers: start/end dates, job title/duties, supervisors, company contact information
- Education: dates, degree information
- References: names, contact information (phone numbers, email)
- Residences: dates and addresses
- Personal Information: date of birth, identification (social security number, driver's license number, visa number)

When you have completed the online job application and background questionnaire form, please respond to Elizabeth Alberding at ealberdi@cisco.com to provide us with feedback or suggestions for improvement.


Thank you.

**Elizabeth Alberding,**
E-mail: **ealberdi@cisco.com**,
Phone: **9193921644**


Cisco Systems, Inc.
**Applicant Login Information**
https://ows01.hireright.com/EMPAPP/cisco.html

**Applicant Name:** Anthony Bayad
         **Req #:**
    **Comments:**
        **Login:** lit848
     **Password:** pun808
         **Date:** 10/09/2003


This login is case sensitive. Please save this URL, login and password as it will be required should you want to come back to your application at a later date prior to submission.


3/4/2004

### Signature Confirmation

Congratulations, your signature was successful. A copy of the signed document has been sent to the following e-mail addresses:

TO: abayad@gicamerica.com
CC:

Keep in mind that this copy is provided for your review and retention only, and that it is not legally admissible in court. The original, signed document has been sent to a 3rd party data storage facility, where it is stored in a tamper-proof format, and can be accessed for legal purposes upon request. A copy of the document may be obtained for a $15.00 service fee by contacting HireRight Customer Service at ElectronicSignatures@HireRight.com or call 1.800.400.2761 (M-F 5 AM through 5 PM Pacific).

An additional copy has been sent to the organization that requested your signature. In addition to receiving this document by e-mail, you may also wish to print it out for your records.

**DISCLOSURE AND CONSENT FOR BACKGROUND VERIFICATION REPORT**

**For additional information, refer to:** A Summary of Your Rights Under the FCRA and A Summary of CA Civil Code, section 1786.22 (CA residents only)

---

#### DISCLOSURE AND CONSENT FOR BACKGROUND VERIFICATION REPORT

This form, which you should read carefully, has been provided to you because Cisco Systems, Inc. ("Company") may request Consumer Reports and/or Investigative Consumer Reports from a consumer reporting agency. The Company will use any such report(s) solely for employment-related purposes.

Consumer Reports or Investigative Consumer Reports will be obtained from HireRight, Inc., ("HireRight") located at 2100 Main Street, Suite 400, Irvine, CA 92614. They can be contacted at 800-400-2761. Any such reports may contain information bearing on your character, general reputation, personal characteristics, mode of living and credit standing. The types of information that may be obtained include, but are not limited to: credit reports, social security number, criminal records checks, public court records checks, including civil, driving records, educational records, verification of employment positions held, workers compensation records, personal and professional references, licensing, certification, etc. The information contained in these reports may be obtained by HireRight from private or public record sources including sources identified by you in your job application or through interviews or correspondence with your past or present coworkers, neighbors, friends, associates, current or former employers, educational institutions or other acquaintances.

For California residents, under section 1786.22 of the California Civil Code, you may view the file maintained on you by HireRight. You may also obtain a copy of this file, upon submitting proper identification and paying the costs of duplication services, by appearing at HireRight's offices in person, during normal business hours and on reasonable notice, or by mail; you may also receive a summary of the file by telephone. HireRight has trained personnel available to explain your file to you, including any coded information. If you appear in person, you may be accompanied by one other person, provided that person furnishes proper identification.

You can obtain a copy of the "Summary of Your Rights Under the Fair Credit Reporting Act"

prepared pursuant to 15 U.S.C. section 1681(g)(c) by clicking the link above titled "A summary of your rights under the Fair Credit Reporting Act." You have the right to request additional disclosures of the nature and scope of the investigation and a statement of your rights by contacting HireRight.

### CONSENT

I have carefully read and understand this Disclosure and Consent form and, by my signature below, consent to the release of consumer and/or investigative consumer reports, as defined above, to the Company in conjunction with my application for employment. I further understand that any and all information contained in my job application or otherwise disclosed to the Company by me before, during or after my employment, if any, may be utilized for the purpose of obtaining the consumer reports or investigative consumer reports requested by the Company. I understand that if the Company hires me, it may request a consumer report and/or an investigative consumer report about me, as defined above, for employment-related purposes during the course of my employment. I understand that my consent will apply throughout my employment, to the extent permitted by law, unless I revoke or cancel my consent by sending a signed letter or statement to the Company at any time. This Disclosure and Consent form, in original, faxed, photocopied or electronic form, will be valid for any reports that may be requested by the Company.

I understand that it is necessary for me to provide my social security number, date of birth and drivers license number in order to conduct a pre-employment background verification. By entering my name, social security number, date of birth, drivers license number, state of issuance, and by using the unique login and password at the URL on this form it certifies that I intend and specifically agree that the entry of this information shall constitute and be the equivalent of my written signature.

Applicant's Name: **Anthony Bayad**

Date: 10/10/2003

Cisco Systems, Inc.
Your contact person: Elizabeth Alberding
Phone:  919  3921644

---

**I have read this agreement and accept all the terms described herein. _X_**

**Electronic Signature**

**Signed:** Anthony Bayad
021686333
abayad@gicamerica.com

**Dated:** 10 10, 2003:  05:11

*This is an electronic signature, and is given in accordance to U.S. federal regulations governing the legal and binding effectiveness of electronic signatures.*

**Anthony Bayad**

**From:** HireRight Customer Support [customersupport@hireright.com]
**Sent:** Friday, October 10, 2003 8:21 AM
**To:** 'SMTP:abayad@gicamerica.com'
**Subject:** Your employment application in Cisco Inc.

3/4/2004