UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN CHAMBERS, PATRICIA )<br>RUSSO, ANTHONY SAVASTANO )<br>and CARL WIESE, )<br>    Defendants. ) | CIVIL ACTION<br>No. 04-cv-10468-PBS<br><br>THE HONORABLE JUDGE PATTI B. SARIS |

**NOTICE CASE No. 04-CV-40146-FDS CHIEF MAGISTRATE JUDGE CHARLES B. SWARTWOOD III – WHERE HE STATED ON PAGE 4 OF HIS ORDER " THIS COURT HAS PREVIOUSLY FOUND THAT, " PLAINTIFF[S] SHOULD BE PERMITTED TO SHOW THAT DEFENDANTS' PAST PRACTICES MANIFEST A PATTERN OF . . .DISCRIMINATION."**

PLEASE SEE: EXHIBIT **A** OF THE ORDER IS ATTACHED HERETO; EXHIBIT **B** IS PRO SE BAYAD' COMPLAINT AGAINST TONY SAVASTANO AND LUCENT; EXHIBIT **C** IS Mr. HAMDI ELSIAH ' COMPLAINT AGAINST TONY SAVASTANO AND LUCENT TECHNOLOGIES- EXHIBIT **D** IS DIRECT EVIDENCE OF TONY SAVASTANO INVOLVEMENTS WITH THE EMPLOYMENT TERMINATION OF ANTHONY BAYAD ON HIS FIRST DAY ON THE JOB WITH INTERNATIONAL NETWORK SERVICES; AND SEE **DOCKET ENTRY #1**(SAVASTANO & CISCO)

    Pro Se Plaintiff Bayad [1] states to this honorable Court that when laws not enforced cease to be laws, and right not defended may wither away ( Thomas Moriarty), and the first duty of society is justice ( Alexander Hamilton), and law is not justice and a trial is not a scientific inquiry into truth. A trial is the resolution of dispute ( Edison Haines), at last Fairness is what justice really is ( Justice Potter Steward).

---

[1]    Pro Se Bayad like to point out to this Court that the last time Pro Se Plaintiff Bayad refused to sign company document with the same defendants while employed with them at Lucent Technologies Inc., he ( Bayad) ended up dragged by the hair one flight down stairs and to the fountain, in the Police cruiser to an ambulance and to prison, that was at Lucent; and now at Cisco systems Inc., the same **Defendants Chambers et. al**, were looking forward to the same action, for Pro Se Bayad to refuse to sign such obscured Cisco Documents under the same act of intimidation and threat to be arrested as they have done at Lucent, and Pro Se signed them **against his will with sarcasm and** wrote in such fraud documents " **thank you for every thing**" and that is interpreted in English is as telling them politely the **"f –word "**. Also Pro Se states to the Court when any one is forced to sign, and what such person should do? When there is a **history with such defendants Chambers et, al.** It is to the Court to draw its conclusion as to what a person as Pro Se Bayad should do sign or be arrested again like wise lucent Technologies Inc., and now Cisco Systems Inc.

1

Defendants Ms. Patricia Russo , Mr. Anthony Savastano, and Mr. Carl Wiese have once before discriminated against Arabs Americans, Mr. Anthony Bayad and Mr. Hamdi Elisah while employed with them at Lucent Technologies Inc., the same defendant(s) again discriminated against in particular Pro Se Plaintiff Anthony Bayad during his employment with International Network Services Inc. ( "INS"), where the same defendants directed the Executives of INS to terminate Pro Se Bayad on his first day on the job, and now for the third times [t]hey ( Chambers et, al.), again terminated Pro Se Bayad his employment with Cisco Systems Inc., and again [t]hey denied him opportunity to do business nor to be hired by any Cisco Resellers ( potential Employer),nor to allow him to do business with any potential customers, and [t]hey did not allow him to grant of his Cisco Certification Internetworking Expert, knowingly he has passed such fraudulent exam, that is designed to promote only White Engineers, and absolutely not the minorities nor the low income people of Massachusetts, such test is not for the People of Massachusetts only for the people of North Carolina and California, and the people of Massachusetts they need to fly to California or North Carolina and the CCIE candidates need about $ 10,000.00 worth of equipments to practice inorder to pass such exam called the CCIE; However, This Court has previously found that, " Plaintiff[s] (Pro Se Bayad), should be permitted to show that defendants ' past practices manifest a pattern of . . . . discrimination." *Jackson v.Harvard*, 111

F.R.D. 472, 475 (D.Mass. 1986) ( Garrity, D.J). In other words, evidence of pattern of behavior is relevant to discrimination claims such as those which have been asserted by Pro Se Anthony Bayad ( Lucent Technologies Inc. and International Services Inc.) see e.q. *Scales v. J.C. Bradford and Co*., 925 F.R.D. 901, 906 ( 6th Cir.1991)( " It is well settled the information concerning an employer's general employment practices is relevant to title 42 § 1981 (in similarity to title VII) individual disparate impact claim"); and *Glenn v. Williams*, 209 F.R.D. 279, 282 (D.D.C. 2002)(similar act of discrimination is admissible); and *United States v. Massachusetts Indust. Fin. Agency*, 162 F.R.D. 410, 413 (D. Mass. 1995) ( " evidence of how organization ( Cisco Systems) treated Pro Se Bayad is relevant to a determination of the same act is relevant with respect to all Pro Se claim(s) and count(s)"). -- Let alone not to mention that Pro Se Bayad at Cisco Call flew half the world to three [3] countries, England, France, and United Arab Emirates, and oral contract was provided to Pro Se Bayad for a North Africa Systems Engineer Position, where Cisco Europe needed an engineer with skill of French Language, the English Language, the Arabic Language, and the North African Dialect, and That is, for the business justification to hire Mr. Anthony Bayad, and that is why Pro Se was provided by these Cisco Europe Managers [t]he Oral Contract ( bind in Massachusetts), and that is why they decided to flown Mr. Bayad to three countries to finalize the offer and to discuss the contract and the

3

requirement for the permit to work as we know that Pro Se is a United States Citizen , and to point out to the court that Pro Se need a Permit to work in those countries and it is called "La Carte Sejour".[T]he European Managers do not like us (we the Americans), and that is why they have conducted an intensive background check and exams in the internetworking profession and in the language skills the French, English, and Arabic, and boy they were very impress, thereafter they decided to flown Pro Bayad to Europe and to Africa and England.  Although,  if these Defendants in particular Savastano and his Wang Laboratory buddy John Chambers did not interfere with my life and my right to support my family and if they did not deny  me such position on discriminatory ground where they posted my name in the discriminatory animus list [the Cisco-No-Hire-List] and if Pro Se Bayad was not spotted By Savastano on October 16, 2000 in Cisco Corporate San Jose, [I] will be a vice president of sales of Cisco Africa region. Unfortunately [I] am not because I am **Blackie-Blackie-Blackie( San Niger)** and Seaboard Surety (**Banana Boat** even though [I] immigrated legally to this country at age of 17 and **flown on Boeing 747** and **legally [I] become an American for about 20 years**)  See the First (1st) United States Magistrate ' Report and recommendation **dated on Memorial Weekend**.( Blackie)

## CONCLUSION

[T]he decision produced by fraud upon the Court is not in essence a decision at all, and never become final.

4

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing motion in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on this 9 day of January , 2006.

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155
Tel: (781)704-8982

Anthony Bayad