Grohe, Joan (Joan), 03:53 PM 7/31/97 , RE: VOE Bayad

```
From: "Grohe, Joan (Joan)" <grohe@lucent.com>
To: "'Steve Feller'" <steve_feller@INS.COM>
Subject: RE: VOE Bayad
Date: Thu, 31 Jul 1997 15:53:12 -0600
```

Anthony Bayad, ss# 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, was employed by Lucent Technologies as a Sr. Network Engineer from 12-18-95 to 1-24-97 with an ending salary of $82K.

This is the only information I can supply regarding employee verifications.

I hope this information is of help to you in your decision-making process.

Feel free to call anytime.

JG

```
>----------
>From:      Steve Feller[SMTP:steve_feller@INS.COM]
>Sent:      Thursday, July 31, 1997 5:38PM
>To:   Grohe, Joan (Joan)
>Subject:   VOE Bayad
>
>Dear MS. Grohe:
>
>Please verify employment for Anthony Bayad:
>
>Start Date: ____
>End Date: ____
>Title: ____
>Eligible for rehire? ____
>
>Thank you for you help.
>
>Steve Feller
>
>
>
>Steve Feller
>Manager, Employee Services
>Phone 408-542-0245
>Fax 408-542-0102
>
>
```

*Handwritten annotations:* Please Notice — Joan Grohe is the personnel secretary also called the right Hand woman of CARL WIESE = Anthony Silvestano Defendant [s] IN case 04-CV-10468

To ... David Huskey Jr.



**Lucent Technologies**
Bell Labs Innovations

Lucent Technologies Inc.
Business Communications Systems
6345 126th Avenue North
Largo, Fl. 34649

January 24th, 1997

Mr. Anthony Bayad
2900 NE. 30th, Apt 7F
Fort Lauderdale, Fl. 33306

Dear Mr. Bayad,

I have reviewed the information from the security investigation regarding the purchase of two airline tickets from Morocco to Miami. This is a serious violations of the Lucent Technologies Code of Conduct, misusing the Corporate American Express Card for personal expenses.

This is to notify you that your employment is terminated immediately as a result of your violation of the Lucent Technologies Code of Conduct.

Please call Tony Savastano to make an appointment to retrieve any personal items at the Ft. Lauderdale office.

Tony Savastano
General Manager

*Lucent Technologies-Formerly the Communications Systems and Technology Units of AT&T* 





**Tony Savastano**    vCard      Reporting Chain  9 Direct Reports

**Contact Information**

| | | | |
|---|---|---|---|
| Userid | tsavasta | Mail Stop | SJC10/5/1 |
| Telephone | 408 526-6908 | Street Address | 300 East Tasman Drive |
| Voice Mail | 526 6908 | City | San Jose |
| Fax Number | 408-853-3607 | State | CALIFORNIA |
| Mobile Number | | Country | United States |
| Pager Number | | Zip | 95134 |
| Epage | Epage tsavasta | Personal URL | 2nd Ofc Bldg 2/3 Ofc#327 |
| Building | SJ-10 | Group URL | Admin Support: Patty Obillo x:64725 |
| Floor | 5 | Local Time (24 hr) | Wed  16: 18: 36  UTC-8 |
| Cube Number | 558 | Worktype | TRADITIONAL |

**Organizational Information**

| | | | |
|---|---|---|---|
| Title | VP,Finance | Group | CA Finance |
| Manager | Dennis Powell (depowell) | Department Number | 020070983 |
| Employee Type | Regular | Cisco ID Number | 72444 |

Cisco Systems, Inc. Internal Use Only

To find the appropriate place to send data update requests and comments about the application please see the help page
Last Modified on Wed Nov 12 16:18:26 2003



July 21, 1997

Anthony Bayad
2900 NE 30th St.
Suite 3E
Ft. Lauderdale, FL 33306

Dear Anthony:

On behalf of International Network Services (INS), please accept our offer of employment. The details of your offer are as follows:

- Title:            Network Systems Engineer
- Reporting To:     Neil Schmiedeberg, Managing Principal
- Location:         Ft. Lauderdale office
- Salary:           $2,576.93 bi-weekly ($67,000.18 annualized)
- Options:          1,500
- Start Date:       August 18, 1997

Your salary in this exempt position will be annualized and paid bi-weekly, from which all legally required deductions will be made.

Upon approval of the Board of Directors, your shares will be offered to you, subject to the terms and conditions of the INS Incentive Stock Option Plan. Your stock option vests over a fifty (50) month period with the first twenty-four percent of your option vesting one year after the Grant Date and two percent vesting each month You will be eligible to be covered under the INS Benefits Plan on your first day of employment with INS.

In keeping with federal requirements, this offer of employment is made contingent upon your providing INS with acceptable documentation establishing both identity and employment authorization, regardless of national origin or citizen status.
We have an exciting and challenging time ahead of us, Anthony and I know that you will make a substantial contribution to our future success. I look forward to your acceptance of this offer and your first day at INS.

Please sign your full name, initial the start date confirming your concurrence with your first day of employment, and return one copy of this letter. Keep the second copy for your records. This letter expires within five days, so please complete this process in a timely manner.

Sincerely,                                    I accept this offer of employment as stated
                                              to begin on August 18, 1997._____

*John Drew*

John L. Drew                                  Signature: _____
President & COO                               Date: _____



July 30, 1997

Anthony Bayad
2900 NE 30th ST.
Suite 3E
Ft. Lauderdale, FL 33306

Dear Anthony:

This letter serves as notification that we are rescinding our offer to you for the Network Systems Engineer position in Ft. Lauderdale, reporting to Neil Schmiedeberg.

Your signature on the INS application for employment form authorizes INS to investigate your background, employment history and credentials and to obtain any relevant information needed to make an employment decision.

In checking your references and work experience, we became aware that you misrepresented your employment history. Misstatements or omissions on the application may result in disqualification from further consideration or termination of employment. INS is exercising its right to disqualify you from employment.

We regret having to make this decision.

Sincerely,

*Steve Feller*
Steve Feller
Manager, Employee Services