UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAYAD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN CHAMBERS, PATRICIA RUSSO,<br>ANTHONY SAVASTANO, and<br>CARL WIESE,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 04-10468-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FIRM ADDRESS CHANGE

Pursuant to Local Rule 83.5.2(e) please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the address of counsel for defendants John Chambers, Anthony Savastano and Carl Wiese will be:

Bruce E. Falby, Esq. (BBO #544143)
Matthew J. Iverson, Esq. (BBO #653880)
DLA Piper Rudnick Gray Cary US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　JOHN CHAMBERS, ANTHONY SAVASTANO
　　　　　　　　　　and CARL WIESE

　　　　　　　　　　By their attorneys,

　　　　　　　　　　/s/ Bruce E. Falby
　　　　　　　　　　Bruce E. Falby (BBO #544143)
　　　　　　　　　　Matthew J. Iverson (BBO #653880)
　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP
　　　　　　　　　　33 Arch Street, 26th Floor
　　　　　　　　　　Boston, MA 02110-1447
　　　　　　　　　　(617) 406-6000 (*telephone*)
　　　　　　　　　　(617) 406-6100 (*fax*)

Dated: February 16, 2006

~BOST1:407375.v1