UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

```
                                    )
ANTHONY BAYAD                       )
         Plaintiff,                 )
                                    )         CIVIL ACTION
         v.                         )         No. 04-cv-10468-PBS
                                    )
JOHN CHAMBERS, PATRICIA             )
RUSSO, ANTHONY SAVASTANO            )
and CARL WIESE,                     )   THE HONORABLE JUDGE PATTI B. SARIS
                                    )
         Defendants.                )
```

### NOTICE OF INTERVENTION TO THE HONORABLE JUDGE PATTI B. SARRIS, THE HONORABLE JUDGE GEORGE A. O'TOOLE, JR., AND THE HONORABLE CHIEF JUSTICE MARK L. WOLF

(PLAINTIFF ANTHONY BAYAD VOTED AS DEMOCRAT - WAS NOMINATED BY THE NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE - "THE NATIONAL LEADERSHIP AWARD"- AND WAS NAMED - " HONORARY CO-CHAIRMAN BUSINESS ADVISORY COUNCIL " ) - ( SEE THE AWARD RECOGNITION OF OUTSTANDING SERVICE AND COMMITMENT TO REPUBLICAN IDEALS IS ATTACHED HERETO).

I [Anthony Bayad] states to this honorable Court and to the Honorable District Judges in particular **the Honorable Judge Patti B. Sarris, the Honorable Judge O'Toole,** and **the honorable Chief justice Mark L. Wolf,** that my educational background and my personal background and this include my driver license with **my picture** in it and **the Honorable Congress reward** attached hereto, that I Respectfully show - prove that I am not **Blackie-Blackie** (-Referring to me as **Sand Niger** by **the Magistrate Judge Bowler**), nor am I a **Seaboard Surety** ( -- referring to me as **Banana Boat** or **Bali Mako** a famous discriminatory French name for **Sand Niger**

1

who is **Banana Boat**). However, the record states that even I was discriminated against by the same defendants from three [3] companies Lucent Technologies Inc., International Services Inc., and now Cisco Systems Inc., I still managed to move on with my life, and this has been done ( absent of my good health) by investing my life saving by founding my company called **Global Internetworking Consulting**, but I failed to succeed not because I did not have the expertise and the skill, but simply because the agents working for defendants Chambers et, al ,see such example found in Docket <u>Entry # 68 Exhibits C of Paula Hughes ' Declaration</u> , such agent **Lynn Fraser** also my former manager stated openly <u>to a hiring Manger</u> that " **she does not recommend Anthony Bayad back to Cisco System"** , and such discriminatory statement[s] was passed by the Magistrate Bowler and very same discriminatory statement[s] by these defendants has been exchanged and was indeed communicated to other ( many) potential client[s] of my company "Global Internetworking consulting Inc., ", and to others (many) potential employer as they have done with my hiring company the International Services once before and such record is filed with this Court. Further I explain this to this Court is that when I meet client they always ask me for my references and my background before even providing me with any businesses, and such unlawful conduct by these defendants chambers et, al., is for the Court to draw it own conclusion- and for the court to decide what I should do

2

with my life , I cannot work- I cannot obtain my certification- I cannot open my business- and what can I do with my Certifications, and my college degree and my experiences, and in general what can do with my life? when I am living under the poverty line Seth for by Massachusetts authority, and probably I do not deserve to live completely,  when I don't have access to my country protective law[s] and when the Magistrate Judge Marianna B. Bowler under  the law and the constitution is in violation of the Equal Clause and in favors of defendants by protecting them , these Executives of Lucent Technologies and now Executives of Cisco Systems, whom were named as  Defendant once in United States District of Florida  in discrimination cases filed  by Arabs and Spanish descent, and the very same executives Chamber et, al.,  are named right now as defendants in United States District of Massachusetts for continuing – pattern – motive intend in case of Cisco as Lucent an act of discrimination that is dated since 1995 to 2005.  Thus the Magistrate Judge Bowler openly proved to me that such Executives are immune from  any laws because they are white and rich and well connected,  and that I do not have any relief under the law and the Court sympathized with me ( **quoted by the Magistrate Judge Bowler ' own report served to me on memorial Weekend**) such action is  very discriminatory in nature and against the law, such discriminatory conduct and fraud upon the court is

3

introduced in this Court by the attorneys and the magistrate Judge Bowler simply because that I an American Arab of Race and considered a terrorist in their eyes. Hence as I pay to you [Your Honors] to provide me with any of your guidance and any of your directions as of what Should I do with my life? Or should I just take the statements of the Magistrate judge Bowler and take hike because the law and the constitution do not protect American Arab of Race, as stated in her in her reports and recommendations served to me on **Memorial weekend**, in such report ' last page it stated that " don't have any relief under the law and this Court sympathized with me", and this is very much interpreted to go .. . it is shame. As It is shame sickening - Frightening - intimidating, - depraving - disturbing - that such unlawful conduct is done by the official of this very Court magistrate judge Bowler and Attorneys Bob Matthias - Bruce Falby - Robin Tarr is an act of criminal treason to the United States Constitution , and it is against the law to act with the open and use case laws containing discriminatory names such as Blackie- Blackie ( referring to me as Sand Niger) Seaboard Surety ( referring to me as Banana Boat ground)- and Whiteman (referring to defendants white race); see the report and recommendation dated **the memorial weekend May 25 2004**, knowingly it will be communicated to the highest chain of command and to the right people of justice as you ( Your Honor) and as it is public record! And " there is nothing that is more

4

important for our republic that the rule of law. No person in this country, no matter high or powerful, is above the law, and no person in this country is beneath the law." ( Judge Samuel Alito); At Last, God Bless the United States of America and God Bless the United States Constitution of our land and God Bless our Veteran[s] of every War[s] and of every Race, Color and God Bless we the Americans of all Races including the disable[s] the poor[s]; and Justice For All. God Bless.

## CERTIFICATION OF SERVICE

It is herby certify that a true and correct copy of the forgoing notice in the above caption matter in Chambers et, al., was furnished via mail: to Bruce E. Falby BBO# 544143, Dla Piper Rudnick Gray Cary , one International Place, Boston MA 02110, on **this 11 day of January 2006.**

Anthony Bayad
2 Magoun Avenue
Medford, MA 02155
Tel: (781)704-8982

*Anthony Bayad*