The National Republican Congressional Committee

# National Leadership Award

presented to:

## Anthony Bayad
### Honorary Co-Chairman
Business Advisory Council



In recognition of outstanding service and commitment to Republican ideals, and in particular for assistance and leadership in promoting a pro-business agenda including tax reform and fiscal responsibility.

*Tom DeLay*