

DEFEND YOUR DOMAIN

April 18, 2002

Anthony Bayad Jr.
Global Internetworking
167 Milk Street #417
Boston, MA 02104

Dear Anthony:

    Please accept my personal welcome to our network of CyberGuard solution providers. To be successful, you need to choose your partners wisely. That's why we place a high premium on developing the kind of relationships with reseller partners that helps you grow your business and maximize your margins in the network security market.

    When you sell a CyberGuard network security solution, you are providing your customers with the world's strongest, fastest, most reliable and easy-to-manage firewall/VPNs in the business. As you know, CyberGuard is the first company in the world to get Common Criteria EAL4 certification for firewall appliances. That's the toughest independent certification available, recognized by 15 different countries. We've been working in information security since the mid-'80s when we were part of Harris Corporation. Our customer list is a "who's who" of government agencies, top multi-national companies, banks, financial institutions, stock exchanges, and many, many more from around the world.

    Our line of firewall appliances, all with integrated VPNs -- STARLord (SL), KnightSTAR (KS), FireSTAR (FS) and LX -- scale to meet the bandwidth needs of virtually every business. Your customer can take an appliance out of the box and have it up and protecting a network in less than 30 minutes. People used to think that you couldn't have a strong, secure firewall without slowing down your network. Not so! Our appliances are the world's strongest AND they deliver some of the fastest performance.

    You may not have heard much about us, but frankly, that's because we do our job. Our customers don't get hacked. If you check out independent sites that list firewall vulnerabilities, you'll find our competitors, but you WON'T find a listing for CyberGuard.

    You have our commitment to provide you with the technology, training and tools you need to grow your network security business. Take advantage of the tools, especially the training, because the more you understand the CyberGuard advantages, the sooner you will begin to realize the benefits of offering CyberGuard products and services.

    Again, we are delighted to have you on the team and look forward to building a mutually beneficial relationship. Please feel free to contact me directly if you have any questions or are interested in any additional information about our company, our products or services.

Sincerely

Patrick J. Clawson
President
CyberGuard Corporation

PJC/vs