

# United States Court of Appeals
## For the First Circuit

04-10468
Massachusetts(B)
P. Saris

No. 06-1396

ANTHONY BAYAD,

Plaintiff, Appellant,

v.

JOHN CHAMBERS, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 24, 2006

   On October 25, 2004, the district court dismissed appellant's complaint in its entirety as against appellee Russo and dismissed certain of the claims as against the remaining appellees. On February 17, 2006, the district court disposed of the remaining claims by granting summary judgment in favor of those remaining appellees.

   We have reviewed the parties' briefs and the record on appeal. We <u>affirm</u> essentially for the reasons stated in the district court's Memorandum and Order, dated October 25, 2004, the magistrate judge's Reports and Recommendations, dated May 25, 2005 and November 15, 2005, and the district court's Order, dated February 17, 2006.

   We reject, as unfounded, appellant's claim that the magistrate judge was biased and was required to recuse herself.

   <u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
     Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, C...

*/s/ Jennifer C...*
Deputy Clerk

Date: 11·7·06

[cc: Anthony Bayad, Bruce E. Falby, Esq., Mark W. Batten, Esq., Matthew J. Iverson, Esq., Lisa M. Gaulin, Esq., Thomas Edward Shirley, Esq.]