UNITED STATES DISTRICT COURT DISTRICT OF
MASSCHUSETTS

Case No. 04-10468PBS

**ANTHONY BAYAD**
   **Plaintiff**

Vs.

**JOHN CHAMBERS ET AL**
   **Defendants**

FILED
IN CLERKS OFFICE

2008 JAN 29 A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION REQUESTING THE CASE 04-10468 TO BE MOVED TO U.S DISTRICT COURT OF NEW YORK AS MATTER OF RIGHT

To : Patti B Sarris, Judge and judge Attorney Bruce Falby et, al,

" Judge, Sarris or judge Attorney Falby rest will assure you as I like to share with you, that I am not looking for any relief under the law as Magistrate Judge stated in her order and when she stated " Plaintiff do not have any relief under the law and she sympathized with me". I thank her for sympathizing with me , and I appreciated it, However, I am looking for justice that : "no one is below the law and no one is above the law" . I know what is going on in case 04-10468 and 05-11005, because, if you review you mistakes and if you read your last order (04-10468 no discovery allowed) you have mentioned direct evidence **"the Cisco No Hire List"** and if go to case 05-11005 you are presiding and if you listen to the live recorded deposition of **Celia Harper** defendant in case 05-11005also you are presiding then you will find that the direct Evidence Cisco No Hire List exist and it is authentic and that you are bias and contradicting your self and you are covering up the lies provided by the judge Attorneys Falby et al , and you will find that your Magistrate Bowler has not perform her duties as required by law – because she ( Bowler) hates Arabs but loves their foods -but the judges who hates Arabs or other races need not to be judges but they need to join the KKK the Ku Klan , David Duck. Respectfully, what you guys have done to me and to my family is more that racism and corruption. It is a shame."

Plaintiff request the court and presiding judges Saris and Bowler to recuse them self from the above caption matter as the records speaks for it self as it(s) – the complaint of misconduct and violation of U.S Constitution ( Treason of U.S Constitution) filed with the Executive Circuit of this court, with the Chief Justice of this court, the Hon.

1

Mark L. Wolf, with Chief Justice of the First Circuit Court of Appeals, the Hon. Michael Boudin, and it will shortly be filed with Massachusetts Bar Association and other higher organization. Because, Racism or Racist judicial officers as I the plaintiff have witnesses what Judge Bowler and Sarris have treated me as Second Class Citizen, as Terrorists and below the law, for one purpose is because I am an Arab, a Moroccan. It is a shame. Also, I like to advise the presiding judges Sarris and Bowler whom are looking very bad when George W. Bush Live the Office, and I like to advise the Presiding judges that I am not looking any more for any relief but I am looking for justice and what you and your U.S marshal have done to me and to my family need to be reviewed, as I know what is going on in the U.S district Court and to my case, motion(s) denied , denied, denied like the judge is a lawyers. Respect fully I like to move my case to New York and either way I am suing the attorneys and others as well in U.S district Court of New York or Washington closer the senates , and such law suit will be filed on December of 2008 after George W. Bush live office and a new U.S district Attorney that will be appointed .

### Certification of Service

I certify that a true copies was served to the Honorable Mark l. Wolf and the Honorable Michael Boudin, and U.S district Court and to the attorney Bruce Falby at 33 Arch Street Boston Ma 02110, on January 28, 2008

*[signature]*
Anthony Bayad

2